# EXHIBIT B

## CONSENT TO JOIN

1. By my signature below, I consent to be a party plaintiff in a lawsuit against The Kroger Co. and/or their officers, agents, parent corporations, subsidiaries, affiliates, franchisees, joint employers and/or representatives (collectively, "the Defendants"), and/or related entities and individuals, including franchisees, in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. I appoint Conway Legal, LLC ("the Firm") to represent me and make decisions on my behalf concerning the litigation; the method and manner of conducting the case; the negotiation, terms and approval of any settlement; and all other matters pertaining to the lawsuit. I understand that these decisions and agreements made and entered into will be binding on me by joining the lawsuit. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firm will ask the Court for attorneys' fees from any settlement or judgment in the amount of the greater of: (i) the "lodestar" amount, calculated by multiplying reasonable hourly rates by the number of hours expended on the lawsuit, or (ii) 1/3 of the gross settlement or judgment amount. I agree to be bound by any adjudication relating to the FLSA claims, whether it is favorable or unfavorable.

3. I also consent to join any other related action against Defendants or other potentially responsible parties to assert my claim and for this Consent To Join to be filed in any such action.

_____  2/3/2021
Signature                          Date

Christopher Riley
_____
Name