IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| THOMAS SCHELL and CHRISTOPHER RILEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER COMPANY d/b/a KROGER,<br><br>Defendants. | CIVIL ACTION<br><br>Case No.: 1:21-cv-00103-MRB<br><br>District Judge Michael R. Barrett<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a),** Bruce H. Meizlish, trial attorney for Plaintiffs, in the above-referenced action, hereby moves the court to admit Jason Conway, *pro hac vice* to appear and participate as counsel or co-counsel in this case for the Plaintiffs.

Movant represents that Jason Conway is a member in good standing of the highest court of Pennsylvania as attested by the accompanying certificate from that court and that Jason Conway is not eligible to become a member of the permanent bar of this Court.

This Motion is accompanied by the required filing fee.

Jason Conway's relevant identifying information is as follows:

Business telephone: (215) 278-4782

Business fax: (215) 278-4807

Business address: Conway Legal, LLC 1700 Market Street, Suite 1005, PA 19103

Business e-mail address  jconway@conwaylegalpa.com

Respectfully submitted

Dated: February 18th, 2021

/s/Bruce H. Meizlish
Bruce Meizlish (OH Id. No. 0033361)
Deborah Grayson (OH Id. No. 006277)
**MEIZLISH & GRAYSON**
830 Main Street, Suite 999
Cincinnati, Ohio 45202
Phone: (513) 345-4700
Facsimile: (513) 345-4703
brucelaw@fuse.net

## Certificate of Service

I hereby certify that on the 18th day of February, 2021, I filed the foregoing document with the Clerk via the Court's CM/ECF System, which will send notice of such filing to the following attorneys:

Jason Conway (PA 317113)*
**CONWAY LEGAL, LLC**
1700 Market Street, Suite 1005
Philadelphia, PA 19103
Telephone: (215) 278-4782
Fax: (215) 278-4807
jconway@conwaylegalpa.com
*Attorneys for Plaintiff and the Putative FLSA Collective*

David K. Montgomery, Esq.  (OH 0040276)
201 E. Fifth Street, 26th Floor
Cincinnati, Ohio 45202
David.montgomery@jacksonlewis.com
Phone:  513-898-0050
*Attorneys for Defendant*

/s/ Bruce H. Meizlish
Bruce H. Meizlish



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Jason Conway, Esq.*

### DATE OF ADMISSION

*October 31, 2013*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: February 4, 2021

_____
Patricia A. Johnson
Chief Clerk