# EXHIBIT A

10/14/2020

Dear Savannah Paras,

Congratulations on your new opportunity with Kroger Stores! We are pleased to offer you the position of Leadership Essentials Management Trainee. This Full-Time position is in the 011 - Atlanta Division. You will be reporting to LATASHA RENEE WILLIAMS.

Your start date is expected to be 10/26/2020. Your pay during training will be $18.88 per hour in this position. In addition, you will also receive 10 hours of overtime weekly at the pay rate of time and a half.  Upon graduation, your new salary will be $54,000.

On the first of the month following your official hire date, you will be eligible for our comprehensive health care plans along with life and income protection plans.  You will be eligible to contribute to the applicable Kroger 401(k) plan on the first day of the month coincident with or following 30 days of service and attainment of age 21.  You will also be eligible for three weeks weeks of vacation per year, with the amount pro-rated based on your start date in accord with applicable company policies. Other benefits and eligibility requirements will be reviewed with you after your employment date.

Per our efforts to balance associate career opportunities with work team stability, our expectation is that, if you perform satisfactorily, you would remain in your new role for a minimum of 2 years before pursuing another opportunity in The Kroger Family of Companies. In the event you believe there are extenuating circumstances or there should be an exception to this timing, please partner with your HR Leader or District HR Manager.

Your acceptance of this new role is subject to (among other things) your electronically signing this letter by 10/17/2020. To accept and sign this offer, please complete the following steps:

1. Go to our Career Center Site by clicking https://jobs.kroger.com
2. Click on the "Application Status" button in the upper right corner of the window and enter your login information.
3. Click on the "Jobs Applied" tab and locate Leadership Essentials Management Trainee District 1 ,will have "action required" in box.
4. Click on "Update"
5. Confirm your offer details; enter any required information, make edits to your contact information if necessary, and complete the "Job Offer Response" section to notify us of your decision.
6. Scroll down and click the "Update" button to save your changes.

Electronically signing confirms the details of our offer, and the foregoing terms and conditions of employment but does not constitute any contract of employment (express or implied), as your employment will be at-will. Additionally, this offer is contingent upon satisfactory results of a background check and a drug screen. The offer of employment as well as any future employment with Kroger Stores is contingent upon your being legally authorized to work in this country and providing appropriate proof of the same.

Please feel free to contact me if you have any questions or need additional information. Savannah, we appreciate you considering Kroger Stores. We believe you will make a big difference in our success and the achievement of our vision. We look forward to working with you!

Sincerely,

ALEISHA M PICK
Kroger Stores

