# EXHIBIT C





Application Status

← Back to search results

Search by Keyword

Search by Postal Code

10 mi

Search by Location

Search Jobs

Send me alerts every 7 days    ✉ Create Alert

Share this Job

Apply now ▾

# Assistant Store Leader

**Company Name:** Kroger Stores
**Position Type:** Employee
**FLSA Status:** Exempt

**Position Summary**
Responsible for assisting with the overall day-to-day operations of the store including continuous development of effective store associates to achieve desired sales and profit results. Assess daily the stores' ability to meet/exceed customer expectations for ease of shopping, variety, freshness, cleanliness, food safety and regulatory compliance. Assist with coaching and development of store associates through both formal and informal interactions. Demonstrate the company's core values of respect, honesty, integrity, diversity, inclusion and safety.

**Essential Job Functions**
- Assist store manager and associates in the achievement of a favorable customer shopping experience

- Lead teams in the planning, implementation and execution of merchandising and operating initiatives
- Work with department leaders and associates to identify opportunities in the store, develop timely solutions and create action plans to ensure implementation of plans
- Achieve/exceed weekly, period, and annual sales, wage budgets and profit budgets, and other targeted goals
- Drive sales working with department leaders to maximize sales and profits, reduce shrink and improve each store department's contribution
- Assist the store manager in the regular store-level financial performance discussions to include developing budgets and other targeted goals with store associates
- Utilize coordinators and other field staff to ensure store departments are achieving sales and profit goals and ensure implementation, and execution of division merchandising plans
- Promote and support strong relationships with local community organizations in the surrounding area in which the store operates
- Build a proactive and productive relationship with union representatives and business agents, if the store is covered by a collectively bargaining agreement
- Serve as liaison providing feedback to Store Manager, District Manager and Coordinators on the effectiveness of Division merchandising and operational plans/programs
- Assist the store manager in the hiring, onboarding, development and associate relations responsibilities
- Reduce turnover and increase retention
- Provide timely feedback to department leaders and associates on individual and department performance
- Assist with the management of labor and supply costs daily to meet customer service and financial targets
- Technical/Professional Knowledge, Compliance and Skills Achieve a satisfactory level of technical and professional skills or knowledge in position and/or related areas; keep up with current developments and trends
- Ensure associates and location comply with laws and regulation applicable to the company
- Supervise and coach direct reports on the performance of their duties; complete performance reviews and provide feedback to direct reports
- Must be able to perform the essential job functions of this position with or without reasonable accommodation

**Minimum Position Qualifications**
- High School Diploma or GED
- Have successfully completed the applicable Division Management Training Program

**Desired Previous Experience/Education**
- Bachelor's Degree
- Any supervisory responsibilities, retail experience, financial responsibility including budget preparation and management experience


**Education Level:** Bachelor's Desired
**Required Travel:** Up to 25%
**Required Certifications/Licenses:** None
**Position Type:** Full-Time
**Regions:** Midwest


**Jobs at Kroger:** At Kroger, we hire people who have a passion for helping others and who want to build a relationship with our Customers. No matter what stage of your career, you can build your future at Kroger. We look for people who want more, aspire to be more and work hard to achieve their goals. Our focus on keeping the Customer first is what makes us successful.

We offer many opportunities not only in our stores, but in Manufacturing, Logistics, Marketing, Finance, Human Resources, and many other fields.

**Company Overview:** Kroger Family of Companies employs nearly half a million associates who serve over 11 million customers daily through a seamless shopping experience under a variety of banner names.  At The Kroger Co., we are Fresh for Everyone™ and dedicated to our Purpose: To Feed the Human Spirit®.  We are committed to creating #ZeroHungerZeroWaste communities by 2025.  Careers with The Kroger Co. and our family of companies offer competitive wages, flexible schedules, benefits and room for advancement.

Posting Notes:  OH || Athens || 919 E State St || 45701 || Kroger Stores || None || Store Management; Management || Employee || Exempt || Full-Time || None

How To Apply For A Job At Kroger | Message From Kroger | Kroger

**Nearest Major Market:** Athens

Apply now ▲

Find similar jobs:

View All Jobs

The Kroger Co. Home

Job Searches

Job Categories

Privacy Policy

Terms of Service

View All Jobs

  

It is the policy of the Kroger family of companies to provide equal opportunity for all applicants and candidates for employment and to administer all human resource practices such as recruiting, hiring, promoting, and all other terms, conditions, and privileges of employment in a manner which does not discriminate on the basis of race, color, sex, disability, age, national origin, religion, sexual orientation, gender identity, genetic information or any other characteristic protected by applicable law. All Comments

© Copyright 2020 The Kroger Co. All Rights Reserved





Application Status

← Back to search results

Search by Keyword

Search by Postal Code          10 mi

Search by Location

Search Jobs

Send me alerts every [ 7 ] days    ✉ Create Alert

Share this Job

Apply now ▾

# Assistant Store Leader

**Company Name:** Kroger Stores
**Position Type:** Employee
**FLSA Status:** Exempt

**Position Summary**
Responsible for assisting with the overall day-to-day operations of the store including continuous development of effective store associates to achieve desired sales and profit results. Assess daily the stores' ability to meet/exceed customer expectations for ease of shopping, variety, freshness, cleanliness, food safety and regulatory compliance. Assist with coaching and development of store associates through both formal and informal interactions. Demonstrate the company's core values of respect, honesty, integrity, diversity, inclusion and safety.

**Essential Job Functions**
- Assist store manager and associates in the achievement of a favorable customer shopping experience

- Lead teams in the planning, implementation and execution of merchandising and operating initiatives
- Work with department leaders and associates to identify opportunities in the store, develop timely solutions and create action plans to ensure implementation of plans
- Achieve/exceed weekly, period, and annual sales, wage budgets and profit budgets, and other targeted goals
- Drive sales working with department leaders to maximize sales and profits, reduce shrink and improve each store department's contribution
- Assist the store manager in the regular store-level financial performance discussions to include developing budgets and other targeted goals with store associates
- Utilize coordinators and other field staff to ensure store departments are achieving sales and profit goals and ensure implementation, and execution of division merchandising plans
- Promote and support strong relationships with local community organizations in the surrounding area in which the store operates
- Build a proactive and productive relationship with union representatives and business agents, if the store is covered by a collectively bargaining agreement
- Serve as liaison providing feedback to Store Manager, District Manager and Coordinators on the effectiveness of Division merchandising and operational plans/programs
- Assist the store manager in the hiring, onboarding, development and associate relations responsibilities
- Reduce turnover and increase retention
- Provide timely feedback to department leaders and associates on individual and department performance
- Assist with the management of labor and supply costs daily to meet customer service and financial targets
- Technical/Professional Knowledge, Compliance and Skills Achieve a satisfactory level of technical and professional skills or knowledge in position and/or related areas; keep up with current developments and trends
- Ensure associates and location comply with laws and regulation applicable to the company
- Supervise and coach direct reports on the performance of their duties; complete performance reviews and provide feedback to direct reports
- Must be able to perform the essential job functions of this position with or without reasonable accommodation

**Minimum Position Qualifications**
- High School Diploma or GED
- Have successfully completed the applicable Division Management Training Program

**Desired Previous Experience/Education**
- Bachelor's Degree
- Any supervisory responsibilities, retail experience, financial responsibility including budget preparation and management experience

**Education Level:** Bachelor's Desired
**Required Travel:** Up to 25%
**Required Certifications/Licenses:** None
**Position Type:** Full-Time
**Regions:** South

**Jobs at Kroger:** At Kroger, we hire people who have a passion for helping others and who want to build a relationship with our Customers. No matter what stage of your career, you can build your future at Kroger. We look for people who want more, aspire to be more and work hard to achieve their goals. Our focus on keeping the Customer first is what makes us successful.

We offer many opportunities not only in our stores, but in Manufacturing, Logistics, Marketing, Finance, Human Resources, and many other fields.

**Company Overview:** Kroger Family of Companies employs nearly half a million associates who serve over 11 million customers daily through a seamless shopping experience under a variety of banner names.  At The Kroger Co., we are Fresh for Everyone™ and dedicated to our Purpose: To Feed the Human Spirit®.  We are committed to creating #ZeroHungerZeroWaste communities by 2025.  Careers with The Kroger Co. and our family of companies offer competitive wages, flexible schedules, benefits and room for advancement.

Posting Notes:  GA || Lawrenceville || 1475 Buford Dr || 30043 || Kroger Stores || None || Store Management; Management || Employee || Exempt || Full-Time || None



**Nearest Major Market:** Atlanta

Apply now ▲

Find similar jobs:
View All Jobs,  Retail Jobs in Atlanta,  Quality Jobs in Atlanta,  Manager Jobs in Atlanta

The Kroger Co. Home

Job Searches

Job Categories

Privacy Policy

Terms of Service

View All Jobs

  

It is the policy of the Kroger family of companies to provide equal opportunity for all applicants and candidates for employment and to administer all human resource practices such as recruiting, hiring, promoting, and all other terms, conditions, and privileges of employment in a manner which does not discriminate on the basis of race, color, sex, disability, age, national origin, religion, sexual orientation, gender identity, genetic information or any other characteristic protected by applicable law. All Comments

© Copyright 2020 The Kroger Co. All Rights Reserved





Application Status

← Back to search results

Search by Keyword

Search by Postal Code                                    10 mi

Search by Location

Search Jobs

Send me alerts every [ 7 ] days    ✍ Create Alert

Share this Job

Apply now ▾

# Assistant Store Leader- Baytown / Pasadena

**Company Name:** Kroger Stores
**Position Type:** Employee
**FLSA Status:**

**Position Summary**
Responsible for assisting with the overall day-to-day operations of the store including continuous development of effective store associates to achieve desired sales and profit results. Assess daily the stores' ability to meet/exceed customer expectations for ease of shopping, variety, freshness, cleanliness, food safety and regulatory compliance. Assist with coaching and development of store associates through both formal and informal interactions. Demonstrate the company's core values of respect, honesty, integrity, diversity, inclusion and safety.

**Essential Job Functions**
• Assist store manager and associates in the achievement of a favorable customer shopping experience

- Lead teams in the planning, implementation and execution of merchandising and operating initiatives
- Work with department leaders and associates to identify opportunities in the store, develop timely solutions and create action plans to ensure implementation of plans
- Achieve/exceed weekly, period, and annual sales, wage budgets and profit budgets, and other targeted goals
- Drive sales working with department leaders to maximize sales and profits, reduce shrink and improve each store department's contribution
- Assist the store manager in the regular store-level financial performance discussions to include developing budgets and other targeted goals with store associates
- Utilize coordinators and other field staff to ensure store departments are achieving sales and profit goals and ensure implementation, and execution of division merchandising plans
- Promote and support strong relationships with local community organizations in the surrounding area in which the store operates
- Build a proactive and productive relationship with union representatives and business agents, if the store is covered by a collectively bargaining agreement
- Serve as liaison providing feedback to Store Manager, District Manager and Coordinators on the effectiveness of Division merchandising and operational plans/programs
- Assist the store manager in the hiring, onboarding, development and associate relations responsibilities
- Reduce turnover and increase retention
- Provide timely feedback to department leaders and associates on individual and department performance
- Assist with the management of labor and supply costs daily to meet customer service and financial targets
- Technical/Professional Knowledge, Compliance and Skills Achieve a satisfactory level of technical and professional skills or knowledge in position and/or related areas; keep up with current developments and trends
- Ensure associates and location comply with laws and regulation applicable to the company
- Supervise and coach direct reports on the performance of their duties; complete performance reviews and provide feedback to direct reports
- Must be able to perform the essential job functions of this position with or without reasonable accommodation

**Minimum Position Qualifications**
- High School Diploma or GED
- Have successfully completed the applicable Division Management Training Program

**Desired Previous Experience/Education**
- Bachelor's Degree
- Any supervisory responsibilities, retail experience, financial responsibility including budget preparation and management experience

**Education Level:** Other
**Required Travel:** Up to 25%
**Required Certifications/Licenses:** None
**Position Type:** Full-Time
**Regions:** South

**Jobs at Kroger:** At Kroger, we hire people who have a passion for helping others and who want to build a relationship with our Customers. No matter what stage of your career, you can build your future at Kroger. We look for people who want more, aspire to be more and work hard to achieve their goals. Our focus on keeping the Customer first is what makes us successful.

We offer many opportunities not only in our stores, but in Manufacturing, Logistics, Marketing, Finance, Human Resources, and many other fields.

**Company Overview:** Kroger Family of Companies employs nearly half a million associates who serve over 11 million customers daily through a seamless shopping experience under a variety of banner names.  At The Kroger Co., we are Fresh for Everyone™ and dedicated to our Purpose: To Feed the Human Spirit®.  We are committed to creating #ZeroHungerZeroWaste communities by 2025.  Careers with The Kroger Co. and our family of companies offer competitive wages, flexible schedules, benefits and room for advancement.

Posting Notes:  TX || La Porte || 1300 W Fairmont Pkwy || 77571 || Kroger Stores || None || Store Management || Employee || Exempt || Full-Time || None



**Nearest Major Market:** Houston

Apply now ▲

Find similar jobs:
View All Jobs, Manager Jobs in Houston

The Kroger Co. Home

Job Searches

Job Categories

Privacy Policy

Terms of Service

View All Jobs

  

It is the policy of the Kroger family of companies to provide equal opportunity for all applicants and candidates for employment and to administer all human resource practices such as recruiting, hiring, promoting, and all other terms, conditions, and privileges of employment in a manner which does not discriminate on the basis of race, color, sex, disability, age, national origin, religion, sexual orientation, gender identity, genetic information or any other characteristic protected by applicable law. All Comments

© Copyright 2020 The Kroger Co. All Rights Reserved





Application Status

← Back to search results

Search by Keyword

Search by Postal Code

Search by Location

Search Jobs

Send me alerts every [ 7 ] days     ☞ Create Alert

Share this Job

Apply now ▾

# Assistant Store Leader-Clear Lake / Friendswood

**Company Name:** Kroger Stores
**Position Type:** Employee
**FLSA Status:**

**Position Summary**
Responsible for assisting with the overall day-to-day operations of the store including continuous development of effective store associates to achieve desired sales and profit results. Assess daily the stores' ability to meet/exceed customer expectations for ease of shopping, variety, freshness, cleanliness, food safety and regulatory compliance. Assist with coaching and development of store associates through both formal and informal interactions. Demonstrate the company's core values of respect, honesty, integrity, diversity, inclusion and safety.

**Essential Job Functions**
- Assist store manager and associates in the achievement of a favorable customer shopping experience

- Lead teams in the planning, implementation and execution of merchandising and operating initiatives
- Work with department leaders and associates to identify opportunities in the store, develop timely solutions and create action plans to ensure implementation of plans
- Achieve/exceed weekly, period, and annual sales, wage budgets and profit budgets, and other targeted goals
- Drive sales working with department leaders to maximize sales and profits, reduce shrink and improve each store department's contribution
- Assist the store manager in the regular store-level financial performance discussions to include developing budgets and other targeted goals with store associates
- Utilize coordinators and other field staff to ensure store departments are achieving sales and profit goals and ensure implementation, and execution of division merchandising plans
- Promote and support strong relationships with local community organizations in the surrounding area in which the store operates
- Build a proactive and productive relationship with union representatives and business agents, if the store is covered by a collectively bargaining agreement
- Serve as liaison providing feedback to Store Manager, District Manager and Coordinators on the effectiveness of Division merchandising and operational plans/programs
- Assist the store manager in the hiring, onboarding, development and associate relations responsibilities
- Reduce turnover and increase retention
- Provide timely feedback to department leaders and associates on individual and department performance
- Assist with the management of labor and supply costs daily to meet customer service and financial targets
- Technical/Professional Knowledge, Compliance and Skills Achieve a satisfactory level of technical and professional skills or knowledge in position and/or related areas; keep up with current developments and trends
- Ensure associates and location comply with laws and regulation applicable to the company
- Supervise and coach direct reports on the performance of their duties; complete performance reviews and provide feedback to direct reports
- Must be able to perform the essential job functions of this position with or without reasonable accommodation

**Minimum Position Qualifications**

- High School Diploma or GED
- Have successfully completed the applicable Division Management Training Program

**Desired Previous Experience/Education**

- Bachelor's Degree
- Any supervisory responsibilities, retail experience, financial responsibility including budget preparation and management experience

**Education Level:** Other
**Required Travel:** Up to 25%
**Required Certifications/Licenses:** None
**Position Type:** Full-Time
**Regions:** South

**Jobs at Kroger:** At Kroger, we hire people who have a passion for helping others and who want to build a relationship with our Customers. No matter what stage of your career, you can build your future at Kroger. We look for people who want more, aspire to be more and work hard to achieve their goals. Our focus on keeping the Customer first is what makes us successful.

We offer many opportunities not only in our stores, but in Manufacturing, Logistics, Marketing, Finance, Human Resources, and many other fields.

**Company Overview:** Kroger Family of Companies employs nearly half a million associates who serve over 11 million customers daily through a seamless shopping experience under a variety of banner names.  At The Kroger Co., we are Fresh for Everyone™ and dedicated to our Purpose: To Feed the Human Spirit®.  We are committed to creating #ZeroHungerZeroWaste communities by 2025.  Careers with The Kroger Co. and our family of companies offer competitive wages, flexible schedules, benefits and room for advancement.

Posting Notes:  TX | | Houston | | 16400 El Camino Real | | 77062 | | Kroger Stores | | None | | Store Management | | Employee | | Exempt | | Full-Time | | None



**Nearest Major Market:** Houston

Apply now ▲

Find similar jobs:
View All Jobs,  Manager Jobs in Houston

The Kroger Co. Home

Job Searches

Job Categories

Privacy Policy

Terms of Service

View All Jobs

  

It is the policy of the Kroger family of companies to provide equal opportunity for all applicants and candidates for employment and to administer all human resource practices such as recruiting, hiring, promoting, and all other terms, conditions, and privileges of employment in a manner which does not discriminate on the basis of race, color, sex, disability, age, national origin, religion, sexual orientation, gender identity, genetic information or any other characteristic protected by applicable law. All Comments

© Copyright 2020 The Kroger Co. All Rights Reserved





Application Status

← Back to search results

Search by Keyword

Search by Postal Code

Search by Location

Search Jobs

Send me alerts every 7 days     ✉ Create Alert

Share this Job

Apply now ▼

# Assistant Store Leader- Clute / Angleton

**Company Name:** Kroger Stores
**Position Type:** Employee
**FLSA Status:**

**Position Summary**
Responsible for assisting with the overall day-to-day operations of the store including continuous development of effective store associates to achieve desired sales and profit results. Assess daily the stores' ability to meet/exceed customer expectations for ease of shopping, variety, freshness, cleanliness, food safety and regulatory compliance. Assist with coaching and development of store associates through both formal and informal interactions. Demonstrate the company's core values of respect, honesty, integrity, diversity, inclusion and safety.

**Essential Job Functions**
- Assist store manager and associates in the achievement of a favorable customer shopping experience

- Lead teams in the planning, implementation and execution of merchandising and operating initiatives
- Work with department leaders and associates to identify opportunities in the store, develop timely solutions and create action plans to ensure implementation of plans
- Achieve/exceed weekly, period, and annual sales, wage budgets and profit budgets, and other targeted goals
- Drive sales working with department leaders to maximize sales and profits, reduce shrink and improve each store department's contribution
- Assist the store manager in the regular store-level financial performance discussions to include developing budgets and other targeted goals with store associates
- Utilize coordinators and other field staff to ensure store departments are achieving sales and profit goals and ensure implementation, and execution of division merchandising plans
- Promote and support strong relationships with local community organizations in the surrounding area in which the store operates
- Build a proactive and productive relationship with union representatives and business agents, if the store is covered by a collectively bargaining agreement
- Serve as liaison providing feedback to Store Manager, District Manager and Coordinators on the effectiveness of Division merchandising and operational plans/programs
- Assist the store manager in the hiring, onboarding, development and associate relations responsibilities
- Reduce turnover and increase retention
- Provide timely feedback to department leaders and associates on individual and department performance
- Assist with the management of labor and supply costs daily to meet customer service and financial targets
- Technical/Professional Knowledge, Compliance and Skills Achieve a satisfactory level of technical and professional skills or knowledge in position and/or related areas; keep up with current developments and trends
- Ensure associates and location comply with laws and regulation applicable to the company
- Supervise and coach direct reports on the performance of their duties; complete performance reviews and provide feedback to direct reports
- Must be able to perform the essential job functions of this position with or without reasonable accommodation

**Minimum Position Qualifications**

- High School Diploma or GED
- Have successfully completed the applicable Division Management Training Program

**Desired Previous Experience/Education**

- Bachelor's Degree
- Any supervisory responsibilities, retail experience, financial responsibility including budget preparation and management experience

**Education Level:** Other
**Required Travel:** Up to 25%
**Required Certifications/Licenses:** None
**Position Type:** Full-Time
**Regions:** South

**Jobs at Kroger:** At Kroger, we hire people who have a passion for helping others and who want to build a relationship with our Customers. No matter what stage of your career, you can build your future at Kroger. We look for people who want more, aspire to be more and work hard to achieve their goals. Our focus on keeping the Customer first is what makes us successful.

We offer many opportunities not only in our stores, but in Manufacturing, Logistics, Marketing, Finance, Human Resources, and many other fields.

**Company Overview:** Kroger Family of Companies employs nearly half a million associates who serve over 11 million customers daily through a seamless shopping experience under a variety of banner names.  At The Kroger Co., we are Fresh for Everyone™ and dedicated to our Purpose: To Feed the Human Spirit®.  We are committed to creating #ZeroHungerZeroWaste communities by 2025.  Careers with The Kroger Co. and our family of companies offer competitive wages, flexible schedules, benefits and room for advancement.

Posting Notes:  TX || Clute || 800 N Dixie Dr || 77531 || Kroger Stores || None || Store Management || Employee || Exempt || Full-Time || None



**Nearest Major Market:** Houston

Apply now ▲

Find similar jobs:
View All Jobs, Manager Jobs in Houston

The Kroger Co. Home

Job Searches

Job Categories

Privacy Policy

Terms of Service

View All Jobs

  

It is the policy of the Kroger family of companies to provide equal opportunity for all applicants and candidates for employment and to administer all human resource practices such as recruiting, hiring, promoting, and all other terms, conditions, and privileges of employment in a manner which does not discriminate on the basis of race, color, sex, disability, age, national origin, religion, sexual orientation, gender identity, genetic information or any other characteristic protected by applicable law. All Comments

© Copyright 2020 The Kroger Co. All Rights Reserved





Application Status

← Back to search results

Search by Keyword

Search by Postal Code

Search by Location

Search Jobs

Send me alerts every [ 7 ] days ✆ Create Alert

Share this Job

Apply now ▾

# Assistant Store Leader- League City

**Company Name:** Kroger Stores
**Position Type:** Employee
**FLSA Status:**

**Position Summary**
Responsible for assisting with the overall day-to-day operations of the store including continuous development of effective store associates to achieve desired sales and profit results. Assess daily the stores' ability to meet/exceed customer expectations for ease of shopping, variety, freshness, cleanliness, food safety and regulatory compliance. Assist with coaching and development of store associates through both formal and informal interactions. Demonstrate the company's core values of respect, honesty, integrity, diversity, inclusion and safety.

**Essential Job Functions**
- Assist store manager and associates in the achievement of a favorable customer shopping experience

- Lead teams in the planning, implementation and execution of merchandising and operating initiatives
- Work with department leaders and associates to identify opportunities in the store, develop timely solutions and create action plans to ensure implementation of plans
- Achieve/exceed weekly, period, and annual sales, wage budgets and profit budgets, and other targeted goals
- Drive sales working with department leaders to maximize sales and profits, reduce shrink and improve each store department's contribution
- Assist the store manager in the regular store-level financial performance discussions to include developing budgets and other targeted goals with store associates
- Utilize coordinators and other field staff to ensure store departments are achieving sales and profit goals and ensure implementation, and execution of division merchandising plans
- Promote and support strong relationships with local community organizations in the surrounding area in which the store operates
- Build a proactive and productive relationship with union representatives and business agents, if the store is covered by a collectively bargaining agreement
- Serve as liaison providing feedback to Store Manager, District Manager and Coordinators on the effectiveness of Division merchandising and operational plans/programs
- Assist the store manager in the hiring, onboarding, development and associate relations responsibilities
- Reduce turnover and increase retention
- Provide timely feedback to department leaders and associates on individual and department performance
- Assist with the management of labor and supply costs daily to meet customer service and financial targets
- Technical/Professional Knowledge, Compliance and Skills Achieve a satisfactory level of technical and professional skills or knowledge in position and/or related areas; keep up with current developments and trends
- Ensure associates and location comply with laws and regulation applicable to the company
- Supervise and coach direct reports on the performance of their duties; complete performance reviews and provide feedback to direct reports
- Must be able to perform the essential job functions of this position with or without reasonable accommodation

**Minimum Position Qualifications**

- High School Diploma or GED
- Have successfully completed the applicable Division Management Training Program

**Desired Previous Experience/Education**

- Bachelor's Degree
- Any supervisory responsibilities, retail experience, financial responsibility including budget preparation and management experience

**Education Level:** Other
**Required Travel:** Up to 25%
**Required Certifications/Licenses:** None
**Position Type:** Full-Time
**Regions:** South

**Jobs at Kroger:** At Kroger, we hire people who have a passion for helping others and who want to build a relationship with our Customers. No matter what stage of your career, you can build your future at Kroger. We look for people who want more, aspire to be more and work hard to achieve their goals. Our focus on keeping the Customer first is what makes us successful.

We offer many opportunities not only in our stores, but in Manufacturing, Logistics, Marketing, Finance, Human Resources, and many other fields.

**Company Overview:** Kroger Family of Companies employs nearly half a million associates who serve over 11 million customers daily through a seamless shopping experience under a variety of banner names.  At The Kroger Co., we are Fresh for Everyone™ and dedicated to our Purpose: To Feed the Human Spirit®.  We are committed to creating #ZeroHungerZeroWaste communities by 2025.  Careers with The Kroger Co. and our family of companies offer competitive wages, flexible schedules, benefits and room for advancement.

Posting Notes:  TX | | League City | | 2750 E League City Pkwy | | 77573 | | Kroger Stores | | None | | Store Management | | Employee | | Exempt | | Full-Time | | None



**Nearest Major Market:** Galveston
**Nearest Secondary Market:** Houston

Apply now ▲

Find similar jobs:
View All Jobs,  Manager Jobs in Houston,  Manager Jobs in Galveston

The Kroger Co. Home

Job Searches

Job Categories

Privacy Policy

Terms of Service

View All Jobs

  

It is the policy of the Kroger family of companies to provide equal opportunity for all applicants and candidates for employment and to administer all human resource practices such as recruiting, hiring, promoting, and all other terms, conditions, and privileges of employment in a manner which does not discriminate on the basis of race, color, sex, disability, age, national origin, religion, sexual orientation, gender identity, genetic information or any other characteristic protected by applicable law. All Comments

© Copyright 2020 The Kroger Co. All Rights Reserved





Application Status

← Back to search results

Search by Keyword

Search by Postal Code

Search by Location

10 mi

Search Jobs

Send me alerts every [ 7 ] days    ☞ Create Alert

Share this Job

Apply now ▾

# Assistant Store Leader- Pearland

**Company Name:** Kroger Stores
**Position Type:** Employee
**FLSA Status:**

**Position Summary**
Responsible for assisting with the overall day-to-day operations of the store including continuous development of effective store associates to achieve desired sales and profit results. Assess daily the stores' ability to meet/exceed customer expectations for ease of shopping, variety, freshness, cleanliness, food safety and regulatory compliance. Assist with coaching and development of store associates through both formal and informal interactions. Demonstrate the company's core values of respect, honesty, integrity, diversity, inclusion and safety.

**Essential Job Functions**
- Assist store manager and associates in the achievement of a favorable customer shopping experience

- Lead teams in the planning, implementation and execution of merchandising and operating initiatives
- Work with department leaders and associates to identify opportunities in the store, develop timely solutions and create action plans to ensure implementation of plans
- Achieve/exceed weekly, period, and annual sales, wage budgets and profit budgets, and other targeted goals
- Drive sales working with department leaders to maximize sales and profits, reduce shrink and improve each store department's contribution
- Assist the store manager in the regular store-level financial performance discussions to include developing budgets and other targeted goals with store associates
- Utilize coordinators and other field staff to ensure store departments are achieving sales and profit goals and ensure implementation, and execution of division merchandising plans
- Promote and support strong relationships with local community organizations in the surrounding area in which the store operates
- Build a proactive and productive relationship with union representatives and business agents, if the store is covered by a collectively bargaining agreement
- Serve as liaison providing feedback to Store Manager, District Manager and Coordinators on the effectiveness of Division merchandising and operational plans/programs
- Assist the store manager in the hiring, onboarding, development and associate relations responsibilities
- Reduce turnover and increase retention
- Provide timely feedback to department leaders and associates on individual and department performance
- Assist with the management of labor and supply costs daily to meet customer service and financial targets
- Technical/Professional Knowledge, Compliance and Skills Achieve a satisfactory level of technical and professional skills or knowledge in position and/or related areas; keep up with current developments and trends
- Ensure associates and location comply with laws and regulation applicable to the company
- Supervise and coach direct reports on the performance of their duties; complete performance reviews and provide feedback to direct reports
- Must be able to perform the essential job functions of this position with or without reasonable accommodation

**Minimum Position Qualifications**
- High School Diploma or GED
- Have successfully completed the applicable Division Management Training Program

**Desired Previous Experience/Education**
- Bachelor's Degree
- Any supervisory responsibilities, retail experience, financial responsibility including budget preparation and management experience

**Education Level:** Other
**Required Travel:** Up to 25%
**Required Certifications/Licenses:** None
**Position Type:** Full-Time
**Regions:** South

**Jobs at Kroger:** At Kroger, we hire people who have a passion for helping others and who want to build a relationship with our Customers. No matter what stage of your career, you can build your future at Kroger. We look for people who want more, aspire to be more and work hard to achieve their goals. Our focus on keeping the Customer first is what makes us successful.

We offer many opportunities not only in our stores, but in Manufacturing, Logistics, Marketing, Finance, Human Resources, and many other fields.

**Company Overview:** Kroger Family of Companies employs nearly half a million associates who serve over 11 million customers daily through a seamless shopping experience under a variety of banner names. At The Kroger Co., we are Fresh for Everyone™ and dedicated to our Purpose: To Feed the Human Spirit®. We are committed to creating #ZeroHungerZeroWaste communities by 2025. Careers with The Kroger Co. and our family of companies offer competitive wages, flexible schedules, benefits and room for advancement.

Posting Notes: TX || Pearland || 8323 Broadway St || 77584 || Kroger Stores || None || Store Management || Employee || Exempt || Full-Time || None



**Nearest Major Market:** Houston

Apply now ▲

Find similar jobs:
View All Jobs, Manager Jobs in Houston

The Kroger Co. Home

Job Searches

Job Categories

Privacy Policy

Terms of Service

View All Jobs

  

It is the policy of the Kroger family of companies to provide equal opportunity for all applicants and
candidates for employment and to administer all human resource practices such as recruiting, hiring,
promoting, and all other terms, conditions, and privileges of employment in a manner which does not
discriminate on the basis of race, color, sex, disability, age, national origin, religion, sexual orientation,
gender identity, genetic information or any other characteristic protected by applicable law. All Comments

© Copyright 2020 The Kroger Co. All Rights Reserved





Application Status

← Back to search results

Search by Keyword

Search by Postal Code

Search by Location

Search Jobs

Send me alerts every [ 7 ] days    ☞ Create Alert

Share this Job

Apply now ▾

# Assistant Store Leader- Sugarland / Missouri City

**Company Name:** Kroger Stores
**Position Type:** Employee
**FLSA Status:**

**Position Summary**
Responsible for assisting with the overall day-to-day operations of the store including continuous development of effective store associates to achieve desired sales and profit results. Assess daily the stores' ability to meet/exceed customer expectations for ease of shopping, variety, freshness, cleanliness, food safety and regulatory compliance. Assist with coaching and development of store associates through both formal and informal interactions. Demonstrate the company's core values of respect, honesty, integrity, diversity, inclusion and safety.

**Essential Job Functions**
• Assist store manager and associates in the achievement of a favorable customer shopping experience

- Lead teams in the planning, implementation and execution of merchandising and operating initiatives
- Work with department leaders and associates to identify opportunities in the store, develop timely solutions and create action plans to ensure implementation of plans
- Achieve/exceed weekly, period, and annual sales, wage budgets and profit budgets, and other targeted goals
- Drive sales working with department leaders to maximize sales and profits, reduce shrink and improve each store department's contribution
- Assist the store manager in the regular store-level financial performance discussions to include developing budgets and other targeted goals with store associates
- Utilize coordinators and other field staff to ensure store departments are achieving sales and profit goals and ensure implementation, and execution of division merchandising plans
- Promote and support strong relationships with local community organizations in the surrounding area in which the store operates
- Build a proactive and productive relationship with union representatives and business agents, if the store is covered by a collectively bargaining agreement
- Serve as liaison providing feedback to Store Manager, District Manager and Coordinators on the effectiveness of Division merchandising and operational plans/programs
- Assist the store manager in the hiring, onboarding, development and associate relations responsibilities
- Reduce turnover and increase retention
- Provide timely feedback to department leaders and associates on individual and department performance
- Assist with the management of labor and supply costs daily to meet customer service and financial targets
- Technical/Professional Knowledge, Compliance and Skills Achieve a satisfactory level of technical and professional skills or knowledge in position and/or related areas; keep up with current developments and trends
- Ensure associates and location comply with laws and regulation applicable to the company
- Supervise and coach direct reports on the performance of their duties; complete performance reviews and provide feedback to direct reports
- Must be able to perform the essential job functions of this position with or without reasonable accommodation

**Minimum Position Qualifications**

- High School Diploma or GED
- Have successfully completed the applicable Division Management Training Program

**Desired Previous Experience/Education**

- Bachelor's Degree
- Any supervisory responsibilities, retail experience, financial responsibility including budget preparation and management experience


**Education Level:** Other
**Required Travel:** Up to 25%
**Required Certifications/Licenses:** None
**Position Type:** Full-Time
**Regions:** South


**Jobs at Kroger:** At Kroger, we hire people who have a passion for helping others and who want to build a relationship with our Customers. No matter what stage of your career, you can build your future at Kroger. We look for people who want more, aspire to be more and work hard to achieve their goals. Our focus on keeping the Customer first is what makes us successful.

We offer many opportunities not only in our stores, but in Manufacturing, Logistics, Marketing, Finance, Human Resources, and many other fields.

**Company Overview:** Kroger Family of Companies employs nearly half a million associates who serve over 11 million customers daily through a seamless shopping experience under a variety of banner names.  At The Kroger Co., we are Fresh for Everyone™ and dedicated to our Purpose: To Feed the Human Spirit®.  We are committed to creating #ZeroHungerZeroWaste communities by 2025.  Careers with The Kroger Co. and our family of companies offer competitive wages, flexible schedules, benefits and room for advancement.

Posting Notes:  TX || Missouri City || 6200 Highway 6 || 77459 || Kroger Stores || None || Store Management || Employee || Exempt || Full-Time || None



**Nearest Major Market:** Houston

Apply now ▲

Find similar jobs:
View All Jobs,  Manager Jobs in Houston

The Kroger Co. Home

Job Searches

Job Categories

Privacy Policy

Terms of Service

View All Jobs

  

It is the policy of the Kroger family of companies to provide equal opportunity for all applicants and candidates for employment and to administer all human resource practices such as recruiting, hiring, promoting, and all other terms, conditions, and privileges of employment in a manner which does not discriminate on the basis of race, color, sex, disability, age, national origin, religion, sexual orientation, gender identity, genetic information or any other characteristic protected by applicable law. All Comments

© Copyright 2020 The Kroger Co. All Rights Reserved





Application Status

← Back to search results

Search by Keyword

Search by Postal Code

Search by Location

10 mi

Search Jobs

Send me alerts every 7 days  ✏ Create Alert

Share this Job

Apply now ▾

# District 2 Assistant Store Leader

**Company Name:** Kroger Stores
**Position Type:** Employee
**FLSA Status:**

**Position Summary**
Responsible for assisting with the overall day-to-day operations of the store including continuous development of effective store associates to achieve desired sales and profit results. Assess daily the stores' ability to meet/exceed customer expectations for ease of shopping, variety, freshness, cleanliness, food safety and regulatory compliance. Assist with coaching and development of store associates through both formal and informal interactions. Demonstrate the company's core values of respect, honesty, integrity, diversity, inclusion and safety.
**Essential Job Functions**
- Assist store manager and associates in the achievement of a favorable customer shopping experience

- Lead teams in the planning, implementation and execution of merchandising and operating initiatives
- Work with department leaders and associates to identify opportunities in the store, develop timely solutions and create action plans to ensure implementation of plans
- Achieve/exceed weekly, period, and annual sales, wage budgets and profit budgets, and other targeted goals
- Drive sales working with department leaders to maximize sales and profits, reduce shrink and improve each store department's contribution
- Assist the store manager in the regular store-level financial performance discussions to include developing budgets and other targeted goals with store associates
- Utilize coordinators and other field staff to ensure store departments are achieving sales and profit goals and ensure implementation, and execution of division merchandising plans
- Promote and support strong relationships with local community organizations in the surrounding area in which the store operates
- Build a proactive and productive relationship with union representatives and business agents, if the store is covered by a collectively bargaining agreement
- Serve as liaison providing feedback to Store Manager, District Manager and Coordinators on the effectiveness of Division merchandising and operational plans/programs
- Assist the store manager in the hiring, onboarding, development and associate relations responsibilities
- Reduce turnover and increase retention
- Provide timely feedback to department leaders and associates on individual and department performance
- Assist with the management of labor and supply costs daily to meet customer service and financial targets
- Technical/Professional Knowledge, Compliance and Skills Achieve a satisfactory level of technical and professional skills or knowledge in position and/or related areas; keep up with current developments and trends
- Ensure associates and location comply with laws and regulation applicable to the company
- Supervise and coach direct reports on the performance of their duties; complete performance reviews and provide feedback to direct reports
- Must be able to perform the essential job functions of this position with or without reasonable accommodation

**Minimum Position Qualifications**
- High School Diploma or GED
- Have successfully completed the applicable Division Management Training Program

**Desired Previous Experience/Education**
- Bachelor's Degree
- Any supervisory responsibilities, retail experience, financial responsibility including budget preparation and management experience

**Education Level:** Associates Required
**Required Travel:** Up to 25%
**Required Certifications/Licenses:** None
**Position Type:** Full-Time
**Regions:** Mid-Atlantic

**Jobs at Kroger:** At Kroger, we hire people who have a passion for helping others and who want to build a relationship with our Customers. No matter what stage of your career, you can build your future at Kroger. We look for people who want more, aspire to be more and work hard to achieve their goals. Our focus on keeping the Customer first is what makes us successful.

We offer many opportunities not only in our stores, but in Manufacturing, Logistics, Marketing, Finance, Human Resources, and many other fields.

**Company Overview:** Kroger Family of Companies employs nearly half a million associates who serve over 11 million customers daily through a seamless shopping experience under a variety of banner names.  At The Kroger Co., we are Fresh for Everyone™ and dedicated to our Purpose: To Feed the Human Spirit®.  We are committed to creating #ZeroHungerZeroWaste communities by 2025.  Careers with The Kroger Co. and our family of companies offer competitive wages, flexible schedules, benefits and room for advancement.

Posting Notes:  TN || Johnson City || 1805 W State Of Franklin || 37604 || Kroger Stores || None || Human Resources; Merchandising; Store Management; Store Operations || Employee || Exempt || Full-Time || None



**Nearest Major Market:** Asheville
**Nearest Secondary Market:** Knoxville

Apply now ▲

Find similar jobs:
View All Jobs

The Kroger Co. Home

Job Searches

Job Categories

Privacy Policy

Terms of Service

View All Jobs

  

It is the policy of the Kroger family of companies to provide equal opportunity for all applicants and candidates for employment and to administer all human resource practices such as recruiting, hiring, promoting, and all other terms, conditions, and privileges of employment in a manner which does not discriminate on the basis of race, color, sex, disability, age, national origin, religion, sexual orientation, gender identity, genetic information or any other characteristic protected by applicable law. All Comments

© Copyright 2020 The Kroger Co. All Rights Reserved





Application Status

← Back to search results

Search by Keyword

Search by Postal Code

Search by Location

10 mi ▾

Search Jobs

Send me alerts every 7 days    ☞ Create Alert

Share this Job

Apply now ▾

# District 3 Assistant Store Leader

**Company Name:** Kroger Stores
**Position Type:** Employee
**FLSA Status:**

**Position Summary**
Responsible for assisting with the overall day-to-day operations of the store including continuous development of effective store associates to achieve desired sales and profit results. Assess daily the stores' ability to meet/exceed customer expectations for ease of shopping, variety, freshness, cleanliness, food safety and regulatory compliance. Assist with coaching and development of store associates through both formal and informal interactions. Demonstrate the company's core values of respect, honesty, integrity, diversity, inclusion and safety.

**Essential Job Functions**
- Assist store manager and associates in the achievement of a favorable customer shopping experience

- Lead teams in the planning, implementation and execution of merchandising and operating initiatives
- Work with department leaders and associates to identify opportunities in the store, develop timely solutions and create action plans to ensure implementation of plans
- Achieve/exceed weekly, period, and annual sales, wage budgets and profit budgets, and other targeted goals
- Drive sales working with department leaders to maximize sales and profits, reduce shrink and improve each store department's contribution
- Assist the store manager in the regular store-level financial performance discussions to include developing budgets and other targeted goals with store associates
- Utilize coordinators and other field staff to ensure store departments are achieving sales and profit goals and ensure implementation, and execution of division merchandising plans
- Promote and support strong relationships with local community organizations in the surrounding area in which the store operates
- Build a proactive and productive relationship with union representatives and business agents, if the store is covered by a collectively bargaining agreement
- Serve as liaison providing feedback to Store Manager, District Manager and Coordinators on the effectiveness of Division merchandising and operational plans/programs
- Assist the store manager in the hiring, onboarding, development and associate relations responsibilities
- Reduce turnover and increase retention
- Provide timely feedback to department leaders and associates on individual and department performance
- Assist with the management of labor and supply costs daily to meet customer service and financial targets
- Technical/Professional Knowledge, Compliance and Skills Achieve a satisfactory level of technical and professional skills or knowledge in position and/or related areas; keep up with current developments and trends
- Ensure associates and location comply with laws and regulation applicable to the company
- Supervise and coach direct reports on the performance of their duties; complete performance reviews and provide feedback to direct reports
- Must be able to perform the essential job functions of this position with or without reasonable accommodation

**Minimum Position Qualifications**
- High School Diploma or GED
- Have successfully completed the applicable Division Management Training Program

**Desired Previous Experience/Education**
- Bachelor's Degree
- Any supervisory responsibilities, retail experience, financial responsibility including budget preparation and management experience

**Education Level:** Associates Required
**Required Travel:** Up to 25%
**Required Certifications/Licenses:** None
**Position Type:** Full-Time
**Regions:** Mid-Atlantic

**Jobs at Kroger:** At Kroger, we hire people who have a passion for helping others and who want to build a relationship with our Customers. No matter what stage of your career, you can build your future at Kroger. We look for people who want more, aspire to be more and work hard to achieve their goals. Our focus on keeping the Customer first is what makes us successful.

We offer many opportunities not only in our stores, but in Manufacturing, Logistics, Marketing, Finance, Human Resources, and many other fields.

**Company Overview:** Kroger Family of Companies employs nearly half a million associates who serve over 11 million customers daily through a seamless shopping experience under a variety of banner names.  At The Kroger Co., we are Fresh for Everyone™ and dedicated to our Purpose: To Feed the Human Spirit®.  We are committed to creating #ZeroHungerZeroWaste communities by 2025.  Careers with The Kroger Co. and our family of companies offer competitive wages, flexible schedules, benefits and room for advancement.

Posting Notes:  WV || Logan || Rt44 Holden Rd || 25601 || Kroger Stores || None || Human Resources; Merchandising; Store Management; Store Operations || Employee || Exempt || Full-Time || None



**Nearest Major Market:** Charleston

Apply now ▲

Find similar jobs:

View All Jobs

The Kroger Co. Home

Job Searches

Job Categories

Privacy Policy

Terms of Service

View All Jobs

  

It is the policy of the Kroger family of companies to provide equal opportunity for all applicants and candidates for employment and to administer all human resource practices such as recruiting, hiring, promoting, and all other terms, conditions, and privileges of employment in a manner which does not discriminate on the basis of race, color, sex, disability, age, national origin, religion, sexual orientation, gender identity, genetic information or any other characteristic protected by applicable law. All Comments

© Copyright 2020 The Kroger Co. All Rights Reserved





Application Status

← Back to search results

Search by Keyword

Search by Postal Code

Search by Location

10 mi

Search Jobs

Send me alerts every [ 7 ] days   ☞ Create Alert

Share this Job

Apply now ▾

# District 4 Assistant Store Leader

**Company Name:** Kroger Stores
**Position Type:** Employee
**FLSA Status:** Exempt

**Position Summary**
Responsible for assisting with the overall day-to-day operations of the store including continuous development of effective store associates to achieve desired sales and profit results. Assess daily the stores' ability to meet/exceed customer expectations for ease of shopping, variety, freshness, cleanliness, food safety and regulatory compliance. Assist with coaching and development of store associates through both formal and informal interactions. Demonstrate the company's core values of respect, honesty, integrity, diversity, inclusion and safety.

**Essential Job Functions**

- Assist store manager and associates in the achievement of a favorable customer shopping experience

- Lead teams in the planning, implementation and execution of merchandising and operating initiatives
- Work with department leaders and associates to identify opportunities in the store, develop timely solutions and create action plans to ensure implementation of plans
- Achieve/exceed weekly, period, and annual sales, wage budgets and profit budgets, and other targeted goals
- Drive sales working with department leaders to maximize sales and profits, reduce shrink and improve each store department's contribution
- Assist the store manager in the regular store-level financial performance discussions to include developing budgets and other targeted goals with store associates
- Utilize coordinators and other field staff to ensure store departments are achieving sales and profit goals and ensure implementation, and execution of division merchandising plans
- Promote and support strong relationships with local community organizations in the surrounding area in which the store operates
- Build a proactive and productive relationship with union representatives and business agents, if the store is covered by a collectively bargaining agreement
- Serve as liaison providing feedback to Store Manager, District Manager and Coordinators on the effectiveness of Division merchandising and operational plans/programs
- Assist the store manager in the hiring, onboarding, development and associate relations responsibilities
- Reduce turnover and increase retention
- Provide timely feedback to department leaders and associates on individual and department performance
- Assist with the management of labor and supply costs daily to meet customer service and financial targets
- Technical/Professional Knowledge, Compliance and Skills Achieve a satisfactory level of technical and professional skills or knowledge in position and/or related areas; keep up with current developments and trends
- Ensure associates and location comply with laws and regulation applicable to the company
- Supervise and coach direct reports on the performance of their duties; complete performance reviews and provide feedback to direct reports
- Must be able to perform the essential job functions of this position with or without reasonable accommodation

**Minimum Position Qualifications**
- High School Diploma or GED
- Have successfully completed the applicable Division Management Training Program

**Desired Previous Experience/Education**
- Bachelor's Degree
- Any Supervisory responsibilities, retail experience, financial responsibility including budget preparation and management experience

**Education Level:** Associates Required
**Required Travel:** Up to 25%
**Required Certifications/Licenses:** None
**Position Type:** Full-Time
**Regions:** Mid-Atlantic

**Jobs at Kroger:** At Kroger, we hire people who have a passion for helping others and who want to build a relationship with our Customers. No matter what stage of your career, you can build your future at Kroger. We look for people who want more, aspire to be more and work hard to achieve their goals. Our focus on keeping the Customer first is what makes us successful.

We offer many opportunities not only in our stores, but in Manufacturing, Logistics, Marketing, Finance, Human Resources, and many other fields.

**Company Overview:** Kroger Family of Companies employs nearly half a million associates who serve over 11 million customers daily through a seamless shopping experience under a variety of banner names.  At The Kroger Co., we are Fresh for Everyone™ and dedicated to our Purpose: To Feed the Human Spirit®.  We are committed to creating #ZeroHungerZeroWaste communities by 2025.  Careers with The Kroger Co. and our family of companies offer competitive wages, flexible schedules, benefits and room for advancement.

Posting Notes:  OH || Belpre || 1008 Washington Blvd || 45714 || Kroger Stores || None || Human Resources; Merchandising; Store Management; Store Operations || Employee || Exempt || Full-Time || None



**Nearest Major Market:** Athens

Apply now ▲

Find similar jobs:

View All Jobs

The Kroger Co. Home

Job Searches

Job Categories

Privacy Policy

Terms of Service

View All Jobs

  

It is the policy of the Kroger family of companies to provide equal opportunity for all applicants and candidates for employment and to administer all human resource practices such as recruiting, hiring, promoting, and all other terms, conditions, and privileges of employment in a manner which does not discriminate on the basis of race, color, sex, disability, age, national origin, religion, sexual orientation, gender identity, genetic information or any other characteristic protected by applicable law. All Comments

© Copyright 2020 The Kroger Co. All Rights Reserved

 IntelliJobs

## District 4 Assistant Store Leader at Kroger

## Kroger

📍 Clarksburg, WV,    📅 Post Date: November 22, 2020    Full Time

▷ Apply for job

### Job Description

**Company Name:**Kroger Stores
**Position Type:**Employee
**FLSA Status:**

**Position Summary**

Responsible for assisting with the overall day-to-day operations of the store including continuous development of effective store associates to achieve desired sales and profit results. Assess daily the stores' ability to meet/exceed customer expectations for ease of shopping, variety, freshness, cleanliness, food safety and regulatory compliance. Assist with coaching and development of store associates through both formal and informal interactions. Demonstrate the company's core values of respect, honesty, integrity, diversity, inclusion and safety.

**Essential Job Functions**

- Assist store manager and associates in the achievement of a favorable customer shopping experience

- Lead teams in the planning, implementation and execution of merchandising and operating initiatives

- Work with department leaders and associates to identify opportunities in the store, develop timely solutions and create action plans to ensure implementation of plans

- Achieve/exceed weekly, period, and annual sales, wage budgets and profit budgets, and other targeted goals

- Drive sales working with department leaders to maximize sales and profits, reduce shrink and improve each store department's contribution

- Assist the store manager in the regular store-level financial performance discussions to include developing budgets and other targeted goals with store associates

- Utilize coordinators and other field staff to ensure store departments are achieving sales and profit goals and ensure implementation, and execution of division merchandising plans

- Promote and support strong relationships with local community organizations in the surrounding area in which the store operates

**Minimum Position Qualifications**

- Build a proactive and productive relationship with union representatives and business agents, if the store is covered by a collectively bargaining agreement

- Serve as liaison providing feedback to Store Manager, District Manager and Coordinators on the effectiveness of Division merchandising and operational plans/programs

- Assist the store manager in the hiring, onboarding, development and associate relations responsibilities

- Reduce turnover and increase retention

- Provide timely feedback to department leaders and associates on individual and department performance

- Assist with the management of labor and supply costs daily to meet customer service and financial targets

- Technical/Professional Knowledge, Compliance and Skills Achieve a satisfactory level of technical and professional skills or knowledge in position and/or related areas; keep up with current developments and trends

- Ensure associates and location comply with laws and regulation applicable to the company

- Supervise and coach direct reports on the performance of their duties; complete performance reviews and provide feedback to direct reports

- Must be able to perform the essential job functions of this position with or without reasonable accommodation

- High School Diploma or GED

- Have successfully completed the applicable Division Management Training Program

**Desired Previous Experience/Education**
- Any supervisory responsibilities, retail experience, financial responsibility including budget preparation and management experience

- Bachelor's Degree

**Education Level:** Associates Required
**Required Travel:** Up to 25%
**Required Certifications/Licenses:** None
**Position Type:** Full-Time
**Regions:** Mid-Atlantic

States: West Virginia
Keywords:

**Jobs at Kroger:** At Kroger, we hire people who have a passion for helping others and who want to build a relationship with our Customers. No matter what stage of your career, you can build your future at Kroger. We look for people who want more, aspire to be more and work hard to achieve their goals. Our focus on keeping the Customer first is what makes us successful. We offer many opportunities not only in our stores, but in Manufacturing, Logistics, Marketing, Finance, Human Resources, and many other fields.

**Company Overview:** Kroger Family of Companies employs nearly half a million associates who serve over 11 million customers daily through a seamless shopping experience under a variety of banner names . At The Kroger Co., we are Fresh for Everyone™ and dedicated to our Purpose: To Feed the Human Spirit®. We are committed to creating #ZeroHungerZeroWaste communities by 2025. Careers with The Kroger Co. and our family of companies offer competitive wages,

flexible schedules, benefits and room for advancement.

 Posting Notes: WV||Morgantown|| 500 Suncrest Town Centre Dr ||26505 || Kroger Stores||None||Human Resources; Management; Merchandising; Retail Operations ||Employee|| Exempt || Full-Time|| None

.buttontext244f8b4485e70c27 a{ border: 1px solid transparent; }
.buttontext244f8b4485e70c27 a:focus{ border: 1px dashed #0068b3 !important; outline: none !important; }

.videocomponente864c978b3ec0592 a{ border: 1px solid transparent; }
.videocomponente864c978b3ec0592 a:focus{ border: 1px dashed #0068b3 !important; outline: none !important; }

**Nearest Major Market:** Morgantown
**Job Segment:** Retail Manager, Store Manager, Merchandising, Law, Retail, Legal

Apply now »

---

🕐 3 months ago          📄 0 Application          ⊕ 5 Views

## Similar Jobs

Previous                                                                 Next



the muse    **District 4 Assistant Store Leader**          Apply now
Kroger
📍 Clarksburg, WV,                                          3 months ago

the muse    **Pharmacy Technician**                        Apply now
Kroger
📍 Dayton, OH,                                              2 months ago

the muse    **Grocery Night-Crew Clerk**                   Apply now
Kroger
📍 Thornton, CO,                                            2 months ago

the muse    **Deli Clerk**                                 Apply now
Kroger
📍 Piqua, OH,                                               3 months ago

the muse    **Front End Manager**                          Apply now
Kroger
📍 Los Angeles, CA,                                         24 days ago

**the**muse

### Home Clerk
Kroger

⌖ Portland, OR,

Apply now

3 months ago

---

**the**muse

### Jewelry Sales Professional
Kroger

⌖ Olympia, WA,

Apply now

18 days ago

---

**the**muse

### Grocery Clerk
Kroger

⌖ Phoenix, AZ,

Apply now

3 months ago

---

**the**muse

### Pick 'n Save Retail Clerk (Madison/Junction Rd.)
Kroger

⌖ Madison, WI,

Apply now

3 months ago

---

**the**muse

### e-Commerce Clerk
Kroger

⌖ Toledo, OH,

Apply now

a month ago

---

**the**muse

### Non-Certified Pharmacy Technician
Kroger

⌖ Conyers, GA,

Apply now

19 days ago

---

### Sales Manager - CASA-RL SALES-Regional sales
Kotak Mahindra Bank Limited

⌖ ,

Apply now

a day ago

---

### Team Member - Training-HO - SUPPORT-Training
Kotak Mahindra Bank Limited

⌖ ,

Apply now

a day ago

---

### Collections Manager-Consumer Durables-Recovery Area
Kotak Mahindra Bank Limited

⌖ ,

Apply now

a day ago

---

### Gold Loan Relationship Officer-LOANS AGAINST GOLD-Marketing Branches Operations
Kotak Mahindra Bank Limited

Apply now

a day ago

### Portfolio Manager-Consumer Durables-Recovery Area

[Kotak Mahindra Bank Limited](#)

⌖ ,

Apply now

a day ago

### CUSTOMER CARE SENIOR REPRESENTATIVE

[NTT DATA Global Delivery Services Limited](#)

⌖ India,

Apply now

a day ago

### Customer Service Representative–rebel Northam-premium Email Support

[S R Recruiters](#)

⌖ Mohali,

Apply now

a day ago

### CEC - Service Assurance Officer-Customer Experience Center-Contact Centre Inbound

[Kotak Mahindra Bank Limited](#)

⌖ ,

Apply now

a day ago

### Territory Manager Virtual Office

[Bajaj Allianz General Insurance Company Limited](#)

⌖ India,

Apply now

a day ago

### Territory Manager Virtual Office

[Bajaj Allianz General Insurance Company Limited](#)

⌖ India,

Apply now

a day ago

## Job Overview

🛡 Experience
to yrs

## Resume Match Score

Please upload your resume to see your Resume Match Score with this job

Drop Your Resume Here

☑ This featured is powered by CutShort, Which will receive your resume and will create an account for you automatically. You agree to their [privacy & policy](#) by

continuing.Intellijobs doesn't retain your data or shares it with any other third parties.

☑ I give Intellijobs consent to process my data, send me email alerts

## Jobs by Function

IT software Jobs

Marketing Jobs

Sales Jobs

Growth Hacking Jobs

## Jobs by Role

Software Engineer

Full Stack Developer

Front End Developer

Back End Developer

Cloud-architect

Data Analyst

## Jobs by Skills

Node JS

Java

ASP.net

Ruby on rails
Vue

SQL

PHP

## All jobs

1    2    3    4    5    6    7    8    9    10    11    12    13    14    15    16    17    18    19    20

© 2020 All rights reserved





Application Status

← Back to search results

Search by Keyword

Search by Postal Code                                        10 mi ▼

Search by Location

Search Jobs

Send me alerts every [ 7 ] days      ✉ Create Alert

Share this Job

Apply now ▾

# District 7 Assistant Store Leader

**Company Name:** Kroger Stores
**Position Type:** Employee
**FLSA Status:**

**Position Summary**
Responsible for assisting with the overall day-to-day operations of the store including continuous development of effective store associates to achieve desired sales and profit results. Assess daily the stores' ability to meet/exceed customer expectations for ease of shopping, variety, freshness, cleanliness, food safety and regulatory compliance. Assist with coaching and development of store associates through both formal and informal interactions. Demonstrate the company's core values of respect, honesty, integrity, diversity, inclusion and safety.

**Essential Job Functions**
- Assist store manager and associates in the achievement of a favorable customer shopping experience

- Lead teams in the planning, implementation and execution of merchandising and operating initiatives
- Work with department leaders and associates to identify opportunities in the store, develop timely solutions and create action plans to ensure implementation of plans
- Achieve/exceed weekly, period, and annual sales, wage budgets and profit budgets, and other targeted goals
- Drive sales working with department leaders to maximize sales and profits, reduce shrink and improve each store department's contribution
- Assist the store manager in the regular store-level financial performance discussions to include developing budgets and other targeted goals with store associates
- Utilize coordinators and other field staff to ensure store departments are achieving sales and profit goals and ensure implementation, and execution of division merchandising plans
- Promote and support strong relationships with local community organizations in the surrounding area in which the store operates
- Build a proactive and productive relationship with union representatives and business agents, if the store is covered by a collectively bargaining agreement
- Serve as liaison providing feedback to Store Manager, District Manager and Coordinators on the effectiveness of Division merchandising and operational plans/programs
- Assist the store manager in the hiring, onboarding, development and associate relations responsibilities
- Reduce turnover and increase retention
- Provide timely feedback to department leaders and associates on individual and department performance
- Assist with the management of labor and supply costs daily to meet customer service and financial targets
- Technical/Professional Knowledge, Compliance and Skills Achieve a satisfactory level of technical and professional skills or knowledge in position and/or related areas; keep up with current developments and trends
- Ensure associates and location comply with laws and regulation applicable to the company
- Supervise and coach direct reports on the performance of their duties; complete performance reviews and provide feedback to direct reports
- Must be able to perform the essential job functions of this position with or without reasonable accommodation

**Minimum Position Qualifications**
- High School Diploma or GED
- Have successfully completed the applicable Division Management Training Program

**Desired Previous Experience/Education**
- Bachelor's Degree
- Any supervisory responsibilities, retail experience, financial responsibility including budget preparation and management experience

**Education Level:** Associates Required
**Required Travel:** Up to 25%
**Required Certifications/Licenses:** None
**Position Type:** Full-Time
**Regions:** Mid-Atlantic

**Jobs at Kroger:** At Kroger, we hire people who have a passion for helping others and who want to build a relationship with our Customers. No matter what stage of your career, you can build your future at Kroger. We look for people who want more, aspire to be more and work hard to achieve their goals. Our focus on keeping the Customer first is what makes us successful.

We offer many opportunities not only in our stores, but in Manufacturing, Logistics, Marketing, Finance, Human Resources, and many other fields.

**Company Overview:** Kroger Family of Companies employs nearly half a million associates who serve over 11 million customers daily through a seamless shopping experience under a variety of banner names.  At The Kroger Co., we are Fresh for Everyone™ and dedicated to our Purpose: To Feed the Human Spirit®.  We are committed to creating #ZeroHungerZeroWaste communities by 2025.  Careers with The Kroger Co. and our family of companies offer competitive wages, flexible schedules, benefits and room for advancement.

Posting Notes:  VA | | Virginia Beach  | | 3901 Holland Rd | | 23452 | | Kroger Stores  | | None | | Human Resources; Merchandising; Store Management; Store Operations | | Employee | | Exempt | | Full-Time | | None



**Nearest Major Market:** Virginia Beach

Apply now ▲

Find similar jobs:

View All Jobs

The Kroger Co. Home

Job Searches

Job Categories

Privacy Policy

Terms of Service

View All Jobs

  

It is the policy of the Kroger family of companies to provide equal opportunity for all applicants and candidates for employment and to administer all human resource practices such as recruiting, hiring, promoting, and all other terms, conditions, and privileges of employment in a manner which does not discriminate on the basis of race, color, sex, disability, age, national origin, religion, sexual orientation, gender identity, genetic information or any other characteristic protected by applicable law. All Comments

© Copyright 2020 The Kroger Co. All Rights Reserved





Application Status

← Back to search results

Search by Keyword

Search by Postal Code

Search by Location

10 mi

Search Jobs

Send me alerts every 7 days ☞ Create Alert

Share this Job

Apply now ▾

# District 8 Assistant Store Leader

**Company Name:** Kroger Stores
**Position Type:** Employee
**FLSA Status:**

**Position Summary**
Responsible for assisting with the overall day-to-day operations of the store including continuous development of effective store associates to achieve desired sales and profit results. Assess daily the stores' ability to meet/exceed customer expectations for ease of shopping, variety, freshness, cleanliness, food safety and regulatory compliance. Assist with coaching and development of store associates through both formal and informal interactions. Demonstrate the company's core values of respect, honesty, integrity, diversity, inclusion and safety.
**Essential Job Functions**
• Assist store manager and associates in the achievement of a favorable customer shopping experience

- Lead teams in the planning, implementation and execution of merchandising and operating initiatives
- Work with department leaders and associates to identify opportunities in the store, develop timely solutions and create action plans to ensure implementation of plans
- Achieve/exceed weekly, period, and annual sales, wage budgets and profit budgets, and other targeted goals
- Drive sales working with department leaders to maximize sales and profits, reduce shrink and improve each store department's contribution
- Assist the store manager in the regular store-level financial performance discussions to include developing budgets and other targeted goals with store associates
- Utilize coordinators and other field staff to ensure store departments are achieving sales and profit goals and ensure implementation, and execution of division merchandising plans
- Promote and support strong relationships with local community organizations in the surrounding area in which the store operates
- Build a proactive and productive relationship with union representatives and business agents, if the store is covered by a collectively bargaining agreement
- Serve as liaison providing feedback to Store Manager, District Manager and Coordinators on the effectiveness of Division merchandising and operational plans/programs
- Assist the store manager in the hiring, onboarding, development and associate relations responsibilities
- Reduce turnover and increase retention
- Provide timely feedback to department leaders and associates on individual and department performance
- Assist with the management of labor and supply costs daily to meet customer service and financial targets
- Technical/Professional Knowledge, Compliance and Skills Achieve a satisfactory level of technical and professional skills or knowledge in position and/or related areas; keep up with current developments and trends
- Ensure associates and location comply with laws and regulation applicable to the company
- Supervise and coach direct reports on the performance of their duties; complete performance reviews and provide feedback to direct reports
- Must be able to perform the essential job functions of this position with or without reasonable accommodation

**Minimum Position Qualifications**
- High School Diploma or GED
- Have successfully completed the applicable Division Management Training Program

**Desired Previous Experience/Education**
- Bachelor's Degree
- Any supervisory responsibilities, retail experience, financial responsibility including budget preparation and management experience

**Education Level:** Associates Required
**Required Travel:** Up to 25%
**Required Certifications/Licenses:** None
**Position Type:** Full-Time
**Regions:** Mid-Atlantic

**Jobs at Kroger:** At Kroger, we hire people who have a passion for helping others and who want to build a relationship with our Customers. No matter what stage of your career, you can build your future at Kroger. We look for people who want more, aspire to be more and work hard to achieve their goals. Our focus on keeping the Customer first is what makes us successful.

We offer many opportunities not only in our stores, but in Manufacturing, Logistics, Marketing, Finance, Human Resources, and many other fields.

**Company Overview:** Kroger Family of Companies employs nearly half a million associates who serve over 11 million customers daily through a seamless shopping experience under a variety of banner names.  At The Kroger Co., we are Fresh for Everyone™ and dedicated to our Purpose: To Feed the Human Spirit®.  We are committed to creating #ZeroHungerZeroWaste communities by 2025.  Careers with The Kroger Co. and our family of companies offer competitive wages, flexible schedules, benefits and room for advancement.

Posting Notes:  WV || Beckley || 1734 Harper Rd || 25801 || Kroger Stores || None || Human Resources; Merchandising; Store Management; Store Operations || Employee || Exempt || Full-Time || None



**Nearest Major Market:** Charleston

Apply now ▲

Find similar jobs:

View All Jobs

The Kroger Co. Home

Job Searches

Job Categories

Privacy Policy

Terms of Service

View All Jobs

  

It is the policy of the Kroger family of companies to provide equal opportunity for all applicants and candidates for employment and to administer all human resource practices such as recruiting, hiring, promoting, and all other terms, conditions, and privileges of employment in a manner which does not discriminate on the basis of race, color, sex, disability, age, national origin, religion, sexual orientation, gender identity, genetic information or any other characteristic protected by applicable law. All Comments

© Copyright 2020 The Kroger Co. All Rights Reserved

 

Application Status

← Back to search results

Search by Keyword

Search by Postal Code

Search by Location

Search Jobs

Send me alerts every [ 7 ] days    ☞ Create Alert

Share this Job

Apply now ▾

# District 8 Assistant Store Leader

**Company Name:** Kroger Stores
**Position Type:** Employee
**FLSA Status:**

**Position Summary**
Responsible for assisting with the overall day-to-day operations of the store including continuous development of effective store associates to achieve desired sales and profit results. Assess daily the stores' ability to meet/exceed customer expectations for ease of shopping, variety, freshness, cleanliness, food safety and regulatory compliance. Assist with coaching and development of store associates through both formal and informal interactions. Demonstrate the company's core values of respect, honesty, integrity, diversity, inclusion and safety.

**Essential Job Functions**
- Assist store manager and associates in the achievement of a favorable customer shopping experience

- Lead teams in the planning, implementation and execution of merchandising and operating initiatives
- Work with department leaders and associates to identify opportunities in the store, develop timely solutions and create action plans to ensure implementation of plans
- Achieve/exceed weekly, period, and annual sales, wage budgets and profit budgets, and other targeted goals
- Drive sales working with department leaders to maximize sales and profits, reduce shrink and improve each store department's contribution
- Assist the store manager in the regular store-level financial performance discussions to include developing budgets and other targeted goals with store associates
- Utilize coordinators and other field staff to ensure store departments are achieving sales and profit goals and ensure implementation, and execution of division merchandising plans
- Promote and support strong relationships with local community organizations in the surrounding area in which the store operates
- Build a proactive and productive relationship with union representatives and business agents, if the store is covered by a collectively bargaining agreement
- Serve as liaison providing feedback to Store Manager, District Manager and Coordinators on the effectiveness of Division merchandising and operational plans/programs
- Assist the store manager in the hiring, onboarding, development and associate relations responsibilities
- Reduce turnover and increase retention
- Provide timely feedback to department leaders and associates on individual and department performance
- Assist with the management of labor and supply costs daily to meet customer service and financial targets
- Technical/Professional Knowledge, Compliance and Skills Achieve a satisfactory level of technical and professional skills or knowledge in position and/or related areas; keep up with current developments and trends
- Ensure associates and location comply with laws and regulation applicable to the company
- Supervise and coach direct reports on the performance of their duties; complete performance reviews and provide feedback to direct reports
- Must be able to perform the essential job functions of this position with or without reasonable accommodation

**Minimum Position Qualifications**
- High School Diploma or GED
- Have successfully completed the applicable Division Management Training Program

**Desired Previous Experience/Education**
- Bachelor's Degree
- Any Supervisory responsibilities, retail experience, financial responsibility including budget preparation and management experience

**Education Level:** Associates Required
**Required Travel:** Up to 25%
**Required Certifications/Licenses:** None
**Position Type:** Full-Time
**Regions:** Mid-Atlantic

**Jobs at Kroger:** At Kroger, we hire people who have a passion for helping others and who want to build a relationship with our Customers. No matter what stage of your career, you can build your future at Kroger. We look for people who want more, aspire to be more and work hard to achieve their goals. Our focus on keeping the Customer first is what makes us successful.

We offer many opportunities not only in our stores, but in Manufacturing, Logistics, Marketing, Finance, Human Resources, and many other fields.

**Company Overview:** Kroger Family of Companies employs nearly half a million associates who serve over 11 million customers daily through a seamless shopping experience under a variety of banner names.  At The Kroger Co., we are Fresh for Everyone™ and dedicated to our Purpose: To Feed the Human Spirit®.  We are committed to creating #ZeroHungerZeroWaste communities by 2025.  Careers with The Kroger Co. and our family of companies offer competitive wages, flexible schedules, benefits and room for advancement.

Posting Notes:  VA || Roanoke || 7223 Williamson Rd || 24019 || Kroger Stores || None || Human Resources; Merchandising; Store Management; Store Operations || Employee || Exempt || Full-Time || None



How To Apply For A Job At Kroger | Message From Kroger | Kroger

**Nearest Major Market:** Roanoke

Apply now ▲

Find similar jobs:

View All Jobs

The Kroger Co. Home

Job Searches

Job Categories

Privacy Policy

Terms of Service

View All Jobs

  

It is the policy of the Kroger family of companies to provide equal opportunity for all applicants and candidates for employment and to administer all human resource practices such as recruiting, hiring, promoting, and all other terms, conditions, and privileges of employment in a manner which does not discriminate on the basis of race, color, sex, disability, age, national origin, religion, sexual orientation, gender identity, genetic information or any other characteristic protected by applicable law. All Comments

© Copyright 2020 The Kroger Co. All Rights Reserved