# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

THOMAS SCHELL and CHRISTOPHER RILEY, on behalf of themselves and all others similarly situated,

        Plaintiffs,

v.

THE KROGER COMPANY d/b/a KROGER,

        Defendant.

Case No. 1:21-cv-00103-MRB

## CONSENT TO JOIN

1. I consent to be a party plaintiff in the lawsuit against The Kroger Company d/b/a Kroger and/or related entities and individuals (collectively, "Kroger") in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I designate Conway Legal, LLC and Meizlish & Grayson (Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation and any subsequent proceedings including in arbitration; the method and manner of conducting the case; the negotiation, terms and approval of any settlement; and all other matters pertaining to the lawsuit. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court for attorneys' fees from any settlement or judgment in the amount of the greater of: (i) the "lodestar" amount, calculated by multiplying reasonable hourly rates by the number of hours expended on the lawsuit, or (ii) 1/3 of the gross settlement or judgment amount. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable.

_____       _____
Full Legal Name (please **PRINT** clearly)      Signature

_____       _____
Maiden or Other Names Worked Under      Date

*All Information you provide below is for use by the lawyers in this case and will not be filed with the Court.*

_____
Street Address (with apartment number, if applicable)

_____
City, State, and Zip Code

_____    _____
Cell Phone Number                                             Home Telephone Number

_____
Personal Email Address
(we will use this as our primary method to contact you)

_____    _____
Emergency Contact Name                                  Emergency Contact Phone Number
(in case we lose contact with you)

If you wish to electronically sign the Consent To Join form, please visit [WEBSITE].