# EXHIBIT H

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

THOMAS SCHELL and CHRISTOPHER RILEY, on behalf of themselves and all others similarly situated,

                        Plaintiffs,

        v.

THE KROGER COMPANY d/b/a KROGER,

                    Defendant.

Case No. 1:21-cv-00103-MRB

---

<u>**DECLARATION OF CHRISTOPHER RILEY**</u>

I, Christopher Riley, declare, upon personal knowledge and under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

<u>**Employment History**</u>

1.      I am one of the named Plaintiffs in this lawsuit. Between approximately April 2018 and September 2020 I was employed by Defendants as an Assistant Store Manager ("ASM") (Human Resources) and ASM (Merchandiser).

2.      When I was hired as an ASM I was required to complete Kroger's mandatory training for new ASMs, called "Leadership Essentials." (Attached as Exhibit A is a copy of an offer letter that is substantially the same as the one I received when I was hired by Defendants.) I believe the training was also referred to as "MD-1." I recall the initial training lasted approximately 12 weeks and consisted largely of classroom training. Several other ASMs were in training at the same as me. As part of the training, Kroger provided me and the other ASMs with materials which covered the role of the ASM position, including with respect to operations,

1

merchandising and human resources, as well as Defendants' policies and procedures. The materials were the same regardless of the location and format of the store where me and the other ASMs were ultimately assigned to work. Attached as Exhibit B are generic training materials Kroger provides to its ASMs. My training was largely based on the topics and categories contained in these materials.

3.      As an ASM I worked at four Kroger stores in Ohio, as part of Kroger's Columbus division. At every Kroger store where I worked there was at least one other ASM assigned to work in the store.

4.      Throughout my employment at Kroger – and regardless of the location of the store where I worked – the hierarchy and departments in the store, as well as the products sold to customers, did not vary significantly. In addition, the company's policies and procedures were the same at each store.

**Unpaid Overtime/Hours**

5.      As an ASM I was scheduled to worked approximately 50 hours a week, comprising five 10-hour shifts with 30-60 minutes for lunch each day. However, because the store was busy and I had to complete my assigned tasks, I rarely took an uninterrupted lunch break. I often ate on the go and continued to work.

6.      Throughout the course of my employment as an ASM at Kroger I worked more hours than I was scheduled. On average, I worked between **55-60** hours per week. There were some weeks where I worked more.

7.      As an ASM I had to work overtime because Kroger set strict labor goals for my stores and overtime was rarely approved for the hourly employees. I had to work these hours in order to complete my tasks, help customers, and satisfy Defendants' business needs.

8.      In addition, because I was salaried as an ASM (and did not get paid overtime for working over 40 hours), I was expected to work extra hours and perform the duties of the hourly employees so that we could meet the store's labor budget goals.  I did not set the labor budgets and had no control over the labor allocated for the store.

9.      Unlike the hourly employees, as an ASM I was not required to record the hours I work each week.  This was the same policy at each of the stores in which I worked.

**Common Pay System**

10.      Based on my experience and discussions with other managers and employees at Kroger, I understood that all ASMs were paid on a similar basis to me, *i.e.*, salaried with no overtime pay.  In addition, we were also eligible to receive annual bonuses (depending on how the store performed), as well as other benefits like health insurance, vacation days, and a 401(k).

11.      As an ASM I was classified by Kroger as "exempt" and received a salary that did not change based on the number of hours I worked each week.  As an ASM I did not receive any overtime (or other) compensation for working more than 40 hours in a workweek.

**My Job Duties**

12.      I recall that Kroger has a job description for the ASM.  To my knowledge, the job description for ASMs is the same regardless of the store location or size, the Store Manager under whom an ASM works, or the experience or length of tenure of an ASM.  Attached as Exhibit C is a copy of several job postings for the Assistant Store Leader (formerly the ASM) position.  The job postings are substantially similar to the job description for the ASM position.

13.      As an ASM my primary duties included serving customers, ringing customers up on the cash register, stocking shelves, unloading trucks, moving merchandise, counting inventory, and cleaning the store.  These tasks are what I spent the majority of my day performing

DocuSign Envelope ID: 4847939C-C55B-4716-9FD5-45E910547885

(approximately **80-90%** of my time) and were the most important part of my job. As an ASM I considered myself to be nothing more than a grocery clerk.

14.     I recall that Kroger closely controlled my job duties and how I performed them. Kroger had extensive policies, procedures, and work rules for how ASMs (and other employees) must complete their duties and how stores must operate. As an ASM I was required to follow Defendants' policies and procedures, including those contained in the employee handbook.

15.     The primary duties of the ASM position does not involve management of other employees, nor hiring, firing, disciplining, promoting, or setting their rates of pay. While I was involved in interviewing employees, generally my Store Manager, as well as the store's recruiter, was responsible for making personnel decisions including, for example, decisions to fire, promote, or set rates of pay for employees and, even then, they often had to consult with their supervisors about these matters. My Store Manager and their supervisors always had the final say over personnel matters. Notwithstanding this, my job performance was evaluated using a standard form for individuals holding the ASM title. Attached as Exhibit D is a copy of a performance evaluation for an ASM. When I was employed as an ASM my performance was evaluated using the same, or equivalent, form.

16.     My primary duties as an ASM also did not involve setting store policies or goals. I believe Kroger's corporate office established these and that they were uniform and applied the same at each store where I worked.

**Other ASMs Like Me**

17.     Based on my experience at Kroger and conversations with other managers, ASMs work more than 40 hours per week, perform similar duties, and are required to comply with the same policies and procedures.

DocuSign Envelope ID: 4847939C-C55B-471C-9FD5-45E010547885

18.     I am aware that other ASMs have joined this lawsuit and have made similar complaints to me for unpaid overtime.

19.     I expect that other ASMs would join the case if they knew about the lawsuit because, based on my experience as an ASM at Kroger, one of the issues that frustrated us most was having to work more than 40 hours in a week but not receiving overtime compensation.  One of the reasons I resigned from Kroger is because I was required to work 6 days a week for months on end during COVID.

Executed on October 8, 2021 in Albany, Ohio.

Christopher Riley

DocuSign Envelope ID: 4847939C-C5FB-471C-9FD5-45E010547885

# EXHIBIT A

10/14/2020

Dear Savannah Paras,

Congratulations on your new opportunity with Kroger Stores! We are pleased to offer you the position of Leadership Essentials Management Trainee. This Full-Time position is in the 011 - Atlanta Division. You will be reporting to LATASHA RENEE WILLIAMS.

Your start date is expected to be 10/26/2020. Your pay during training will be $18.88 per hour in this position. In addition, you will also receive 10 hours of overtime weekly at the pay rate of time and a half.  Upon graduation, your new salary will be $54,000.

On the first of the month following your official hire date, you will be eligible for our comprehensive health care plans along with life and income protection plans.  You will be eligible to contribute to the applicable Kroger 401(k) plan on the first day of the month coincident with or following 30 days of service and attainment of age 21.  You will also be eligible for three weeks weeks of vacation per year, with the amount pro-rated based on your start date in accord with applicable company policies. Other benefits and eligibility requirements will be reviewed with you after your employment date.

Per our efforts to balance associate career opportunities with work team stability, our expectation is that, if you perform satisfactorily, you would remain in your new role for a minimum of 2 years before pursuing another opportunity in The Kroger Family of Companies. In the event you believe there are extenuating circumstances or there should be an exception to this timing, please partner with your HR Leader or District HR Manager.

Your acceptance of this new role is subject to (among other things) your electronically signing this letter by 10/17/2020. To accept and sign this offer, please complete the following steps:

1. Go to our Career Center Site by clicking https://jobs.kroger.com
2. Click on the "Application Status" button in the upper right corner of the window and enter your login information.
3. Click on the "Jobs Applied" tab and locate Leadership Essentials Management Trainee District 1 ,will have "action required" in box.
4. Click on "Update"
5. Confirm your offer details; enter any required information, make edits to your contact information if necessary, and complete the "Job Offer Response" section to notify us of your decision.
6. Scroll down and click the "Update" button to save your changes.

Page 1 of 2

DocuSign Envelope ID: 4847939C-C55B-471C-9FD5-45E910547885

Electronically signing confirms the details of our offer, and the foregoing terms and conditions of employment but does not constitute any contract of employment (express or implied), as your employment will be at-will. Additionally, this offer is contingent upon satisfactory results of a background check and a drug screen. The offer of employment as well as any future employment with Kroger Stores is contingent upon your being legally authorized to work in this country and providing appropriate proof of the same.

Please feel free to contact me if you have any questions or need additional information. Savannah, we appreciate you considering Kroger Stores. We believe you will make a big difference in our success and the achievement of our vision. We look forward to working with you!

Sincerely,

ALEISHA M PICK
Kroger Stores



DocuSign Envelope ID: 4847939C-C5EB-471C-9FD5-455910547885

# EXHIBIT B



# Store Leadership Development Program

WELCOME PACKET & TOOLKIT

DocuSign Envelope ID: 4847939C-C5EB-471C-9FD5-455910547885

# Welcome to The Kroger Family of Companies Store Leadership Development Program!

Congratulations on being chosen to enter the Store Leadership Development Program! As a new leader with The Kroger Family of Companies, I expect you to continue to learn and grow, and to take our Associates and our organization to new heights. The ongoing development of all Associates and leaders is very important to us. The guidance and support you receive as you go through training will have a lasting impact on you. Learn from your peers, mentors, and Associates—everyone around you can help you grow.

Even after your first assignment as an assistant store leader, I encourage you to continue to be mindful to live Our Purpose every day according to Our Values and bring to life our commitment of Every Customer, Every Time!: Full, Fresh, & Friendly. You'll do this by demonstrating our Leadership Model, engaging in your real work, and providing Uplifting experiences for our Customers and Associates.

It is also important that you reflect upon your strengths and areas of opportunity.  After all, you're in charge of your professional and personal development. By investing in ourselves and those around us, we can make a lasting impression and fulfill our purpose to Feed the Human Spirit.

Once again, congratulations! I look forward to seeing all that you will accomplish as you begin this journey.

Kindest Regards,

Jessica Kyle
Leadership Development Program Manager

DocuSign Envelope ID: 4847939C-C5E9-471C-9FD5-455910547885

# Table of Contents

## Welcome Packet                                                                      4

**Leadership Model Overview**                                                           4

**Contact List**                                                                       5

**Store Leadership Development Program Schedule by Week**                               6

## Toolkit                                                                            18

**Effective Store Walk Timeline**                                                     18

**Effective Store Walk Job Aids**                                                     19

First Touch

Detailed Store Walk Documents:

- Grocery - Dairy - Frozen
- Drug/GM
- Deli
- Produce/Floral
- Bakery
- Meat + Seafood
- Front-End
- Pickup
- Fuel
- Pharmacy
- The Little Clinic

Hourly Conditioning

Hourly Quick Walk

Fresh at 5

Getting a Good Close

8 Behaviors to In-Stock

6 Behaviors of In-Stock (for divisions using Zebra Device)

**Acronyms**                                                                          66

**Notes**                                                                             70

DocuSign Envelope ID: 4847939C-C5EB-471C-9FD5-455910547885

## Passion for people

Communicates effectively and candidly
Achieves results through teamwork
Leads through positive influence
Coaches and develops others

**&**

## Passion for results

Puts the customer first
Provides clear and strategic direction
Executes with excellence
Leads change and innovation

# Our Leadership Model

The most powerful leadership tool you have is your own example. But our Leadership Model is pretty powerful, too. With eight areas to focus on that align with our passion for people and our passion for results, following the Leadership Model will help you to live Our Purpose, stay true to our values and deliver on Our Promise.

### Coaches and Develops Others
Develops and cares about associates, builds effective teams, helps people be their best, values and manages diversity, provides candid and constructive feedback.

### Leads Through Positive Influence
Demonstrates strong character, builds partnerships, models a conscious balance between work and personal life, takes personal responsibility for own development, role models leadership qualities such as: motivation, inspiration, passion and trust.

### Achieves Results Through Teamwork
Is open to diverse ideas, works inclusively and collaboratively, holds self and others accountable, involves others to accomplish individual and team goals.

### Communicates Effectively and Candidly
Communicates clearly and directly, is approachable, relates well to others, engages people and helps them understand change, provides and seeks feedback, articulates clearly, actively listens.

### Puts the Customer First
Anticipates customer needs, champions for the customer, acts with customers in mind, exceeds customers' expectations, gains customers' trust and respect.

### Provides Clear and Strategic Direction
Plans and organizes well, sets a clear and simple course of action, stays focused on the most important priorities, has the ability to visualize and plan for the future, understands the industry and marketplace.

### Executes with Excellence
Is action oriented, drives for results, sets clear expectations and milestones, reviews progress, acts decisively, solves problems, can be counted on to consistently meet or exceed goals.

### Leads Change and Innovation
Challenges the status quo, embraces technology, puts forward creative ideas, champions and implements process improvements, gathers the ideas of others, demonstrates good judgment about which ideas will work.



# Store Leadership Development Program

## CONTACT LIST



Please use the space below to fill in the contacts for your division. These leaders will be valuable resources for you throughout your journey in the Store Leadership Development Program.

**ASSISTANT HUMAN RESOURCES LEADER**

**DISTRICT HUMAN RESOURCES LEADER**

**DISTRICT MANAGER**

**DISTRICT OPERATIONS SPECIALIST**

**DISTRICT DELI/BAKERY SPECIALIST**

**DISTRICT PRODUCE/FLORAL SPECIALIST**

**DISTRICT MEAT/SEAFOOD SPECIALIST**

**DISTRICT DRUG/GM SPECIALIST**

**DISTRICT CENTER STORE SPECIALIST**

**STORE LEADER**

**TECHNICAL SUPPORT**

DocuSign Envelope ID: 4847939C-C5EB-471C-9FD5-455910547885

# Store Leadership Development Program

## SCHEDULE BY WEEK


Feed Your Future

The Role-Based weeks of the Store Leadership Development Program are designed to deliver a fast-track experience through the supermarket environment, filled with department experiences, leadership curriculum, and content delivered directly from General Office (GO) subject matter experts in a virtual classroom setting. The trainee will be in the store for the full extent of the training program and can immediately apply the learning while staying closest to the customer experience.

**Each week is structured at 5 days**. Specific days each week will be coordinated through GO and will be led virtually, and the remaining days of the week are scheduled according to the weekly guides and the store management schedule.

This document shares a high-level overview as well as summary by week of the Store Leadership Development Program from the enterprise as well as Division-specific additions.

| PROGRAM | WEEK | ACTIVITY |
|---|---|---|
| Preboard | Up to three weeks experience prior to Onboard | New-to-company trainees use this time to acclimate to the grocery industry and the organization's culture |
| Onboard | Weeks 1 -3 | Refer to Onboard documents for guidance around onboard specific activities and scheduling |
| Role-Based Training | Week 4 | Enterprise and Division launch, Front-end, HR Policies & Procedures, Safety, Cohort Networking Session |
| Role-Based Training | Week 5 | Effective Store Walk, Center Store, CAO, Asset Protection, HR Systems, Talent/Performance |
| Role-Based Training | Week 6 | Effective Store Walk; Center Store; Labor/ELMS/Expense; P&L; eCommerce/Pickup; Training, Onboarding, & Associate Development; Performance Discussion |
| Role-Based Training | Week 7 | Effective Store Walk, Fuel, Human Resources, Pharmacy, Leadership Development, Fresh Department Asset Protection & Waste, Business Impact Discussion |
| Role-Based Training | Week 8 | Effective Store Walk, Total Rewards, Talent Acquisition, CAO, Pickup Department |
| Role-Based Training | Week 9 | Effective Store Walk, Food Safety, Financials, Performance Discussion |
| Role-Based Training | Week 10 | Effective Store Walk, Merchandising, Fresh Departments |
| Role-Based Training | Week 11 | Effective Store Walk, Associate Relations, Fresh Departments, Cohort Activity |
| Role-Based Training | Week 12 | Effective Store Walk, Elevate, Leadership Development, Performance Discussion |
| Role-Based Training | Week 13 | Final Validations |

DocuSign Envelope ID: 4847939C-C5E9-471C-9FD5-455910547885

## Onboard Weeks 1-3

The Onboard segment of the Store Leadership Development Program allows trainees to become familiar with our organization, store structure, and culture before they begin the Role-Based weeks of Store Leadership Development training. Onboard weeks are for new-to-company leaders and associates with no department experience.

Trainees use this time to begin their required online learning modules in KnowMe Learning and learn about and experience the store environment and culture.

Trainees will also spend time with department leaders to become familiar with each one. Store leaders will work with trainees to ensure their in-store experiences are scheduled around the activities in the Onboard Weeks guide and store management schedules.

If trainees completed the Preboard weeks, they will not participate in the Day 1 activities listed in the Onboard Weeks guide as they will have already done that. Instead, their training will be a continuation of what they experienced during the Preboard weeks.

### Onboard Week Activities

Some of the activities and experiences during the three Onboard weeks include the following:

• Required Online Learning Modules in KnowMe Learning

• Zero Hunger | Zero Waste discussion with store leader

• Virtual presentation and discussion about the retail industry, our organization, foodie culture, and more with the Store Leadership Development Program Manager

• Learning about store management roles and responsibilities

• Working with department leaders throughout the store

• Experiencing the Effective Store Walk

• Job shadow assistant store leader(s)

• Weekly check-ins with the store leader

## Schedule Week 4

| DAY | ACTIVITY | LED BY/WORK WITH |
|---|---|---|
| Mon. | • Launch calls with Enterprise and Division *(3-4 hrs)*<br>• Our Promise Shops *(1 hr)*<br>• Corporate Affairs *(1 hr)*<br>• Effective Store Walk<br>• Take Food Safety modules if you haven't taken these. | • Virtual Session<br>• Virtual Session<br>• Virtual Session<br>• Store leader<br>• Online module work |
| Tues. | • Front-end *(4 hrs)*<br>• Safety *(2 hrs)* | • Virtual Session<br>• Virtual Session |
| Thurs. | • Ethics/Harassment *(2 hrs)*<br>• Unconscious Bias *(2 hrs)*<br>• Cohort Networking Session *(1.5 hrs)*<br>• Shadow and work with assistant store leader(s). | • Corporate Trainer<br>• Corporate Trainer<br>• Virtual Session<br>• Assistant store leader(s) |
| Store Leader Scheduled | • Attend *A Fresh Welcome* session<br><br>• Front-end department<br>• Our Leadership Model: Puts the Customer First: Striving to delight individual customers | • Assistant store leader/HR process owner<br>• Front-end department leader<br>• Store leader |
| Store Leader Scheduled | • Shadow and work with assistant store leader(s).<br>• Effective Store Walk(s)<br>• End-of-week check-in | • Assistant store leader(s)<br>• Store leader<br>• Store leader |

## DIVISION-SPECIFIC TRAINING

| WHAT | | WHAT | |
|---|---|---|---|
| WHO | | WHO | |
| TIMING | | TIMING | |
| INFO/ DETAILS | | INFO/ DETAILS | |
| ACTION | | ACTION | |
| CONTACT | | CONTACT | |
| LINK | | LINK | |

DocuSign Envelope ID: 4847939CC5EB-471C-9FD5-455910547885

## Schedule Week 5

| DAY | ACTIVITY | LED BY/WORK WITH |
|---|---|---|
| Tues. | • Our Brands *(1 hr)*<br>• Asset Protection *(3 hrs)*<br>• Center store department focus | • Virtual Session<br>• Virtual Session<br>• Grocery department leader |
| Wed. | • HR Systems *(2 hrs)*<br>• Talent/Performance *(1 hr)*<br><br>• Shadow and work with assistant store leader(s). | • Virtual Session: HR Generalist<br>• Virtual Session: Performance Development CoE<br>• Assistant store leader(s) |
| Thurs. | • CAO class *(4 hrs)*<br>• Center store department focus | • Virtual Session<br>• Assistant store leader(s) |
| Store Leader Scheduled | • Effective Store Walk<br>• Center store department focus<br>• Our Leadership Model: Communicates Effectively and Candidly: Consistently listening and keeping associates informed | • Store leader<br>• Grocery department leader<br>• Store leader |
| Store Leader Scheduled | • Shadow and work with assistant store leader(s).<br>• Effective Store Walk(s)<br>• End-of-week check-in | • Assistant store leader(s)<br>• Store leader<br>• Store leader |

## DIVISION-SPECIFIC TRAINING

| WHAT | | WHAT | |
|---|---|---|---|
| WHO | | WHO | |
| TIMING | | TIMING | |
| INFO/ DETAILS | | INFO/ DETAILS | |
| ACTION | | ACTION | |
| CONTACT | | CONTACT | |
| LINK | | LINK | |

## Schedule Week 6

| DAY | ACTIVITY | LED BY/WORK WITH |
|-----|----------|------------------|
| Tues. | • Labor/ELMS/Expense **(4 hrs)**<br>• Center store department focus (continued from last week) | • Virtual Session<br>• Grocery department leader |
| Thurs. | • P&L Review/709 Review **(2 hrs)**<br>• eCommerce **(2 hrs)**<br>• Training, Onboarding, & Associate Development **(2 hrs)**<br>• Pickup department | • Store leader<br>• Virtual Session<br>• Virtual Session<br>• eCommerce supervisor |
| Store Leader Scheduled | • Effective Store Walk<br>• Center store department focus (continued from last week) | • Store leader<br>• Grocery department leader |
| Store Leader Scheduled | • Shadow and work with assistant store leader(s).<br>• Our Leadership Model: Achieves Results Through Teamwork: Encouraging teamwork | • Assistant store leader<br>• Store leader |
| Store Leader Scheduled | • Pickup department<br>• Effective Store Walk(s)<br>• In-depth KnowMe evaluation/feedback loop on performance thus far, plus evaluation on leadership capabilities focused on the last three weeks. | • eCommerce supervisor<br>• Store leader<br>• Store leader |

## DIVISION-SPECIFIC TRAINING

| | | | | |
|-----|-----|-----|-----|-----|
| **WHAT** | | **WHAT** | |
| **WHO** | | **WHO** | |
| **TIMING** | | **TIMING** | |
| **INFO/ DETAILS** | | **INFO/ DETAILS** | |
| **ACTION** | | **ACTION** | |
| **CONTACT** | | **CONTACT** | |
| **LINK** | | **LINK** | |

## Schedule Week 7

| DAY | ACTIVITY | LED BY/WORK WITH |
|---|---|---|
| Tues. | • Fuel *(1 hr)*<br>• HR information *(2 hrs)*<br>• Shadow and work with assistant store leader(s). | • GO. Virtual Session<br>• GO Virtual Session<br>• Assistant store leader(s) |
| Thurs. | • Management 101 *(2 hrs)*<br>• Accelerated Leadership Development Program classes *(30 min)*<br>• Pharmacy/TLC *(1 hr)*<br>• Shadow and work with assistant store leader(s). | • Corporate Trainer<br>• Corporate Trainer<br><br>• GO Virtual Session<br>• Assistant store leader(s) |
| Fri. | • Fresh Department Asset Protection & Waste  *(2 hrs)*<br>• Business Impact discussion *(2 hrs)*<br>• Lead huddles throughout the day. | • GO Virtual Session<br>• Trainee via Virtual Session<br>• Trainee |
| Store Leader Scheduled | • Fuel department<br>• Shadow and work with assistant store leader(s).<br>• Our Leadership Model: Provides Clear & Strategic Direction: Planning work | • Fuel department leader<br>• Assistant store leader(s)<br>• Store leader |
| Store Leader Scheduled | • Effective Store Walk<br>• Shadow and work with assistant store leader(s).<br>• Lead huddles throughout the day.<br>• End-of-week check-in | • Store leader<br>• Assistant store leader(s)<br>• Trainee<br>• Store leader |

## DIVISION-SPECIFIC TRAINING

| WHAT | |
|---|---|
| WHO | |
| TIMING | |
| INFO/ DETAILS | |
| ACTION | |
| CONTACT | |
| LINK | |

| WHAT | |
|---|---|
| WHO | |
| TIMING | |
| INFO/ DETAILS | |
| ACTION | |
| CONTACT | |
| LINK | |

## Schedule Week 8

| DAY | ACTIVITY | LED BY/WORK WITH |
|---|---|---|
| Tues. | • Total Rewards *(2 hrs)*<br>• Talent Acquisition *(2 hrs)*<br>• Additional time with Pickup department | • GO Virtual Session<br>• GO Virtual Session<br>• eCommerce supervisor & Pickup team |
| Thurs. | • CAO discussion session *(4 hrs)*<br>• Shadow and work with assistant store leader(s). | • GO and Division Virtual Session<br>• Assistant store leader(s) |
| Store Leader Scheduled | • Effective Store Walk<br>• Center store department Detailed Walk<br>• Shadow and work with assistant store leader(s). | • Store leader<br>• Grocery department leader & Trainee<br>• Assistant store leader(s) |
| Store Leader Scheduled | • Front-end, Customer Service desk<br>• Our Leadership Model: Leads Through Positive Influence: Creating an uplifting environment | • Front-end team<br>• Store leader |
| Store Leader Scheduled | • Shadow and work with assistant store leader(s).<br>• Effective Store Walk(s)<br>• End-of-week check-in | • Assistant store leader(s)<br>• Store leader<br>• Store leader |

## DIVISION-SPECIFIC TRAINING

| | |
|---|---|
| **WHAT** | |
| **WHO** | |
| **TIMING** | |
| **INFO/ DETAILS** | |
| **ACTION** | |
| **CONTACT** | |
| **LINK** | |

| | |
|---|---|
| **WHAT** | |
| **WHO** | |
| **TIMING** | |
| **INFO/ DETAILS** | |
| **ACTION** | |
| **CONTACT** | |
| **LINK** | |

DocuSign Envelope ID: 4847939CC5FB-471C-9FD5-455910547885

## Schedule Week 9

| DAY | ACTIVITY | LED BY/WORK WITH |
|---|---|---|
| Thurs. | • Financials (SOS, Dodeca, FCB) **(4 hrs)**<br>• Shadow and work with assistant store leader(s). | • Virtual Session<br>• Assistant store leader |
| Store Leader Scheduled | • Effective Store Walk<br>• Shadow and work with assistant store leader(s).<br>• Lead huddles throughout the day. | • Store leader<br>• Assistant store leader(s)<br>• Trainee |
| Store Leader Scheduled | • Food safety training and certification **(8 hrs)** | • Division-owned training |
| Store Leader Scheduled | • Shadow and work with assistant store leader(s).<br>• Lead huddles throughout the day.<br>• Our Leadership Model: Executes With Excellence: Striving to exceed expectations | • Assistant store leader<br>• Trainee<br>• Store leader |
| Store Leader Scheduled | • Effective Store Walk(s)<br>• Work on assistant store leader topics.<br>• In-depth KnowMe evaluation/feedback loop on performance thus far, plus evaluation on leadership capabilities focused on the last three weeks | • Store leader<br>• Trainee<br>• Store leader |

## DIVISION-SPECIFIC TRAINING

| WHAT | |
|---|---|
| WHO | |
| TIMING | |
| INFO/ DETAILS | |
| ACTION | |
| CONTACT | |
| LINK | |

| WHAT | |
|---|---|
| WHO | |
| TIMING | |
| INFO/ DETAILS | |
| ACTION | |
| CONTACT | |
| LINK | |

DocuSign Envelope ID: 4847939C-C5E9-471C-9FD5-455910547885

## Schedule Week 10

| DAY | ACTIVITY | LED BY/WORK WITH |
|---|---|---|
| Tues. | • Produce Merchandising *(2 hrs)*<br>• Deli/Bakery Merchandising *(2 hrs)*<br>• Work with assistant store leader(s). | • Virtual Session<br>• Virtual Session<br>• Assistant store leader(s) |
| Wed. | • Meat/Seafood Merchandising *(2 hrs)*<br>• Drug/GM Merchandising *(2 hrs)*<br>• Produce department<br>• Our Leadership Model: Coaches and Develops Others: Empowering others to teach through stories and modeling a commitment to diversity and inclusion | • Virtual Session<br>• Virtual Session<br>• Produce department leader<br>• Store leader |
| Thurs. | • Expanded GM for select divisions *(2 hrs)*<br>• Grocery Merchandising, including Shrink *(2 hrs)*<br>• Merchandising/Marketing *(1 hr)*<br>• Work with assistant store leader(s). | • GO Virtual Session for select divisions<br>• GO Virtual Session<br>• GO Virtual Session<br>• Assistant store leader(s) |
| Store Leader Scheduled | • Effective Store Walk<br>• Produce department | • Store leader<br>• Produce department leader |
| Store Leader Scheduled | • Effective Store Walk<br>• Work with assistant store leader(s).<br>• Lead huddles throughout the day.<br>• End-of-week check-in | • Store leader<br>• Assistant store leader(s)<br>• Trainee<br>• Store leader |

## DIVISION-SPECIFIC TRAINING

| WHAT | |
|---|---|
| WHO | |
| TIMING | |
| INFO/ DETAILS | |
| ACTION | |
| CONTACT | |
| LINK | |

| WHAT | |
|---|---|
| WHO | |
| TIMING | |
| INFO/ DETAILS | |
| ACTION | |
| CONTACT | |
| LINK | |

DocuSign Envelope ID: 4847939CC5E9-471C-9FD5-455910547885

## Schedule Week 11

| DAY | ACTIVITY | LED BY/WORK WITH |
|---|---|---|
| Tues. | • Effective Store Walk<br>• KOMPASS *(1 hr)*<br>• DSD/Logistics *(1 hr)*<br>• Positive Associate Relations/Labor *(2 hrs)*<br>• Work with assistant store leader(s). | • Store leader<br>• Store leader<br>• Store leader<br>• GO Virtual Session<br>• Assistant store leader(s) |
| Thurs. | • Associate Relations: Division presentation *(2-4 hrs)*<br>• Impact Map activity/discussion *(2 hrs)*<br>• Work with assistant store leader(s). | • Division Virtual Session<br>• GO Virtual Session<br>• Assistant store leader(s) |
| Store Leader Scheduled | • Deli/Bakery departments | • Deli/Bakery department leader(s) |
| Store Leader Scheduled | • Meat/Seafood department<br>• Our Leadership Model: Leads Change and Innovation: Working to make things better by identifying new opportunities for the store, department, or facility | • Meat/Seafood department leader<br>• Store leader |
| Store Leader Scheduled | • Effective Store Walk(s)<br>• Work with assistant store leader(s).<br>• End-of-week check-in | • Store leader<br>• Assistant store leader(s)<br>• Store leader |

## DIVISION-SPECIFIC TRAINING

| WHAT | |
|---|---|
| WHO | |
| TIMING | |
| INFO/ DETAILS | |
| ACTION | |
| CONTACT | |
| LINK | |

| WHAT | |
|---|---|
| WHO | |
| TIMING | |
| INFO/ DETAILS | |
| ACTION | |
| CONTACT | |
| LINK | |

DocuSign Envelope ID: 4847939C-C5FB-471C-9FD5-455910547885

## Schedule Week 12

| DAY | ACTIVITY | LED BY/WORK WITH |
|---|---|---|
| Tues. | • Conducting Effective 1 on 1 Meetings *(1.5 hrs)*<br>• Work with assistant store leader(s). | • Corporate trainer<br>• Assistant store leader(s) |
| Thurs. | • Inclusive Leader: Maximizing the Mix *(3 hrs)*<br>• Work with assistant store leader(s).<br>• Lead huddles throughout the day. | • Corporate trainer<br>• Assistant store leader<br>• Trainee |
| Store Leader Scheduled | • Effective Store Walk<br>• Work with assistant store leader(s).<br>• Lead huddles throughout the day. | • Store leader<br>• Assistant store leader<br>• Trainee |
| Store Leader Scheduled | • Drug/GM department (for divisions with expanded GM departments, work in those departments too: Apparel, Home/Housewares, Home Electronics) | • Drug/GM department leader; GM/Apparel/Home department leaders as applicable for expanded markets |
| Store Leader Scheduled | • Effective Store Walk(s)<br>• Work on assistant store leader topics and work in any departments you feel you need more time in.<br>• In-depth KnowMe evaluation/feedback loop on performance thus far, plus evaluation on leadership capabilities focused on the last three weeks. | • Store leader<br>• Trainee<br><br>• Store leader |

## DIVISION-SPECIFIC TRAINING

| | |
|---|---|
| **WHAT** | |
| **WHO** | |
| **TIMING** | |
| **INFO/ DETAILS** | |
| **ACTION** | |
| **CONTACT** | |
| **LINK** | |

| | |
|---|---|
| **WHAT** | |
| **WHO** | |
| **TIMING** | |
| **INFO/ DETAILS** | |
| **ACTION** | |
| **CONTACT** | |
| **LINK** | |

DocuSign Envelope ID: 4B47939C-C5E9-471C-9FD5-455910547885

## Week 13: Validation Week

The Final Validation identifies whether trainees have successfully completed the Store Leadership Development Program and meet the performance expectations of an assistant store leader. The Final Validation consists of an in-person performance validation walk with the trainee's district manager.

# Store Leadership Development Program
## EFFECTIVE STORE WALK TIMELINE

Feed Your Future

## Effective Store Walk – Salary Manager Timeline

**7:00AM – 7:30AM: Arrival**
- Drive around the building – Check conditions
- Park near fuel center – Walk Detailed Fuel Walk with fuel lead
- Visually inspect opening courtesy clerk list: Parking lot, trash cans, restrooms, mart carts, foyers, porch, windows, doors, etc.
- Primary purpose – "Set the tone"
- Walk with night leader/3rd shift ASM
- Opening clerks have all arrived
- First touch is underway
- Any urgent issues are being addressed

**7:30AM: Office Time**
- Pull any report necessary to complete the detailed store walk. These may include;
  - Metric OOS Report, Sales, Connection Shops, Labor Analysis, Sales Planners, Store Manager Exception Reports, OSAT scores/comments, and any division specific reporting
- If it is a process walk day, set expectation for ASM using the new process walk sheets
- **ASM performing the process walk should assist store manager for first 1-2 hours of the day before breaking off to complete the process walk. (The ASM is released once the store manager decides store conditions and the customer experience are to standard, or will be, by the required time.)**

**8:00AM: Detailed Store Walk**
- 8:00AM – 8:30AM: Drug/GM (includes home, apparel, and kitchen)
- 8:30AM – 9:30AM: Grocery
- 9:30AM – 9:45AM: Huddle – always on the sales floor and should always be about customers and associates
- 9:45AM – 10:15AM: Fresh departments in the order of your store flow: produce, deli, bakery, meat
- 10:15AM – 10:45AM: Fresh departments in the order of your store flow: produce, deli, bakery, meat
- 10:45AM – 11:15AM: Fresh departments in the order of your store flow: produce, deli, bakery, meat
- 11:15AM – 11:45AM: Fresh departments in the order of your store flow: produce, deli, bakery, meat
- 11:45AM – 12:00PM: Pickup
- 12:00PM – 12:15PM: Front-end
- 12:15 – 12:20PM: Pharmacy (Check Rx Reportal, verify script counts for the day, and discuss MTM)

**12:20PM: Lunch**

**1:00PM – 10:00PM: Quick Walks**
- Lap store every hour giving direction; look for hourly conditioning in each department
- Follow up on lists prepared during first touch and the detailed walk
- Give constant "real" time direction and keep associates motivated and informed
- Conduct afternoon huddle

**3:30PM – 5:00PM: Fresh at Five**
- Initiate the process at 3:30PM – Each department should follow their specific "Fresh and Five" sheet

**4:30PM – 5:00PM: Pass the Baton to closing ASM**
- Take 30 minutes to walk the store with closing ASM
- Verify Fresh at Five is complete
- Set expectations with closing clerk(s)
- Ensure clerks understand the ASM must sign off on Getting a Good Close before signing out

**5:00PM – Close:**
- ASM continues to execute hourly conditioning and hourly quick walks
- Closing list should be 100% complete, otherwise, notes should be provided



DocuSign Envelope ID: 4847939C-C5EB-471C-9FD5-455910547885

# FIRST TOUCH



**Tools:** Detailed Walk sheet, RF unit, label printer, yesterday's Getting a Good Close, cleaning supplies
**Owner:** Department Manager, Back-Up, Opening Clerk
**Purpose:** Prepare dept. for a good Customer Experience, evaluate / prioritize work for the day
**When:** First thing each morning – completed before Store Management begins their Detailed Walk

### 1. Prepare First Touch Cart



- Prepare the **First Touch cart** with all necessary tools and supplies.

  *Why: Improve walk efficiency by beginning the walk with all of the necessary tools on-hand and accessible.*

### 2. Review Getting a Good Close



- Review last night's **Getting a Good Close** document.

  *Why: Gain a better understanding of who closed the department and store, what did or did not happen, and why.*

### 3. Work through All Areas



- Start the First Touch walk at the **furthest point** from the department and work back.

  *Why: Provides opportunity to evaluate and address entire department in a streamlined and efficient manner.*

### 4. Address Minor Issues



- Using tools from the First Touch cart, immediately address any issue that can be fixed **within 2 minutes** like – conditioning, printing a new tag, or collecting a go-back.

  *Why: Saves time by addressing minor issues on-the-spot.*

### 5. Record Significant Issues



- For issues that will take **longer than 2 minutes** to resolve, record them on the Detailed Walk sheet to address or delegate later.

  *Why: Allows team to evaluate and prioritize entire department before getting absorbed into large projects.*

DocuSign Envelope ID: 4847939C-C5EB-471C-9FD5-455910547885

# FIRST TOUCH FAQS



## FAQs

**Q: What could cause First Touch to take a long time?**
A: Several issues can cause a First Touch to take longer than it should. A good First Touch process really starts with Getting a Good Close. If the closing process from the previous night wasn't a success, First Touch becomes more time-consuming. The same is true for Hourly Conditioning. If associates aren't conditioning for short periods of time throughout the day, the next day's First Touch is more difficult. If First Touch seems to be taking too long, work with the department and store management team to ensure that each element of the Effective Store Walk is being executed throughout the day.

**Q: Why is First Touch important?**
A: There are two primary reasons why First Touch is critical to a great Customer Experience.
- First, completing First Touch ensures we assess the status of our entire department. By starting from the furthest point away and working our way back, we truly understand the health of our department and know how to prioritize our work for the day. Without this full-department assessment, we might begin working on a low-priority project, unaware that a high-priority project is in need of attention.
- Second, we know once we begin a project, we will lose sight of the department. By completing First Touch before starting other projects, we can feel comfortable and confident that we've created the best shopping experience possible with what we currently have, before getting absorbed into a specific area.

**Q: How can the whole department assist in First Touch?**
A: Ensuring all associates know how to complete First Touch will make the department successful. Work with your district coordinator to develop a First Touch guide or route. Laminate that guide or route and attach it to the back of your Detailed Walk clipboard. Anyone can then use the guide or route as a reference as they complete First Touch to ensure they don't miss any areas.



DocuSign Envelope ID: 4847939C-C5EB-471C-9FD5-455910547885

# DETAILED WALK



**Tools:** Store Walk Cart
**Owner:** Store Management, Department Leader
**Purpose:** Establish priorities for the day, affect store conditions, inspire associates
**When:** Daily 8 a.m. – 12 p.m.

### 1. Prepare Store Walk Cart



- <u>Store Manager</u>: Prepare the **Store Walk Cart** with the tools and reports needed to conduct a Detailed Walk.

  *Why: Improve efficiency by starting the walk with all of the necessary tools and data on-hand and accessible.*

### 2. Stick to the Timeline



- <u>Store Manager</u>: Be diligent about sticking to the timeline. Start and finish each department at the same time each day.

  *Why: Consistency helps associates understand expectations and ensures every area is visited by management.*

### 3. Present Department



- <u>Department Leader and Store Manager</u>: Walk the department together. Discuss which items are a high priority, who will accomplish them, and when they can be accomplished by.

  *Why: Helps department teams think about strategy and assessing workloads. Establishes expectations for management to follow up on later.*

### 4. Score the Department



- <u>Department Leader</u>: Score your department.
- <u>Store Manager</u>: Also provide a score, and discuss why that score was given.
- **(Goal = 85% every day).**

  *Why: Helps our department teams understand what is most important to customers.*



DocuSign Envelope ID: 4847939C-C5EB-471C-9FD5-455910547885

# DETAILED WALK FAQS



## FAQs

**Q: Does the Detailed Walk still take place on the Store Manager's days off?**
A: Yes. The entire Effective Store Walk, including the Detailed Walk, needs to take place every day regardless of which member of store management is present

**Q: Can a department be skipped if they look good?**
A: No. Every department must be visited and scored every day. Even if a department looks good at surface level, the Detailed Walk can help uncover blemishes. Praise should be given to a department performing well. Time should be spent teaching the small details if a department isn't yet meeting the goal.

**Q: How is a department scored? What's a good score?**
A: 100% would be considered absolutely perfect. 85% is the daily goal. Anything above 85% means a department is delivering everything that our customers expect, and then some. Below 85% means that the department isn't delivering everything that our customers would expect from their shopping experience. Look at the department through the eyes of a customer.

**Q: Can the order of departments be adjusted?**
A: Yes. Center store should be first because of their earlier up-and-ready time. Fresh departments can and should be walked in the order of their flow inside of each store.

**Q: What if a department is taking too long?**
A: Priorities for the department should be discussed first. The Store Manager will need to finish walking the department after all of the remaining departments have been completed. Avoid going beyond the allotted timeslot for each department. It's important to get through the entire store before getting absorbed into a department.



# Store Leadership Development Program
## DETAILED WALK DOCUMENTS

Feed
Your
Future

## DETAILED WALK - GROCERY-DAIRY-FROZEN

Date: _____
Dept. Lead: _____

| Sales vs LY % Yesterday | | Sales vs LY % WTD | | Sales $ vs Forecast WTD | |
|---|---|---|---|---|---|

### FRIENDLY

| Provide Store Leader with an Uplift story. **Uplift Every Way!** | Discuss any customer comments that are relevant to the department or associate. | Discuss "Huddle Topic of the Day". Gather associate feedback. |
|---|---|---|
| Scan 10 random out of stocks from prior days cycle count.  Discuss 6 behaviors of In Stock. | Review MDC Process completion for previous day. | Verify backstock has been worked. Utilize Top Stock APP to confirm. |
| Check scorecard and discuss yesterdays scan outs. Question high and low counts. | Walk endcaps and share builders for sales plan execution and merchandising standards. | Check and discuss adjusted orders on scorecard. |
| Discuss and review department conditioning standards (including frozen and dairy). | Walk and discuss execution of Display Setup for ad items and Additional Product located tags on displayed items. | Review and discuss shipper execution per Best Practice. |
| Review DSD OOS opportunities. | Discuss and review department conditioning standards (including frozen and dairy). | Discuss process completion week to date. |
| Discuss markdown opportunities. Check section for organization and shopability. | Review scorecard for manual replenishment execution. Discuss opportunities. | *Open Topic* |

### FRESH

| Check milk freshness program. No more than two dates of like item on shelf and rotated to selling zone. | Review and discuss backroom 5S conditions. | Verify Code Date Management completed with RF handheld. |
|---|---|---|
| Discuss that E-transfer process is occuring and product transfers/ Starbucks are completed per best practice. | Review air curtains and freezer floor cleanliness. | Theft deterrent EAS tags and if found labels in place on Tide/Gain/Pods. |
| Verify that Dairy cleaning calendar is current. | Review Rotation Section for week for Grocery, Dairy, and Frozen _____ | Visually verify cooler and freezer donations have been collected and are clean and organized. |

### FIRST TOUCH LIST / FOLLOW-UP ITEMS

| 1 | | 6 | |
|---|---|---|---|
| 2 | | 7 | |
| 3 | | 8 | |
| 4 | | 9 | |
| 5 | | 10 | |

### Elevate Observation Items

| 1 | **Verify that associates are spotting to the right** |
|---|---|
| 2 | **Verify that associates are working in U-shape left to right** |
| 3 | **Verify that associates condition commodities as they throw** |
| 4 | **Bring a bag for plastic and boxes for cardboard, damages and re-shop.** |
| 5 | **Check that night crew has filled out truck completion survey** |
| 6 | **Check that productivity board has been updated** |
| 7 | **Share current department labor standings (refer to division labor reporting). React or celebrate as needed.** |

| Opening Manager Comments | Department Score |
|---|---|
| | |

| Frozen BOH Accuracy | Dairy BOH Accuracy | Groc. | Com. Brd. | Liquor |
|---|---|---|---|---|
| | | | | |

Manager Signature: _____

Past 7 Days - % 0 Exact Accuracy       Version    2/18/2021



# DETAILED WALK - DRUG GM

Date: _____

Dept. Lead: _____

| Sales vs LY % Yesterday | Sales vs LY % WTD | Sales $ vs Forecast WTD |
|---|---|---|
| | | |

## FRIENDLY

| Provide Store Leader with an Uplift story. **Uplift Every Way!** | Discuss any customer comments that are relevant to the department or associates. | Discuss "Huddle Topic of the Day". Gather associate feedback. |
|---|---|---|

## FULL

| | | |
|---|---|---|
| Scan 10 random out of stocks. Discuss 6 behaviors of In Stock. | Review MDC Process completion for previous day. | Review prior days Directed Replenishment process discuss opportuniites. |
| Check front sidewalk merchandising for fullness and correct/missing signage. | Walk endcaps and share builders for sales plan execution and merchandising standards. | Scan 10 items alternating backstock carts to verify execution of E-transfer process. |
| Visually verify that reclamation is scanned and processed properly. | Check all displays including front porch, end caps, share builder and promotional areas for fullness and correct signing. | Walk seasonal aisle, kitchen place, and apparel for fullness and daily conditioning. |
| Check cosmetics for fullness, cleanliness, and conditioning per standards. | Walk Telecomm fixtures near Money Services for fullness and correct signing. | Verity that Red Dot items, tobacco, cosmetics are secured and to standard in cage. |
| Discuss markdown opportunities. Check section for organization and shopability. | Walk gift card towers, kiosks, and ends for correct bonus fuel point signage. | *Open Topic* |

## FRESH

| | | |
|---|---|---|
| Verify Code Date Management completed with RF handheld. | Discuss department conditioning and cleanliness. | Review and discuss backroom 5S conditions to ensure organization. |
| Review rotation section for week _____ | Confirm shippers/PDQs in backroom and salesfloor are dated, take action, fill, pull, and relocate. | Follow up on rotation section for week _____ |
| Review WOW/Seasonal aisle readiness. | Check that older markdowns on shelf are revisited for additional reduction. | *Open Topic* |

## FIRST TOUCH LIST / FOLLOW-UP ITEMS

| | | | | |
|---|---|---|---|---|
| 1 | | 6 | |
| 2 | | 7 | |
| 3 | | 8 | |
| 4 | | 9 | |
| 5 | | 10 | |

### Elevate Observation Items

| | | Opening Manager Comments | Department Score |
|---|---|---|---|
| 1 | Verify that associates are working in U-shape left to right | | |
| 2 | Verify that associates condition commodities as they throw | | |
| 3 | Bring a bag for plastic and boxes for cardboard, damages and re-shop. | | |
| 4 | Check that productivity board has been updated | | |
| 5 | Share current department labor standings (refer to division labor reporting). React or celebrate as needed. | | |

| BOH Accuracy |
|---|
| |

Manager Signature: _____

Past 7 Days - % 0 Exact Accuracy     *Version   2/18/2021*

DocuSign Envelope ID: 4847939C-C5EB-471C-9FD5-455910547885

# DETAILED WALK - DELI

| Date: _____ | Sales vs LY % Yesterday | | Sales vs LY % WTD | | Sales $ vs Forecast WTD | |
|---|---|---|---|---|---|---|
| Dept. Lead: _____ | | | | | | |

## FRIENDLY

| | | | | | |
|---|---|---|---|---|---|
| Provide Store Leader with an Uplift story. **Uplift Every Way!** | | Discuss any customer comments that are relevant to the department or associates. | | Discuss "Huddle Topic of the Day". Gather associate feedback. | |

## FULL

| | | | | | |
|---|---|---|---|---|---|
| Verify that Grab-N-Go PPST/APP is being followed. Discuss any zeros. | | Walk customer seating area for cleanliness and sufficient supplies/utensils. | | Yellow=Raw standards are in place per Best Practices. | |
| Walk bulk meat/cheese service case for in stock position. Observe 3 steps of superior service for Boar's Head. | | Walk salad and cheese case for correct schematic, sign standards, quality, and freshness. | | Discuss and review Fresh Kitchen CAO. Review 5 BOH accuracy and MDS. | |
| Cold Chicken set to POG with variety (including pulled chicken). | | Verify backstock/rack is set up and being worked daily. | | Review Bulk Movement order guide execution. Boar's Head & Private Selection. | |
| Review and discuss Store Manager Exception Report (SMER). Identify opportunities. | | Review schedule to ensure 15-rating for next two week is at goal | | Starbucks associate in approved uniform and using brewing timer. Verify Best Practices (ex: Customer name on cup). | |
| Walk and discuss CAP/APP execution. Verify (5) random products for execution. | | Utilizing pre-sliced cheese in the FSGNG, case set to POG and product is packaged and labeled to Best Practice. | | *Open Topic* | |

## FRESH

| | | | | | |
|---|---|---|---|---|---|
| Review and discuss backroom 5S conditions. | | Review freshness checks and rotation calendar. | | Review temperature logs. | |
| Verify Code Date Management completed with RF handheld. | | Verify cooler donations have been collected and are clean and organized. | | Discuss department conditioning and cleanliness. | |
| Review known loss and E-40 samples. Discuss opportunities. | | Check for day dots on meat and cheese chubs. | | *Open Topic* | |

## FIRST TOUCH LIST / FOLLOW-UP ITEMS

| | | | | |
|---|---|---|---|---|
| 1 | | 9 | | |
| 2 | | 10 | | |
| 3 | | 11 | | |
| 4 | | 12 | | |
| 5 | | 13 | | |
| 6 | | 14 | | |
| 7 | | 15 | | |
| 8 | | 16 | | |

| Opening Manager Comments | | Department Score |
|---|---|---|
| | | |
| | | |

Manager Signature: _____    *Version    2/18/2021*

# DETAILED WALK - PRODUCE/FLORAL

| Date: _____ | Sales vs LY % Yesterday | | Sales vs LY % WTD | | Sales $ vs Forecast WTD | |
|---|---|---|---|---|---|---|
| Dept. Lead: _____ | | | | | | |

## FRIENDLY

| Provide Store Leader with an Uplift story. **Uplift Every Way!** | Discuss any customer comments that are relevant to the department or associates. | Discuss "Huddle Topic of the Day". Gather associate feedback. |
|---|---|---|

## FULL

| Scan 5 random out of stocks. Discuss 8 behaviors of In Stock. | Verify that wet rack items are trimmed and conditioned per Best Practice. | Walk all secondary locations for full, fresh, and quality standards. |
|---|---|---|
| Check for "Red Bag" execution. Utilize RF handheld and F3 to view 28 day movement. | Check variety, quality, and conditioning of the Floral department. | Walk "Condition for Today" and "Condition for Tomorrow" in backroom. |
| Observe associates to ensure they are culling out of the box as they stock. | Walk wet rack, tables, and refrigerated product for merchandising standards. | Review daily shrink tracking, known loss, and E-40 samples. Discuss opportunities. |
| Scan 5 Lows or holes in dry packaged produce for BOH accuracy. | Review clipboard list o execution. Compare list on cart to product on cart. | Check bags and twist ties for fullness. |
| Review and discuss Store Manager Exception Report (SMER). Identify opportunities. | Review bagged salad set for proper rotation and markdown policy is in place. | *Open Topic* |

## FRESH

| Review and discuss backroom 5S conditions. | Walk cooler for dating and rotation. | Verify there is no damaged, outdated, or poor quality product on the sales floor. |
|---|---|---|
| Review Code Date Management with RF handheld. | Walk salesfloor for table and wet rack cleanliness. | Check wet rack for deep-cleaning execution. Look for dirty or damaged signs. |
| Review freshness checks and rotation calendar. | Observe associates to ensure they are cleaning fixtures as they stock. | *Open Topic* |

## FIRST TOUCH LIST / FOLLOW-UP ITEMS

| 1 | | 9 | |
|---|---|---|---|
| 2 | | 10 | |
| 3 | | 11 | |
| 4 | | 12 | |
| 5 | | 13 | |
| 6 | | 14 | |
| 7 | | 15 | |
| 8 | | 16 | |

| Opening Manager Comments | | Department Score |
|---|---|---|
| | | |
| | | |

Manager Signature: _____                                    Version    2/18/2021

Kroger

# DETAILED WALK - BAKERY

| Date: _____ | Sales vs LY % Yesterday | | Sales vs LY % WTD | | Sales $ vs Forecast WTD | |
|---|---|---|---|---|---|---|
| Dept. Lead: _____ | | | | | | |

## FRIENDLY

| | | |
|---|---|---|
| Provide Store Leader with an Uplift story. **Uplift Every Way!** | Discuss any customer comments that are relevant to the department. | Discuss "Huddle Topic of the Day". Gather associate feedback. |

## FULL

| | | |
|---|---|---|
| Walk and discuss CAP execution. Verify 5 random items for execution | Walk Artisan Bread display ensuring sliced varieties are available all day. | Discuss conditioning and cleanliness of displays including roll bins, bread fixtures, and pastry cases. |
| Check 5 random CAO item out of stocks for for BOH accuracy | Check promotional displays for fullness and correct signage. | Review single serve case to ensure all items include calorie counts on shelf tags. |
| Ensure Artisan Breads are merchandised in bags and display is tagged with product description tags. | Walk tables for correct schematic, quality, labeling, and dating. | Review bulk donut case ensuring descriptor tags include calories, and ingredient statements are available. |
| Review and discuss Store Manager Exception Report (SMER). Identify opportunities. | Discuss refrigerated cake case. Cakes decorated to ensure it reflects seasonally relevant colors. | *Open Topic* |
| Review order guide to ensure inventory is recorded prior to order (check last 3 orders). | Walk freezer case and discuss fullness and proper rotation of product. | *Open Topic* |

## FRESH

| | | |
|---|---|---|
| Review and discuss backroom and freezer 5S conditions. | Discuss conditioning and cleanliness of cases, including glass and vents. | Walk markdown rack for cleanliness and organization. No shopping carts. |
| Review cooler/freezer dating process. Verify whippy icing process followed. | Walk product quality and rotation, ensuring staggered dates on each table. | Verify donations have been collected and are clean and organized |
| Review and discuss "Markdown Effectiveness". | Review freshness checks and rotation calendar. | Open Topic |

## FIRST TOUCH LIST / FOLLOW-UP ITEMS

| 1 | | 9 | |
|---|---|---|---|
| 2 | | 10 | |
| 3 | | 11 | |
| 4 | | 12 | |
| 5 | | 13 | |
| 6 | | 14 | |
| 7 | | 15 | |
| 8 | | 16 | |

| Opening Manager Comments | | | | Department Score | |
|---|---|---|---|---|---|
| | | | | | |

Manager Signature: _____                                    Version    2/18/2021

DocuSign Envelope ID: 4847939C-C5FB-471C-9FD5-455910547885

# DETAILED WALK - MEAT + SEAFOOD

| Date: _____ | Sales vs LY % Yesterday | | Sales vs LY % WTD | | Total Sales $ vs Forecast WTD | |
|---|---|---|---|---|---|---|
| Dept. Lead: _____ | | | | | | |

## FRIENDLY

| | | |
|---|---|---|
| Provide Store Leader with an Uplift story. **Uplift Every Way!** | Discuss any customer comments that are relevant to the department or associates. | Discuss "Huddle Topic of the Day". Gather associate feedback. |

## FULL

| | | |
|---|---|---|
| Scan 5 random out of stocks. Discuss 8 behaviors of In Stock. | Verify that APP tool is being followed on full service cases and set to schematic. | Verify that CAP cart is set to standards. |
| Review POT is printed prior to first new ad order and on Thursday a.m. | Walk multi-deck for conditioning. Review new ad signage. | Review inventory is taken in the order guide (check last 3 orders). |
| Check 10 random ID tags for variety. Ensure department is set to SATH stripping. | Verify new ad pricing change over. | Verify Code Date Management with RF handheld. Review freshness checks and rotation calendar. |
| Verify that EAS soaker pads are being used. | Ensure all staffing needs are met. Review 15-Minute rating for next two weeks. | *Open Topic* |
| Review and discuss Store Manager Exception Report (SMER). Identify opportunities. | Walk cutting standards. Discuss trimming, packaging, scraping, and labeling. | *Open Topic* |

## FRESH

| | | |
|---|---|---|
| Walk service case for clean glass, chrome, and signage. | Review applicable temperature logs. | Review and discuss backroom 5S conditions. |
| Walk multi-deck, bunkers, and service case for dirty vents, dried blood, dirty tags, and old stripping. | Verify cooler and freezer donations have been collected and are clean and organized. | Review daily shrink tracking, known loss, and E-40 samples. Discuss opportunities. |
| Review and discuss "Markdown Effectiveness". | Verify that service case is set to standard, conditioned hourly, and seafood case is misted every 30 minutes. | Verify that there is no discolored, bloody, outdated, or poor quality product in the markdown section. |

## FIRST TOUCH LIST / FOLLOW-UP ITEMS

| 1 | | 9 | |
|---|---|---|---|
| 2 | | 10 | |
| 3 | | 11 | |
| 4 | | 12 | |
| 5 | | 13 | |
| 6 | | 14 | |
| 7 | | 15 | |
| 8 | | 16 | |

| Opening Manager Comments | Department Score |
|---|---|
| | |

Manager Signature: _____          Version    2/18/2021

DocuSign Envelope ID: 4847939C-C5EB-471C-9FD5-455910547885

# DETAILED WALK - FRONT-END

| Date: _____ | SCO Utilization Most Current Report | | Average Wait Time Yesterday | | Average Wait time WTD | |
|---|---|---|---|---|---|---|
| Dept. Lead: _____ | | | | | | |

## FRIENDLY

| Provide Store Leader with an Uplift story. **Uplift Every Way!** | | Discuss any customer comments relevant to the department or associates. | | Associate Observations (Cashier, Courtesy Clerks and SCO Attendant). | |
|---|---|---|---|---|---|

## FULL

| Review and discuss most recent SCO Utilization Report. | | Verify "Items per Minute" on checklane monitors or weekly report. | | Front-end Supervisors are actively working with SCO Attendant. | |
|---|---|---|---|---|---|
| Verify that we are checking for skimmers daily. | | Verify Front-end signage is up to date and supplies are stocked (i.e. Money Services, checklane signage, Flexifit and Gift Card end cap and lottery vending machine). | | Review and discuss previous week Front-end Percent Effective and scheduling opportunities. | |
| Verify checklane blockers are being used in all checklanes that are not in use. | | Review and discuss produce scanning performance. | | Review and discuss QueVision % performance for previous day and WTD. | |
| Review and discuss fraud prevention best practices for Gift Cards, Money Transfers and AML compliancy | | Verify Scan Coordinator is completing section checks. | | Verify all SCO Lanes are completely operational. | |
| Review and discuss the 31 Day File. | | Review and discuss Sales Forecast. | | Verify safety vests and cart straps are being used by Courtesy Clerks. | |

## FRESH

| Verify restrooms are clean and stocked with supplies. | | Verify checklane belts and SCO lanes/Pay Station is cleaned and sanitized frequently. | | Verify go-backs were completed and surrounding area is clean and organized. | |
|---|---|---|---|---|---|
| Review and discuss 5S conditions of Money Services. | | Verify 5S conditions of the Cleaning Center. | | Review and discuss 5S conditions of the accounting room. | |
| Verify vending machines, CoinStar, RedBox, and others are clean and in working order. | | Check windows, floors, and doors for cleanliness in lobby. Verify cart wipe station is stocked and garbage cans are empty. | | Communication Board is up to date with all required information. | |

## FIRST TOUCH LIST / FOLLOW-UP ITEMS

| 1 | | 9 | |
|---|---|---|---|
| 2 | | 10 | |
| 3 | | 11 | |
| 4 | | 12 | |
| 5 | | 13 | |
| 6 | | 14 | |
| 7 | | 15 | |
| 8 | | 16 | |

| Opening Manager Comments | Department Score | Prev. Wk IPM |
|---|---|---|
| | | |

Manager Signature: _____

Version    2/18/2021

DocuSign Envelope ID: 4847939C-C5E8-471C-9FD5-455910547885

# DETAILED WALK - PICKUP

| Date: _____<br>Dept. Lead: _____ | Orders<br>Yesterday | | Wait Time<br>Yesterday | | % In-Stock<br>Yesterday | |
|---|---|---|---|---|---|---|

## FRIENDLY

| Provide Store Leader with an Uplift story.<br>**Uplift Every Way!** | Discuss any customer comments that are relevant to the department or associates. | Discuss "Huddle Topic of the Day".<br>Gather associate feedback. |
|---|---|---|

## FULL

| Verify associates are following the auto-batching process and not manually printing labels. | Verify that receipts are being tendered out immediately after a customer leaves. | Verify Labor Utilization screen is used to manage Daily Labor. |
|---|---|---|
| Utilize Metrics OOS Reports address possible picking errors. | Verify associates are following the outlined substitution policy/Best Practice. | Verify associates are reviewing substitutions and price adjustments with customers. |
| Verify that the Communication Board is up to date including Weekly Forecast. | Verify associates are greeting and confirming customer name on order and closing the interaction by thanking. | Never scan shelf tag outside of produce. Always scan item. |
| Verify associates are following de-stage Best Practice. | Verify 15-minute chart is printed and being utilized. | |

## FRESH

| Verify associates check freshness on all items. | Verify Tender Verification is being completed (supervisor and management signature). | Verify orders are being staged 45 minutes prior to pickup window. |
|---|---|---|
| Verify backroom cleanliness and organization (e.g., no associate food, 5S, etc.). | Verify two-way radios w/ear piece are being utilized for efficient communication and coaching. | |

## FIRST TOUCH LIST / FOLLOW-UP ITEMS

| 1 | | 9 | |
|---|---|---|---|
| 2 | | 10 | |
| 3 | | 11 | |
| 4 | | 12 | |
| 5 | | 13 | |
| 6 | | 14 | |
| 7 | | 15 | |
| 8 | | 16 | |

| Opening Manager Comments | | Department Score |
|---|---|---|
| | | |

Manager Signature: _____

*Version* 2/18/2021

DocuSign Envelope ID: 4847939C-C5FB-471C-9FD5-455910547885

# DETAILED WALK - FUEL

| Date: _____ | | ID Gallons %<br>Yesterday | | ID Gallons %<br>WTD | |
|---|---|---|---|---|---|
| Dept. Lead: _____ | | | | | |

## FRIENDLY

| | | |
|---|---|---|
| Provide Store Leader with an Uplift story.<br>**Uplift Every Way!** | Discuss any customer comments that are relevant to the department or associates. | Discuss "Huddle Topic of the Day". Gather associate feedback. |

## FULL

| | | | | | |
|---|---|---|---|---|---|
| Verify your tank monitor states all systems normal. Address if needed. | | All Fueling positions operational? If not, have the issues been addressed, noted on the Problem Log and called in? | | All card readers, security locks, dispensers show no evidence of tampering? | |
| Walk concrete pad for cleanliness and oil stains. Address as needed. | | Inspect fuel dispensers, hoses, nozzles, cradles and island bases for cleanliness. | | MIMIK being followed? | |
| Walk and discuss kiosk/outside merchandising and in stock. Look for windshield cleaner, firewood, motor oil. | | Verify all Vestcom pump topper signage is in place and up to date. | | Verify schedule is posted with only Class C certified employees. | |
| Verify all equipment (e.g., coolers, ice freezer, air machine, etc.) are operational. | | All merchandise units clean, stocked and tagged/signed. | | Verify that squeegees and liquid are available for windshield cleaning. | |

## FRESH

| | | | | | |
|---|---|---|---|---|---|
| Verify the previous days Fuel Center Daily Tour and Site Checklist was signed off by a manager. | | The entire site, is free of trash, debris and clutter including perimeter landscaping, and around kiosk. | | Trash cans empty and wiped down clean. | |
| Review and discuss kiosk/storage 5S conditions. | | 36" safety cone placed at each dispenser island. | | Verify your "Spill Response Kit" is all together in the Kiosk, ready and available for use. See daily tour list for details. | |
| Are your price surveys completed, recorded accurately, and submitted on time? | | Verify all spill buckets are clean, dry, and free of debris. | | Verify that all deliveries are being input for the day. | |

## FIRST TOUCH LIST / FOLLOW-UP ITEMS

| | | | | |
|---|---|---|---|---|
| 1 | | 9 | | |
| 2 | | 10 | | |
| 3 | | 11 | | |
| 4 | | 12 | | |
| 5 | | 13 | | |
| 6 | | 14 | | |
| 7 | | 15 | | |
| 8 | | 16 | | |

| Opening Manager Comments | | | Department Score | |
|---|---|---|---|---|
| | | | | |

Manager Signature: _____          *Version*   *2/18/2021*

DocuSign Envelope ID: 4847939C-C5EB-471C-9FD5-455910547885

# DETAILED WALK - PHARMACY

Date: _____

Pharmacist on Duty: _____

| Script Count Yesterday | | Script Count WTD | |
|---|---|---|---|

## FRIENDLY

| Ask department to share at least one uplift story. **What are you proud of today?** | Discuss any customer comments that are relevant to the department or associates. | Staffing update: Current hiring needs, # of open requisitions, onboarding status, future outlook |
|---|---|---|

## FULL

| Is there a clear line of site into the pharmacy? Check to ensure displays are not set too close. | Are pharmacy associates following the dress code (all should have name tags)? | Are workstations, waiting room, and counseling area set to pharmacy standards (e.g., clutter-free, no food or drink, etc.)? |
|---|---|---|

## FRESH

**Have the Pharmacist on duty pull up Pharmacy Reportal** and focus your discussion on a different topic depending on the day of the week.

| **Saturday/Sunday:** Customer Experience - What was your wait time and ready rate last week? | **Monday:** Rx Count - How many scripts did the pharmacy sell last week? Compared to last year? | **Tuesday:** Clinical Queue - What was the NER last week? How many interventions are currently in the queue and what is the plan to complete them? |
|---|---|---|
| **Wednesday:** Vaccines (both flu and every day vaccines) - How many vaccines did you give last week? What is your plan to meet or exceed the goal this week? | **Thursday:** MedSync - How many patients did you enroll last week? What is your plan to meet or exceed the goal this week? | **Friday:** ELMS - What was your composite labor score? Technician % effective? |

## FIRST TOUCH LIST / FOLLOW-UP ITEMS

| 1 | | 3 | |
|---|---|---|---|
| 2 | | 4 | |

| Opening Manager Comments | Department Score |
|---|---|
| | |

Manager Signature: _____

Version   2/18/2021

Kroger

DocuSign Envelope ID: 4847939C-C5EB-471C-9FD5-455910547885

# DETAILED WALK - THE LITTLE CLINIC

Date: _____

Provider on Duty: _____

## FRIENDLY

| Ask department to share at least one uplift story. What are you proud of today? | | Discuss any customer comments that are relevant to the department or associates. | | Discuss "Huddle Topic of the Day". Gather associate feedback. | |
|---|---|---|---|---|---|

## FULL

| Is there a clear line of site into the clinic? Check to ensure displays are not set too close | | Are TLC associates following the dress code and wearing a name tag (provider name may be embroidered on white lab coat or have a name tag)? | | Are the PCT desk and patient waiting areas appealing to patients (e.g., free of dust, clutter-free, etc.)? | |
|---|---|---|---|---|---|

## FRESH

| Saturday/Sunday: In store marketing - How many times did the clinic associates walk around the store yesterday to engage customers and promote clinic services? How many PAs were performed? | | Monday: Visits - What is the clinic's most recent 4 week visits average? Discuss what the clinic is doing to drive more patient visits. | | Tuesday: Supply Ordering - Today the clinic's supply order releases at 2pm EST. Does the clinic need assistance getting a CAO handheld to place the order? Is the clinic having any issues with their orders? | |
|---|---|---|---|---|---|
| Wednesday: Vaccines - How many vaccines have you given so far this week? Last week? (both flu and everyday vaccines) | | Thursday: TLC Scorecard - Have the staff pull up the TLC Scorecard and discuss one strength and one opportunity for their clinic. | | Friday: Patient calls backs - What is the clinic's call back % on the most recent Scorecard? (all patients should receive a call back within 3 days after a visit). | |

## FIRST TOUCH LIST / FOLLOW-UP ITEMS

| 1 | | | 3 | |
|---|---|---|---|---|
| 2 | | | 4 | |

| Opening Manager Comments | Department Score |
|---|---|
| | |

Manager Signature: _____

Version 2/11/2021

DocuSign Envelope ID: 4847939C-C5EB-471C-9FD5-455910547885

# HOURLY CONDITIONING



**Tools:** Hourly Conditioning reference sheet, cleaning supplies (as needed)
**Owner:** Department Leader, Back-Up, Clerk
**Purpose:** Maintain good store conditions throughout the day
**When:** Every hour from 1 p.m. until 10 p.m. or last clerk goes home

### 1. Designate Associate(s)



- Designated associate(s) will complete Hourly Conditioning for a specific timeframe(s).

  *Why: Improve execution by establishing expectations.*

### 2. Review Guide



- Review the department-specific Hourly Conditioning Guide.

  *Why: Prevents any Hourly Conditioning elements from being missed.*

### 3. Listen for Chime



- Listen for Hourly Conditioning chime between 1pm and 10pm.

  *Why: Ensures Hourly Conditioning takes place at regular intervals.*

### 4. Perform Conditioning



- Perform Hourly Conditioning for 5 – 10 minutes.

  *Why: Allows the department to maintain good store conditions throughout the day, improving the customer experience.*



# HOURLY QUICK WALK



**Tools:** Store Walk Cart
**Owner:** Store Management
**Purpose:** Maintain good store conditions throughout the day
**When:** Hourly, after finishing the Detailed Walk, until leaving

### 1. Walk All Departments



- Management will walk the store hourly, visiting each department at least once per hour.

*Why: Helps store leaders stay in-tune with the overall health of the store.*

### 2. Observe Conditions



- While walking each department, observe store conditions. Address concerns as they appear.

*Why: Improves customer experience by maintaining and improving store standards and conditions.*

### 2. Motivate & Inspire



- Engage all associates throughout the store while walking the department. Motivate and inspire them to deliver a great customer experience.

*Why: Improves store morale and fosters a team culture.*

### 4. Follow Up on Priorities



- Follow up on priorities and projects identified during the Detailed Walk. Coach and teach as needed.

*Why: Allows for evaluation of priorities identified earlier in the day and opportunity to react.*

### 5. Communicate New Tasks



- Communicate new priorities to teams as they are discovered during the walk.

*Why: Keeps department teams working on the items customers care about most.*

DocuSign Envelope ID: 4847939C-C5EB-471C-9FD5-455910547885

# FRESH AT 5



**Tools:** Fresh at Five Reference sheet, cleaning supplies (as needed)
**Owner:** Department Leader, Back-Up, Clerk
**Purpose:** Freshen and replenish department in preparation of primetime shoppers
**When:** Started around 3 p.m. - completed before 5 p.m.

### 1. Review Fresh at 5 Guide



- Review the department-specific Fresh at 5 guides.

  *Why: Prevent any Fresh at 5 elements from being missed.*

### 2. Evaluate Levels & Freshness



- Evaluate the levels of displays, ad items, and key areas of the department.

  *Why: Ensure the areas that are most important to customers are evaluated.*

### 3. Replenish and/or Replace



- Replenish displays, ad items, and key areas. Replace any product that doesn't meet freshness standards.

  *Why: Provides opportunity to evaluate and address entire department in a streamlined and efficient manner.*

### 4. Condition Remaining



- Condition remaining product that wasn't touched during step 3.

  *Why: Evening customers expect the same great experience as morning customers.*

### 5. Notify Store Management



- Notify store management team that Fresh at 5 has been completed. Walk them through department.

  *Why: Keeps management team informed on the status of the store and department.*

DocuSign Envelope ID: 4847939C-C5EB-471C-9FD5-455910547885

# FRESH AT 5 FAQS



## FAQs

**Q: Isn't Fresh at 5 the same as Hourly Conditioning?**
A: No. Hourly Conditioning is a short touch-up that takes place each hour throughout the day. Fresh at 5 is a dedicated effort at refreshing and replenishing each department in anticipation of our primetime / evening customers.



DocuSign Envelope ID: 4847939C-C5EB-471C-9FD5-455910547885

# GETTING A GOOD CLOSE



**Tools:** Today's Getting a Good Close sheet, writing utensil, cleaning supplies (as needed)
**Owner:** Department Leader, Back-Up, Closing Clerk
**Purpose:** Prepare dept. for a good customer experience, evaluate / prioritize work for the day
**When:** Completed before leaving, between 7 p.m. – 10 p.m.

### 1. Write Additional Notes



- 1st shift records any additional notes, tasks, or updates for 2nd shift to review and address.

  *Why: Build a strong communication loop between 1st and 2nd shift. Pass on important information.*

### 2. Retrieve Getting a Good Close



- Retrieve today's Getting a Good Close sheet. Read through any communication left by 1st shift.

  *Why: Ensures any important information left from 1st shift is reviewed.*

### 3. Work through All Areas



- Work through the Getting a Good Close sheet, checking items off as they are completed.

  *Why: Ensures no items are missed.*

### 4. Record Notes



- Record any notes for 1st shift to review tomorrow morning.

  *Why: Maintains strong communication loop, and informs 1st shift about any important information from previous evening.*

### 5. Check Out with MGMT



- Inform closing store management of completion. Review all items and sign at the bottom.

  *Why: Keeps management team informed on the status of the store and department. Strengthens accountability.*

DocuSign Envelope ID: 4847939C-C5FB-471C-9FD5-455910547885

# GETTING A GOOD CLOSE FAQS



## FAQs

**Q: What do I do when I come in the next day and Getting a Good Close wasn't completed?**
A: If the sheet wasn't completed or signed at all, talk to the closing clerk and store manager to understand what prevented Getting a Good Close from happening. Work together to remove obstacles. If the sheet was signed off but the work wasn't completed properly, teach the closing clerk what is expected for each item on Getting a Good Close. Ensure they've been properly trained to perform those items. Discuss the situation with the store management team so that they can better review and coach each item during the Getting a Good Close process.



DocuSign Envelope ID: 4847939C-C5EB-471C-9FD5-455910547885

# Store Leadership Development Program
## EFFECTIVE STORE WALK JOB AIDS


Feed Your Future

# 8 BEHAVIORS TO IN-STOCK

**Note**: The 8 Behaviors to In-Stock applies to divisions using the RF Handheld units.

**When:** Daily
**Purpose:** To provide a simplified work cycle designed to drive sales through improved in-stock
**Who:** All store associates
**Measure:** Dashboard

| | STOCKING | |
| --- | --- | --- |
| | *Ensure all of the product we have in the store is on our shelves and organized in the backroom.* | |
| 1. | **Complete Truck** | Why: Meets Customer 1st needs by getting product to the shelf. Allows for future BOH count accuracy. |
| | **INVENTORY MANAGEMENT** | |
| | *After processing and stocking all product, now is the best time to update our Balance on Hand (BOH) counts.* | |
| 2. | **Residual Scan** | Why: Corrects understated BOH and catches mispicks. |
| 3. | **Damage/Reclaim** | Why: Improves BOH count quality. |
| 4. | **Lows & Holes** | Why: Ensures BOH accuracy for better order quality. Must be done daily, regardless of delivery schedule. |
| | **ORDERING** | |
| | *After verifying BOH counts, we can confidently move to finalizing an order for needed product.* | |
| 5. | **In-Store Order (ISO)** | Why: Enables order adjustments for displays, customer requests, non-CAO items, and fresh bulk items. |
| 6. | **Daily Exceptions** | Why: Captures sales and BOH issues to improve order quality. Will direct to all negative BOHs and case quantities of more than 10. |
| | **REPLENISHMENT** | |
| | *The final step is to make sure all products available in the store are prepared and on the shelf for our customers.* | |
| 7. | **Daytime Replenishment** | Why: Meets the needs of the customers by getting product to the shelf. Completes the 8 steps and prepares the store to begin the steps again the next day. |
| 8. | **Work Backstock** | Why: Maintains in-stock position, ensures proper BOH, product is properly rotated. |

DocuSign Envelope ID: 4847939C-C5EB-471C-9FD5-455910547885

# COMPLETE TRUCK

**Tools:** Box Cutter, hand jack/6 wheeler, step stool, salvage cart
**Purpose:** Maintains in-stock position and helps maintain proper BOH
**When:** As needed (based on truck schedule) after running backstock
**Measure:** Dashboard

### 1. Transport to Sales Floor



- Transport product to primary aisle using hand jack or 6-wheeler.
- Park the pallet in front of the product you'll stock 1st.

*Why: Product is closer to the shelf and ready to stock.*

### 2. Rotate Product



- Verify product matches shelf tag.
- Compare date of product received with product already on shelf.
- If product on shelf is older than product received, pull product from shelf.

*Why: Maintains Freshness minimizes shrink.*

### 3. Stock Shelf



- Brace the case against the shelf when you can.
- Stock using two hands.
- Place freshest stock towards back of shelf, placing older stock towards the front.
- Place residual stock on floor in front of product.

*Why: Maintains freshness Replenishes product Enables residual scan.*

### General Stocking Tips:

- Stock any sleeve or SRP items as they are received
- Utilize 2-handed stocking whenever possible
- When stocking bottom shelf stock from your knees to relieve back strain
- Utilize step stool to reach upper shelves if necessary

### 4. Return Backstock



- After scanning residual stock place cases on backstock cart.
- Return backstock carts to marked location in backroom.
- Handle all salvage appropriately.

*Why: Maintains 5s Environment.*

### 5. Handling Salvage



- Place any plastic in recycle area and place cardboard in baler.
- Return any empty carts to assigned location.

*Why: Maintains 5s Environment.*

DocuSign Envelope ID: 4847939C-C5E8-471C-9FD5-455910547885

# COMPLETE TRUCK FAQ'S:

| FAQ's |
|---|
| **Q: What are some common tips for effective stocking?**<br>A:<br>1. Organize the truck onto U-boats by aisle for maximum stocking efficiency.<br>2. Verify that the product matches the tag - before filling the shelf.<br>3. Try to keep the product in front of you. It should not be more than an arms length from you and the shelf. This will minimize the amount of motion and reduce the time spent walking back and forth.<br>4. Use both hands for stocking. Grab 2 to 4 items per hand.<br>5. Stock from tag to tag – left to right. Do not overfill the shelf.<br>6. We are no longer stocking only full cases. Stock a case even if it won't go completely to the shelf. |
| **Q: What should I do when I receive a new item that is not in the current shelf set?**<br>A: If the item does not have a tag on the shelf, scan with the RF handheld to verify its status. It should then be placed on the designated "New Item Cart". |
| **Q: Is there a standard number of cases that should be able to be worked per hour?**<br>A: The current Kroger goal for night crew is 55 cases per hour. Daytime stocking is 30 - 35 cases per hour. Roundy's management is studying these productivity models, discussing how they might apply, and will eventually be setting guidelines for your division. |
| **Q: What do I do with leftover product that won't fit to the shelf?**<br>A: After you've worked it to the shelf and any other secondary locations, do a Residual or SIM scan on the left over product to verify Balance on Hand (BOH) and Allocations are correct. |
| **Q: What should I do if there is a hole on the shelf?**<br>A: If you find a hole on a shelf and you don't have product to fill it, leave it as a hole until you have the correct product to put on the shelf. Do not face over. |



DocuSign Envelope ID: 4847939C-C5FB-471C-9FD5-455910547885

# RESIDUAL SCAN

**Tools:** RF Handheld, backstock cart, step stool
**When:** After product has been stocked; timing varies by department
**Purpose:** Verify and correct Balance on Hand on any product that does not go completely to the shelf
**Who:** Department Leader, Night Crew Leader, or Stocking Clerk
**Measure:** ISP

## 1. Enter Residual Scan



```
MAIN MENU
1. Inventory Management
2. Item Markdown
3. Remove Inventory

    INV MGMT MENU
    1. Residual Scan
    2. Lows & Holes
    3. ISO Ordering
    4. Daily Exceptions
    5. Display MIN Setup
```

- Select **#1 Inventory Management.**
- Select **#1 Residual Scan.**

*Why: Mode designed for correcting BOHs and Allocations on product that will not fit to shelf.*

## 2. Check and Update BOH



```
UPC  0002472200010
ANNR MARINARA SAUCE

BOH   : [   5]

Pack    :   12
OnOrder :    0
Alloc   : [  10]
Min     : [   4]

    ENTER to Save
```

- Scan product UPC.
- Count ALL product.
- Update BOH, if needed.
- Arrow down to update Allocation and/or MIN (if needed).
- Press **ENTER.**

*Why: Accurate BOHs reduce unneeded backstock; Accurate allocation will help in the replenishment process.*

## 3. Sort Product to Cart



```
UPC  0002472200010

Place Item with
Slow Movers




    ENTER to Save
```

- **Center Store:** Place product on active backstock, slow mover, fast mover, or new item cart.
- **Fresh Departments:** Place product on backstock cart.
- If message box appears, press **ENTER** to clear.

## 4. Complete Process



```
UPC  0002472200010

Session recap:

Updated BOH on
8 out of 15
items scanned.

Enter to continue

[           ]
```

- Press **ESC.**
- Press **ENTER.**
- Return product to the backroom.

*Why: Returns product to home location. Displays summary of your scans.*

DocuSign Envelope ID: 4847939C-C5EB-471C-9FD5-455910547885

# RESIDUAL SCAN FAQS

## FAQ's

**Q: Do I need to account for secondary locations during residual scans?**
A: Yes. The Balance on Hand (BOH) should include all locations in a store.

**Q: Why is it important to update Allocation (shelf capacity)?**
A: The allocation field will be used to calculate and flag the fast/slow movers versus active backstock. Correct allocations also aid in counting product, the daily pick list, and weekly fast mover list.

**Q: How are the Fast and Slow mover prompts generated?**
A: Slow movers are items not forecasted to sell down past the MIN within the next 7 days. Fast movers are items that sold 75% of allocation yesterday or are forecasted to sell 75% of allocation today.

**Q: How can the Fast/Slow mover prompts help departments that don't require backstock separation?**
A: Fast mover prompt helps identify items that may need to be replenished throughout the day. Slow mover prompt helps identify items that might become short dated.

**Q: Which function keys are available in residual scan mode?**
A: The following function keys are available in residual scan mode:
    **BLUE-3/F-3** Movement History    **BLUE-4/F-4** MIN/Status/Allocation/Display MIN History
    **BLUE-9/F-9** Additional Item Info    **SHIFT-1/CTRL-O** Order History
    **BLUE-ø/F-ø** Adjustment History/Detail/Markdown History

**Q: Can I see items with an expected distribution during residual scans?**
A: Yes. Items with an expected distribution will be noted with a ^ symbol next to the OnOr field.
    **CTRL-E** can be used to view detail on the expected shipment(s).

**Q: What do I do if my Balance on Hand (BOH) has not updated from my new truck, but I have worked the product to the shelf?**
A: Manually receive the order if needed after communicating with all departments impacted.

**Q: What should I do if I receive a new item prompt?**
A: **Center Store:** Product should be separated and placed on a new-item cart as needed for the reset team if the reset hasn't occurred.
    **Fresh Depts:** Product should be worked to the shelf in place of discontinued items as needed.

| Department | Timing of Residual Scan |
|---|---|
| Dry Grocery, Natural Foods, Frozen Foods, Drug/GM, Frozen Meat/Seafood, Packaged Meat and Deli (ie: Potato Salad, PS Packaged Deli Meats & Cheese) | Count left over product from truck |
| Dairy (excluding Milk & Eggs), Produce Bagged Salads and Large Quantity Commodities (Deli and Meat) | Count all product on delivery days before the truck is worked (when inventory is at its lowest point) |
| Commercial Bakery, Bakery CAO, Meat Random Weight CAO, Grinds, Dry Produce, Milk and Eggs | Count all product once a week |
| Slow Moving Carts in Dry Grocery, Natural Foods, Frozen and Drug/GM | Count all product once a week |

# DAMAGE/RECLAIM

**Tools:** RF Handheld, banana boxes (if needed), damaged bins, dumpster
**When:** Daily to ensure this has been completed before beginning Lows & Holes walk
**Purpose:** Daily activity to remove product from store/department inventory ensuring accurate
Balance on Hand (BOH) to produce quality orders
**Who**: Department lead, back-up, or clerk
**Measure:** CAO Plus

### 1. Enter Remove Inventory

```
MAIN MENU
1. Inventory Management
2. Item Markdown
3. Remove Inventory
```

• Select **#3 Remove Inventory.**

### 2. Choose Reason Code

```
Reason Codes
1. Theft
2. Damage/Reclaim
3. Donation
4. Outdated
5. Item Recall

Selection:[ ]
```

• Select the correct Reason Code:
  o **Theft**: Items where the evidence suggests that the item has been stolen (e.g. empty package).
  o **Damage/Reclaim**: Product that is being sent to a reclamation center. Items not eligible for reclaim will be identified in the handheld.
  o **Donation**: Product given to charity.
  o **Outdated**: Outdated product and donations.
  o **Item Recall**: Product that is being removed from the shelf due to an item recall.

### 3. Scan Product

```
Remove Inventory



F2=QTY F3=Chg. Code
F12=Reclaim Label
Scan Next Item:
[          ]
```

• Scan the UPC.
• Use **BLUE-2/F-2** to update the quantity if necessary.
• Scan additional product until complete.

### 4. Dispose of Product



• Press **ESC.**
• Select **#1 Process Items.**
• Throw out product, package it for return, or hand-off to the receiver for shipment as appropriate.



DocuSign Envelope ID: 4847939C-C5EB-471C-9FD5-455910547885

# DAMAGE/RECLAIM FAQS

## FAQS

**Q: Can I "Remove from Inventory" at any time?**
A: Yes. Although it falls after Residual scans in the 8 Behaviors, removing product can be done at any time to help maintain Balances on Hand (BOH).

**Q: How do I remove random weight product?**
A: Random weight product can be removed by entering in the PLU or scanning the random weight UPC and pressing enter. The approximate number of items can be entered using **BLUE-2/F-2.**

**Q: What do I do with the product when I am finished scanning it out?**
A: Product that is non-sellable and damaged beyond any use can be thrown away unless the product is a DSD item. Donations will go to the designated organization. If you have any doubts about the removal of a product, see your store manager or give the product to the receiver.

**Q: What do the beeps signify when I am removing items from inventory?**
A: Three beeps signify that the product is SWELL, which indicates the vendor pays a percentage of all orders to cover damages, out of dates, etc. Credit is not given through the reclaim center since it is collected upfront. Product should be marked down and sold.

**Zero beeps signify the product is billable which indicates the vendor will be charged once items are scanned through the reclaim center which gives the stores inventory credit.

DocuSign Envelope ID: 4847939C-C5FB-471C-9FD5-455910547885

# LOWS & HOLES AND CTRL-V

**Tools:** RF Handheld, Sorry for the Inconvenience/ Customer 1st tags, step stool (if needed)
**When:** Daily. After truck, residual scan, and damage/reclaim and go-backs checked, and backstock
**Purpose:** Correct Balance on Hand (BOH) to improve orders
**Who:** Department Leader, Back-up, or Clerk
**Measure:** Dashboard

## 1. Enter Lows & Holes



- Select **#1 Inventory Management.**
- Select **#2 Lows & Holes.**

*Why: Mode designed for updating BOH for Lows & Holes.*

## 2. Look for Lows & Holes



- **Low** is defined as facings **not** filled 2- deep.
- **Hole** is defined as an Out-of-stock **without** a "Sorry for the Inconvenience" tag.
- Scan the shelf tag.

*Why: Locate errors that lead to holes.*

## 3. Low & Hole Process



- Walk entire department.
- Scan Lows & Holes.
- Press **CTRL-V** to flag items that need to be filled.
- Press **ENTER** to save.
- Apply "Sorry for the Inconvenience" tag if prompted.

*Why: Apply "Sorry for the Inconvenience" tags and create a work list.*

## 4. Print CTRL-V

```
Session recap:

Updated BOH on
12 out of 23
items scanned.

Print Verification
Report (Y/N)?
```

- Press **ESC** when complete.
- If items were flagged, press **Y** or **N** to print the Verification Report.

*Why: Allows for the printing of the Verification List directly from the handheld; displays summary of your scans.*

## 5a. Lows & Holes Verification



- Utilize report to locate product and take action (by department manager).
- If product is found, work to shelf and mark "F" on report (F=Filled).
- If product is not found, mark "NF" on report (NF=Not Found).
- If BOH update is needed and change is made mark "C" on report (C=Change).
- Completed reports must be kept for 7 days on a clipboard by applicable department's communication center for Grocery, Dairy (non-fluid), Frozen and Drug/GM.

## 5b. Lows & Holes Verification



*Why: Replenish the primary shelf location with product located in other locations in the store and backroom.*



# LOWS & HOLES AND CTRL-V FAQS

## FAQs

**Q: How should the "Last Received" and "Last Sold" information be used?**
A: This can help you determine how long you have had a low or a hole to give you more confidence when making a Balance on Hand (BOH) change.
A: If a shipper was received within the last 45 days, a "SH" code will appear next to the "Last Rec'd" field. **BLUE-5/F-5** can be used to see the shipper history.
A: Expected distributions will also be noted with a ^ symbol next to OnOr field and **CTRL-E** can be used to view detail on expected shipments.

```
UPC  0003800040260
KELL EGGO HMSTYL
WFL 10CT    PAK  12
BOH         [  42]

Reason  [Data Integ]
On Order          5^
Open Order   [   0]
Alloc        [  20]
MIN          [  12]

Last Rec'd  02/14 SH
Last Sold   MV1    7
ENTER OR F2=Rsn F5=SH
```

```
Recent Shippers

Date        Qty
02/14        48
01/24        12

ENTER to Cont
```

```
EXP DIST DETAIL

EXP DELV     UNITS
02/21/2017*  24 DB

ESC = BACK
```

**Q: Can I see additional history screens in the Lows and Holes mode?**
A: Yes. By using the function keys, you can see Mvt History (**BLUE-3/F-3**), MIN History (**BLUE-4/F-4**), Order Detail (**BLUE-6/F-6**), Additional Item Info (**BLUE-9/F-9**), Adjustment History (**BLUE-Ø/F-Ø**), and Order History (**CTRL-O/SHIFT-1**). *NOTE: F-3 will default to cases for some fresh departments.*

**Q: Can I change the reason code when I make a BOH change?**
A: Yes. By using **BLUE-2/F-2**, you can change the reason code from Data Integrity to Theft (if needed).

**Q: Can I flag items to follow-up on that may be in another location in the store?**
A: Yes. During Lows & Holes, you can press **CTRL-V** to send items to a Lows & Holes Verification report that can be printed for later review. This will serve as a pick list to pull items from displays , shippers or backroom to the primary shelf location.

**Q: After I have placed a "Sorry for the Inconvenience" tag, what if the product becomes discontinued or the next delivery is a mispick? How will I know?**
A: At the beginning of every period, management should scan all existing tags to ensure they are still valid and take action as needed.

**Q: Can I scan products that aren't a low on the shelf if I know I will sell through what I have?**
A: Yes. General guidelines are provided to help identify what to scan, but additional product may be scanned if needed (e.g. high selling items with limited shelf space)

**Q: Can I change Open Order and Allocation in this mode?**
A: Yes, Allocation and Open Order can be changed by using the arrow keys. Open Order should only be adjusted in Lows & Holes for product CAO isn't anticipating needing (e.g. bagged salad markdowns).

## Center Store

If you are struggling to complete Lows & Holes daily, create an action plan:
- Choose a few aisles or commodities and make sure all processes of the inventory life cycle are completed (backstock, truck, residual with separation of slow, active, fast movers) and complete Lows & Holes in these aisles.
- Each day add one additional aisle or commodity.
- Focus on creating daily routines for sections of the store that are ordered daily.



DocuSign Envelope ID: 4B47939C-C5FB-471C-9FD5-455910547885

# IN-STORE ORDERING (ISO)

**Tools:** RF Handheld and order guide
**When:** Before Daily Exceptions for CAO active product.
**Purpose:** Method for ordering non-CAO items, displays, and customer requests.
**Who:** Department Leader or Back-up
**Measure:** ISP

## 1. Enter ISO Mode



- Select **#1 Inventory Management.**
- Select **#3 ISO Ordering.**

*Why: To create a list of UPCs that you want to order for non-CAO products, displays, and customer requests.*

## 2. Order Product



- Scan or enter UPC.
- Press **BLUE-2/F-2** if you need to order more than one case (default is 1 case).
  - ○ Type in quantity.
  - ○ Press **ENTER.**
- Repeat for additional product.

*Why: Scanning a UPC will automatically add 1 case to the order unless the case quantity is adjusted higher; Fastest method for ordering large quantities.*

## 3. Upload List



- Press **ESC.**
- Select **#1 Process Items.**
- Press **ENTER.**
- Confirm upload successful (use In-Store Processor (ISP) if there is an error message).
- Press any key.

*Why: Automatically uploads the list to the next scheduled order.*

DocuSign Envelope ID: 4847939C-C5EB-471C-9FD5-455910547885

# IN-STORE ORDERING (ISO) FAQS

## FAQS

**Q: Can I use In-Store Order (ISO) several days in advance of an order?**
A: Orders do not have to be open for you to use an In-Store Order (ISO) session. The session will automatically attach to the next order.

EXAMPLE: If you have an order that polls on Tuesday and one that polls on Thursday, you **cannot** place Thursday's order on a Monday.

**Q: What if I get an error message?**
A: If the order is in "locked" status, you may receive an error message stating you need to upload the In-Store Order (ISO) session from the In-Store Processor (ISP). In this situation, you can manually attach the In-Store Order (ISO) session to the order on the In-Store Processor (ISP). This should not occur frequently.

**Q: What if my handheld times out while I am working on my In-Store Order (ISO) upload?**
A: When you go back into In-Store Order (ISO) upload, you will see the message screen shown below. If you select **1- Process Now**, the session that timed out will upload with the exception of the last UPC you scanned and you can continue your order from the last UPC you scanned.

```
Your Session That
Was Terminated Has
Been Found

User: jk99999
Date: 05_09_2017
Time: 12:29:02

1 - Process Now
2 - Delete Now
3 - Decide Later

Enter Option:
```

**Q: What happens if I scan a product that I do not want by mistake?**
A: You can delete the last item scanned by pressing **ESC** and selecting option **#2 Delete Last Item.**

```
+-------------+
| Selections  |
|1. Process   |
   Items      |
| 2. Delete   |
   Last Item  |
|3. Delete    |
|   All Items |
|             |
|Selection:[ ]|
+-------------+
```

**Q: What should I do if I try to upload an In-Store Order (ISO) and there is not an order to attach to?**
A: This can occur if you are trying to place an order for a catalog that polls infrequently. Order schedules are loaded into CAO every Wednesday. If the schedules are not loaded for the catalog you are trying to order, you will need to wait to upload your In-Store Order (ISO) session until the catalog schedule is loaded into CAO.

# DAILY EXCEPTIONS

**Tools:** RF Handheld, step stool (if needed)
**When:** Daily. After In-Store Order (ISO) and before poll time (if needed)
**Purpose:** Reviewing UPCs which may require order adjustments or have negative Balances on Hand
**Who**: Department Leader, Back-up, or Associate assisting with the order
**Measure:** ISP

## 1. Open Daily Exceptions



- Select **#1 Inventory Management.**
- Select **#4 Daily Exceptions.**
- Select **Department.**

*Why: Generates list to review for the department.*

## 2. Locate Item



- Use aisle, price, and UPC to locate item.
- Verify product on shelf matches shelf tag.

*Why: This information helps locate items quickly.*

## 3. Check & Update BOH



- Count product.
- Update BOH, if needed.
- Press **CTRL-O/SHIFT-1** to view order history, if needed.
- Press **ENTER.**

*Why: Accurate BOH improves order quantity.*

## 4. Review Order Details



*NOTE: Will not display for Negatives & Recent Negatives.*
- Compare projected sales to actual sales.
- Consider recent sales impacts:
  - Press **BLUE-3/F-3** to view recent sales
  - Press **ESC**
- Choose option number that is closer to future sales. Finalize quantity if needed and repeat for additional exceptions**.**



DocuSign Envelope ID: 4847939C-C5FB-471C-9FD5-455910547885

# DAILY EXCEPTIONS FAQS

## FTS

**Q: How many exceptions will I have each day?**
A: The number of exceptions will vary by department, store, and day of the week.

**Q: Is there a certain time of the day when I should work exceptions?**
A: Most orders will now open at 3am. On days when you have an order, exceptions should be worked before the poll time.

**Q: Do I have the ability to skip an exception if another person within my department is responsible for ordering certain products?**
A: Yes. During step 2, you can use **BLUE-6/F-6** to skip an exception and come back to it later.

**Q: When should I select "Option 2" (USE MOVEMENT) and change my order?**
A: If there is a recent sale, weather event, or another local event that is impacting sales positively or negatively and you expect it to continue, select Option 2 to better meet our customers' needs.

**Q: Can I adjust the order quantity after I chose "Option 2" (USE MOVEMENT)?**
A: Yes. Once you chose Option 2 (Use Movement), a pop-up box will appear, showing the change in the Open Order quantity.  To Accept the change, choose option 1.  To Edit the quantity, choose Option 2 and input the new OpOr quantity. Press ENTER to continue.



**Q: When should I select "Option 3" (NOT IN SET)?**
A: If the item cannot be found or was a one-time customer request.

## Order Adjustments Needed Outside Daily Exceptions

Additional order adjustments may be needed outside of daily exceptions. ISO, Item Info, Lows & Holes, and the ISP can be used to make these adjustments.
- Display items, 3-Day/4-Day sale items, Major Holiday events and Weather
- Mega event items or other complex offers and some WIC/SNAP items
- Regional events, customer requests, etc.
- Specific Department Items:
  - Dairy: orders for milk should still be monitored closely and adjusted as needed in Item Info
  - Bread: due to perishable nature of product, orders should still be monitored closely and adjusted as needed in Item Info
  - Drug/GM: cigarettes and infant formula
  - Produce: close dated product, markdown product
  - Deli/Bakery: close dated product, thaw-n-sell products, and markdown product
  - Meat & Seafood: random weight CAO meat, close dated product, and markdown product



# DAILY EXCEPTIONS REASON CODES

There are different types of exceptions which are listed below. The screens displayed change based on the exception type.

## 1. Negative Balance on Hand/ Recent Negative Balance on Hand

**1 screen for each item**
- Gives associate an opportunity to correct any items with a negative BOH.
- Accurate BOH improves order quality.
- A Recent Negative is any item which has a positive BOH when reviewed, but was negative at 3am. These should still be reviewed.
- Most negatives only display the first screen unless multiple exceptions apply. Item can be a negative and one of the other reason codes **(2 screens).**

```
HRML SHRD CKN TACO
MEAT
            1 /7.99
(4 of 10)
Ail 101 Middle Left
UPC 0003760044314

    Negative BOH

  CHECK BOH & UPDATE
    BOH [  -1]

On Order    8 pcs
ENTER OR SKIP=F6
```



```
PRSL SUGARHOUSE MPL
BREAD
            1 /3.19
(1 of 1)
Ail 019 Middle Left
UPC 0001111086366

  Recent Negative BOH

  CHECK BOH & UPDATE

      BOH [   2]
  On Order    0 pcs
ENTER OR SKIP=F6
```

## 2. Possible Out of Stock (OOS)

**2 screens for each item**
- Recent movement is significantly higher than forecast is projecting in the future.
- Gives associate an opportunity to increase the order.

## 3. Excess Product

**2 screens for each item**
- CAO is ordering item.
- Recent movement is significantly lower than forecast is projecting in the future.
- Gives associate an opportunity to decrease the order.



```
BLSKY FR RNG LG BRN
EGGS       PAK 15
           1 /4.19
(1 of 1)
Ail 100 Middle Left
UPC 0071537311330

  Possible OOS


CHECK BOH & UPDATE
    BOH [  10]


  On Order  1 cs
ENTER OR SKIP=F6
```

```
        Excess Product

  BOH(EA)           10
  ON ORDER(CS)       1
  OPEN ORDER(CS)     1

  PROJ 2DAY SALES   15
  2DAY MOVEMENT      0
  PAK               15

CHOOSE OPTION, F3=MVMT
1 = NO CHANGE
2 = USE MOVEMENT
3 = NOT IN SET
```

## 4. Large Order Quantity

**1 screen for each item**
- Associate is not expected to physically go to shelf location and cannot change BOH.
- Gives associate an opportunity to validate order quantities which are greater than 10 cases.
- Random weight is not included.
- If the Open Order quantity is increased, a prompt will ask the associate to confirm the new quantity.



```
KRO NAIL POLISH
REMOVER     PAK 1
          10/10.00
(1 of 2)
UPC 0004126037795

    Large Order Qty


    BOH       7

  On Order    0 cs
4 Day Mvmt   11
Open Order [ 12]cs

  ENTER OR F6=SKIP
```

```
Increased.


OLD Open Order:  12

NEW Open Order:  20

UPDATE IF REQD
F5   TO CONFIRM
```

## 5. Expected Distribution

**1 screen for each item**
- Alerts the associate to items with an open order that also have an expected distribution date ranging from 3 days prior to the current date through 7 days in the future.
- This provides RF handheld visibility to items with an open order that also have an expected distribution, providing the ability to adjust the Open order quantity, as needed.
- The expected delivery of the distribution is the first delivery following the expected delivery date
- Distribution Detail is in units, DB indicates a case distribution, SH indicates a shipper distribution



```
KRO CRISPY RICE
          PAK 14
          1 /1.99
(1 of 11)
UPC 0001111085121

    Exp Distribution


  On Order    0 cs
Open Order [  1]cs

ENTER=SAVE  F6=SKIP
 CTRL E=EXP DIST
```



```
KRO CRISPY RICE
          PAK 14
          1 /1.99

EXP DIST DETAIL

EXP DELV    UNITS
03/14/2017  42 DB




    ESC = BACK
```



DocuSign Envelope ID: 4847939C-C5EB-471C-9FD5-455910547885

# ITEM INFO AND EXPECTED DISTRIBUTION DETAIL

**Tools:** RF Handheld
**When:** As needed
**Purpose:** Reviewing UPCs to understand distribution details
**Who**: Department Leader, Back-up, or Associate assisting with the order

### 1. Open Item Info

```
ITEM[          ]
UPC 0002900007325 B
MSI 6964472 PLNTR
DRY ROASTED
PEANUTS    PAK  12
BOH   28    1 /3.99
Min    8 OpOr    0

Alo  30  OnOr    0^
CAOst  A Mv1     5
Loc      Mv7    28
Al L 16B Mv28   45
UPDATE: F2 or FUNC 2
Item 1 of 2
```

- Select **#8 Item Info.**
- Scan UPC.
- Determine if this symbol "^" is present after OnOr quantity.

*Why: Indicates that a distribution is expected.*

### 2. Open Expected Distribution Detail

```
ITEM[          ]
UPC 0002900007325 B
MSI 6964472 EXP
DIST DETAIL

EXP DELV    UNITS
03/10/2017   48 SH




    ESC = BACK
```

- Press **CTRL-E.**

*Why: Brings up the schedule of Expected Distribution(s).*

### 3. Review

```
ITEM[          ]
UPC 0002900007325 B
MSI 6964472 EXP
DIST DETAIL

EXP DELV    UNITS
03/10/2017   48 SH




    ESC = BACK
```

- Review Distribution Details.
- Press **ESC.**
- Change OpOr quantity (if needed).

*Why: Closes the Expected Distribution Screen.*

### Distribution Detail



**Expected Distribution Detail**
- Displays units that can not be changed.
- Displays items with an expected distribution date from 3 days prior to current date through 21 days in the future.
- SH indicates a shipper distribution.
- DB indicates a case distribution.
- The distribution should be delivered on the delivery following the expected delivery date.
- Distribution Detail can also be accessed from the new Daily Exception type – Expected Distribution, as well as Residual Scan and Lows & Holes modes.

# CENTER STORE REPLENISHMENT/BACKSTOCK

**Tools:** Grocery Pass the Baton sheet, Fast Mover/Display Cart, Daily Automated Pick List, Control V List
**When:** Daily, prior to, and during peak sales periods
**Purpose:** Maintain in-stock position on key products during peak sales periods
**Who:** Grocery, Natural Foods, Drug/GM

### 1. Grocery Pass the Baton



- Check in with the ASM.
- Review Pass the Baton.

*Why: The Pass the Baton sheet ensures all key tasks are completed and helps aid in communication between shifts.*

### 2. Work Fast Movers/Bulk



- Fast Mover Carts: Work all of the products on the Fast Mover Cart.
- Fill bulk items for ex: water, bread, cereal.

*Why: Fast movers and bulk items are the number one priority during replenishment.*

### 3. Replenish from Ctrl-V List



- If the Lows & Holes Verification has not been completed by the department manager, work the items remaining on the list. See Lows & Holes Job Aid for more details.
- If product is found, work to shelf and mark "F" on report (F=filled).
- If product is not found, mark "NF" on report (NF=not filled).

*Why: Replenishing out of stocks from the Ctrl-V list.*

### 4. Replenishment Scan

```
OOS Scan Type
1. "Never Be Out" Scan
2. DSD Out-of-Stocks
3. Division OOS Audit

8. Replenishment Scan

 Selection: [ ]

Select OOS Scan Type
```

- Only scan ad/sale and Mega tags.
- Print report.
- Find and locate the items on the report to build a cart.
- Work items on the report (prioritized by highest BOH quantity).
- If product is found, work to shelf and mark "F" on report (F=filled).
- If product is not found, mark "NF" on report (NF=not filled).

*Why: Ensures other previously replenished areas are still in-stock and identifies remaining potential OOS items.*

### 5. Touchbase/Backstock



- Touchbase with ASM. Begin working grocery backstock.
- Locate backstock cart for your department and/or aisle.
- Pull cart to sales floor location.
- *Work product. See Stock job aid for stocking best practices.*

*Why: Product is closer to shelf and ready to stock; Maintains freshness and BOH.*

### 6. Manage Backstock



- Place all remaining backstock on the cart by commodity.
- Return backstock to its marked location. If it is after 9 PM, leave, backstock cart at the end of the aisle.
- Handle all salvage appropriately.
- Communicate with ASM on what backstock has been completed.

*Why: Ensure the ASM can complete a Good Close for the night crew.*



DocuSign Envelope ID: 4847939C-C5EB-471C-9FD5-455910547885

# CENTER STORE REPLENISHMENT/BACKSTOCK: FAQS

## FAQS

**Q: What are the bulk items in my department?**
A: In the grocery department, the bulk items are: Water, Bread, Cold Cereal, Cookies/Crackers, Paper Products.

**Q: What product is located on Fast Mover carts?**
A: Fast Mover carts should contain: (1) items that are flagged as fast movers during the residual scan process, (2) ad items and promotional items on display, and (3) items on the Weekly Fast Mover list* (as appropriate for your store). Both the residual flags and Weekly Fast Mover list are partially based on forecasts for items in your store. Due to varying product shelf allocations, your store may only need to include certain items off the Fast Mover List on your fast mover carts.

**Q: What are the recommended times for scheduling replenishment/backstock?**
A: Replenishment should be completed from 11am – 4pm and backstock should be completed from 4pm – 11pm. The actual schedule may vary depending on the store's needs.

**Q: Does active (daily) backstock need to be worked prior to truck being stocked?**
A: Yes. Working active (daily) backstock helps ensure BOHs are correct, product is properly rotated, and like product is grouped together in the backroom.

**Q: Do we have to rotate everything?**
A: The Labor & Expense and Freshness & Standards groups have worked together to update the current stocking and Backstock standards for Paper Products, Laundry, and Cleaning commodities. Product Rotation time has been updated as non-perishable products without an expiration date no longer require rotation at the shelf.

**Q: Do I scan every hole in the department?**
A: No, you should only scan Mega tags and ad/sale items.

DocuSign Envelope ID: 4847939C-C5EB-471C-9FD5-455910547885

# WORKING ACTIVE (DAILY) BACKSTOCK

**Tools:** Product, U-boat, cart, pallet, step stool (if needed), box cutter, display plans
**Purpose:** Maintains in-stock position, ensures proper BOH, product is properly rotated
**When:** Daily - before working the truck
**Who**: Replenishment Clerk, Department Lead,  or Assistant Department Lead
**Measure:** Dashboard

| 1. Get Backstock Cart | 2. Work Product | 3. Manage Backstock |
|---|---|---|
|  |  |  |

**1. Get Backstock Cart**

- Enter the backroom and identify the backstock wheelers. Locate backstock cart for your department and/or aisle.
- Pull cart to sales floor location.

*Why: Product is closer to shelf and ready to stock; Maintains freshness and BOH.*

**2. Work Product**

- Verify product matches shelf tag.
- Properly rotate product based on expiration dates.
- Stock shelf first, then stock secondary locations.
- See stocking job aid for stocking best practices.

*Why: Maintains freshness; Customers buy from the shelf first; Assists in getting an accurate BOH count.*

**3. Manage Backstock**

- Place all remaining backstock on the cart by commodity.
- Ensure each cart is signed.
- Return backstock to marked location.
- Handle all salvage appropriately.

*Why: Maintains 5S environment.*

DocuSign Envelope ID: 4847939C-C5FB-471C-9FD5-455910547885

# WORKING ACTIVE (DAILY) BACKSTOCK FAQS

## FAQs

**Q: Does active (daily) backstock need to be worked prior to truck being stocked?**
A: Yes. Working active (daily) backstock helps ensure BOHs are correct, product is properly rotated, and like product is grouped together in the backroom.

**Q: Can we just have the night crew work backstock after they work the Truck?**
A: Working backstock prior to the truck helps ensure product is properly rotated. If product is worked after the truck is thrown, the rotation will be out of sync.

**Q: Do we have to rotate everything?**
A: Yes, this helps ensure the oldest product is first bought by the customer. It also helps ensure the customer has the longest shelf life possible after they purchase it.

**Q: What do I need to do with opportunity items?**
A: Develop exit strategy for opportunity items:
- In-store price reduction
- Keep product on sale
- Create selling event
- Cross merchandising and tie-ins with other departments
- E40 transfer to another store
- Conduct proper item return
- For DSD items, work with merchandising team to have vendor pick up items



# WORKED/NOT WORKED ACTIVE (DAILY) BACKSTOCK CART SIGNAGE

**Tools:** Product, backstock cart, Worked/Not-Worked sign, dry erase marker
**Purpose:** To keep the correct product on the cart and have it worked daily to keep in stock
**When:** Daily – In the evenings after Replenishment
**Who**: Department Lead, Assistant Department Lead, Backstock Clerk, Replenishment Clerk

### 1. Setting up a Active Backstock Cart



- Assign backstock cart for your department and/or aisle.
- Put active backstock template inside of the lower sleeve of your backer board.

*Why: This will help organize your cart with the correct product.*

### 2. Organize your Backstock Cart



- Scan all product in Residual Scan mode (do once to organize your cart).
- Verify product is active backstock only.
- See Residual Scan Job Aid for more info.

*Why: This will help keep your backroom organized and this prioritizes work.*

### 3. Manage Backstock



- Organize active backstock on correct aisle cart.
- Ensure each cart is signed.
- Return backstock to marked location.
- Handle all salvage appropriately.

*Why: Maintains 5S environment.*

### 4. Sign Off Complete



- Flip sign to "Worked" side.
- Associate writes initials and date in the assigned boxes.

*Why: Gives visibility to department leader and management the last time backstock was worked.*

### 5. Validate



- Validate backstock carts were worked before starting lows/holes walk.
- Prioritize any not worked backstock that was not completed.
- When all backstock has been completed and the store detailed walk has been done to check compliance, department leader flips card to "Not Worked" side to start the daily routine again.

*Why: Ensures all product is out of the backroom.*



DocuSign Envelope ID: 4847939C-C5EB-471C-9FD5-455910547885

# WORKED/NOT WORKED ACTIVE (DAILY) BACKSTOCK CART SIGNAGE FAQS

## FAQs

**Q: Does active (daily) backstock need to be worked prior to truck being stocked?**
A: Yes. Working active (daily) backstock keeps you in stock on items that are selling on a regular bases. It also helps ensure BOHs are correct, product is properly rotated, and like product is grouped together in the backroom. Backstock should be worked in the evening after replenishment by the backstock/replenishment clerks.

**Q: Do we have to rotate everything?**
A: Yes, this helps ensure the oldest product is first bought by the customer. It also helps ensure the customer has the longest shelf life possible after they purchase it.

**Q: What do the colors on the "Not Worked" side represent?**
A: **Red**: Active Backstock has not been work before the truck.
**Green**: Active Backstock has been worked daily, dated with the date completed, and initials of who worked the backstock cart.

  

DocuSign Envelope ID: 4847939C-C5EB-471C-9FD5-455910547885

# WORKING SLOW MOVING BACKSTOCK

**Tools:** Product, U-Boat, cart, pallet, RF Handheld, step stool (if needed), box cutter, display plans
**Purpose:** Maintains in-stock position and ensures proper BOH, helps offer freshest products
**When:** Weekly – on the night designed by your store prior to Lows & Holes for the day
**Who:** Department Lead, Assistant Department Lead, Clerk (Night)
**Measure:** Dashboard

### 1. Get Backstock Cart



- Enter the backroom and identify the backstock wheelers Pull cart to sales floor location.

*Why: Product is closer to shelf and ready to stock; Maintains Freshness and BOH.*

### 2. Work Product



- Verify product matches shelf tag.
- Properly rotate product based on expiration dates.
- Stock shelf first, then stock secondary locations.
- See stocking job aid for stocking best practices.

*Why: Maintains freshness; Customers buy from the shelf first; Assists in getting an accurate BOH count.*

### 3. Residual Stock



- Place all remaining backstock on the floor in front of the product locations for now.
- Repeat this process for all backstock items.
- Repeat steps 1-3 until aisle is complete.

*Why: Assists in getting an accurate BOH count; Enables residual scan.*

### 4. Conduct Residual Scan



- Follow the appropriate steps for conducting a residual scan (see residual scan job aid).
- Segregate backstock by type fast mover, active or slow.

### 5. Return Backstock



- Pick up backstock starting at the front of aisle and continuing until all backstock is loaded on cart or pallet by backstock type (slow, active, fast).
- Return backstock to marked location & update when backstock was worked:



DocuSign Envelope ID: 4847939C-C5EB-471C-9FD5-455910547885

# WORKING SLOW MOVING (WEEKLY) BACKSTOCK FAQS

| FAQs |
|---|

**Q: Does backstock need to be worked prior to truck being stocked?**
A: Yes. Working backstock helps ensure BOHs are correct, product is properly rotated and like product is grouped together in the backroom.

**Q: Can we just have the night crew work backstock after they work the Truck?**
A: Working backstock prior to the truck helps ensure product is properly rotated. If product is worked after the truck is thrown, the rotation will be out of sync.

**Q: Do we have to rotate everything?**
A: Yes, this helps ensure the oldest product is first bought by the customer. It also helps ensure the customer has the longest shelf life possible after they purchase it.

**Q: Can we just spot product on the floor rather than stock from the dolly?**
A: Spotting product requires a minimum of two 'touches' of the product which is less efficient than a single 'touch.'

**Q: What day is best to work weekly backstock?**
A: It depends on your store, some factors to consider are: Load/Non Load days, availability of staff, and backroom layout.

**Q: What do I need to do with excessive inventory?**
A:  Develop Exit Strategy for opportunity items:
   • In-store price reduction
   • Keep product on sale
   • Create selling event
   • Cross merchandising and tie-ins with other departments
   • E40 transfer to another store
   • Conduct proper item return
   • For DSD items, work with merchandising team to have vendor pick up items

**Q: Do all departments need separate slow movers?**
A: No, only Grocery, Frozen, Natural Foods, and Drug/GM are required to separate slow movers. However, other departments may choose to separate slow movers.

**Q: Do I have to work all of my slow moving backstock on the same day?**
A: No. However, all backstock should be worked each week. Some stores work slow moving backstock more than once a week.



DocuSign Envelope ID: 4847939C-C5EB-471C-9FD5-455910547885

# SLOW MOVER (WEEKLY) BACKSTOCK CART SIGNAGE

**Tools:** Product, Slow Mover cart, Worked/Not-Worked sign, dry erase marker
**Purpose:** To keep the correct product on the cart and have it worked weekly to keep in-stock
**When:** Weekly - before working the truck, or on a non truck day
**Who**: Department Lead, Assistant Department Lead, and Clerk (Night)

### 1. Setting up a Slow Mover Backstock Cart



- Assign Slow Mover cart for your department and/or aisle.
- Put Slow Mover template inside of the lower sleeve of your backer board.

*Why: This will help organize your cart with the correct product.*

### 2. Organize your Slow Mover Cart



- Scan all product in Residual Scan mode (do every week to organize your cart).
- Verify product is Slow Mover backstock only.
- See Residual and Night Crew Backstock Part Cases job aids for daily best practices.

*Why: This will keep an organized backroom and allow your team to stay better in stock.*

### 3. Manage Slow Movers Carts



- Organize Slow Mover backstock on correct aisle(s) cart.
- Ensure each cart is dated and signed.
- Return Slow Mover cart to marked location.

*Why: Maintains 5S environment.*

### 4. Sign Off Complete



- Associate writes initials, date, and day to work in the assigned boxes.

*Why: Gives visibility to department leader and management when the last time slow mover backstock was worked.*

### 5. Validate



- Validate Slow Mover carts were worked weekly before starting lows/holes walk.
- Prioritize any Slow Mover carts that were not completed weekly.

*Why: Ensures all product is out of the backroom.*

DocuSign Envelope ID: 4847939C-C5EB-471C-9FD5-455910547885

# SLOW MOVER (WEEKLY) BACKSTOCK CART SIGNAGE FAQS

## FAQs

**Q: Do Slow Mover carts need to be worked and scanned weekly prior to a truck being stocked?**
A: Yes. Working slow mover backstock weekly keeps you in-stock on items that are selling but not on a regular base. It also helps ensure BOHs are correct, product is properly rotated, and like product is grouped together in the backroom. Scanning your slow movers weekly in Residual Scan mode will also help organize your carts as items will from time to time become Active Backstock, this will minimize any out of stocks.

**Q: Do we have to rotate everything?**
A: Yes, this helps ensure the oldest product is first bought by the customer. It also helps ensure the customer has the longest shelf life possible after they purchase it.

**Q: What does the color yellow on the "Worked Slow Movers" side represent?**
A: Yellow is for a quick visual that this is a Slow Mover Backstock cart. Dating with the date completed, and initials of who worked the slow mover backstock cart last will help in prioritizing along with any training that my be needed.




DocuSign Envelope ID: 4847939C-C5EB-471C-9FD5-455910547885

**THE 6 BEHAVIORS OF IN-STOCK APPLIES TO DIVISIONS ON THE IN-STOCK PROGRAM USING THE ZEBRA DEVICE.**

## 6-Behaviors of IN-Stock



**Truck**
- Elevate helps teams finish truck efficiently, allowing department leads to start processes sooner & with more confidence that they are counting the correct items.

**Remove Inventory**
- Pulling damaged and out of date items as you find them will improve scan out efficiency.

**Backroom Count**
- Associates should place backstock on the carts that represent the aisle the product is located. Placing product on proper backroom carts leads to more accurate My Daily Count lists.
- Ensure that distributions are kept separate from the backstock carts until all product from the distribution can fit on the cart.

**My Daily Count**
- Well-conditioned aisles make for easier counting.
- Handling go backs as you find them will ensure improved BOH accuracy.

**Replenishment**
- Stocking product to the correct location is important for replenishment. When associates are creating replenishment lists, over packed items or wrongly placed items will make this task difficult.



DocuSign Envelope ID: 4847939C-C5EB-471C-9FD5-455910547885

# Store Leadership Development Program
## ACRONYM LIST

Feed
Your
Future



| TERM | MEANING |
|---|---|
| ADA | Americans With Disabilities Act |
| AFS | Advanced Food Safety |
| ALS | Automated Labor Scheduling = SUPERSKED |
| BFS | Basic Food Safety |
| BOB | Bottom Of Bascart |
| BOGO | Buy One, Get One |
| BOGOF | Buy One, Get One Free |
| BOH | Balance On Hand |
| CAO | Computer Assisted Ordering |
| CAR | Constructive Advice Record |
| CCG | Checkstand Crewing Guide |
| CDB | Corporate Data Base |
| CDC | Corporate Data Center |

| TERM | MEANING |
|---|---|
| CMA | Central Marketing Area |
| CMS | Category Management System |
| COGS | Cost Of Goods Sold |
| COH | Cash On Hand |
| CSM | Customer Service Manager |
| CSS | Corporate Scanning Systems (Technology) |
| CSS | Customer Service Supervisor (Front End) |
| DEX | Direct Exchange Of Data |
| DSD | Direct Store Delivery |
| E40 | Electronic Form 40 |
| EBITDA | Earnings Before Interest, Taxes, Depreciation, and Amortization |
| EBT | Electronic Benefits Transfer |
| EDI | Electronic Data Interchange |

DocuSign Envelope ID: 4847939C-C5FB-471C-9FD5-455910547885

| TERM | MEANING | TERM | MEANING |
|------|---------|------|---------|
| EEOC | Equal Employment Opportunity Commission | HAACP | Hazard Analysis Critical Control Point |
| EFT | Electronic Funds Transfer | HBC | Health & Beauty Care |
| ELMS | Enterprise Labor Management System | IPM | Integrated Pest Management |
| EMS | Efficient Marketing Services | ISO | In-store Ordering |
| ESI | Electronic Store Invoice | ISP | In-store Processor |
| EUID | Enterprise User ID | ITD | Internal Department Transfer |
| FAQs | Frequently Asked Questions | KASH | Kroger Accounting Services Hutchinson |
| FAST | Foods at Safe Temperatures | KEMBA | Kroger Employees Mutual Benefit Association |
| FCB | Financial Cost Billing | KLN | Kroger Line Number |
| FDA | Food and Drug Administration | KLP | Kroger Labeled Product |
| FES | Front-end Supervisor | KMA | Kroger Marketing Area |
| G.O. | General Offices/Corporate | KMP | Kroger Manufactured Product |
| GM | General Merchandise (Not available in all Kroger divisions/stores. Includes Home, Apparel, Photo, Electronics, and Music.) | KPC | Kroger Product Code |
| GNX | Global Net Exchange | KTV | Kroger Television Network |
| GS | General Safety | LAN | Local Area Network |

DocuSign Envelope ID: 4847939CC5E9-471C-9FD5-455910547885

| TERM | MEANING | TERM | MEANING |
|------|---------|------|---------|
| LINK | Electronic Coupon | PIT | Powered Industrial Truck |
| MC | Master Controller | PLU | Price Look Up |
| MIS | Management Information System | POD | Proof Of Delivery |
| MR | Merchandising Representative | POG | Plan-o-gram |
| MSA | Marketing Sales Area | POP | Point of Purchase |
| MSDS | Material Safety Data Sheets | POS | Point of Sale |
| MTM | Method Time Measurement | PPE | Personal Protective Equipment |
| MTM | Medical Therapy Management (RX) | RASC | Regional Accounting Service Center |
| ODE | Online Data Entry | QRG | Quick Reference Guide |
| OEN | Order Entry Number | SCO | Self-Checkout |
| OJT | On-the-job Training | SDI | Scan Data Integrity |
| OR | Order Register (Grocery) | SFEO | Supervisor Front-end Operations |
| OSHA | Occupational Safety and Health Administration | SIR | Significant Incident Reminder |
| OTC | Over The Counter (RX) | SKU | Shop Keeping Unit |
| OTM | One Touch Method | SON | Seven 0 Nine (709) |

DocuSign Envelope ID: 4847939C-C5E8-471C-9FD5-455910547885

| TERM | MEANING |
|------|---------|
| SOS | Store Operation Services (CMA) |
| SOS | Store Operating Statement/ Review |
| SPA | Shelf Price Audit |
| STAR | Stores Targeting Accident Reduction (Safety program) |
| TAA | Time & Attendance |
| UPC | Universal Product Code |
| UPS | Uninterruptible Power Supply |
| USDA | United States Department of Agriculture |
| VS | Virtual Store (CBT) |
| WAN | Wide Area Network |
| WBL | Web-based Learning |
| WIC | Women, Infant, and Children |
| WIMS | Warehouse Inventory Management Systems |
| WOTC | Work Opportunity Tax Credit |

DocuSign Envelope ID: 4847939C-C5E9-471C-9FD5-455910547885



# Store Leadership
# Development Program
NOTES



DocuSign Envelope ID: 4847939C-C5E8-471C-9FD5-455910547885





DocuSign Envelope ID: 4847939C-C5E8-471C-9FD5-455910547885





DocuSign Envelope ID: 4847939C-C5E8-471C-9FD5-455910547885

# EXHIBIT C





Application Status

← Back to search results

Search by Keyword

Search by Postal Code                                    10 mi ⌄

Search by Location

Search Jobs

Send me alerts every  7  days      ✉ Create Alert

Share this Job

Apply now ▾

# Assistant Store Leader

**Company Name:** Kroger Stores
**Position Type:** Employee
**FLSA Status:** Exempt

**Position Summary**
Responsible for assisting with the overall day-to-day operations of the store including continuous development of effective store associates to achieve desired sales and profit results. Assess daily the stores' ability to meet/exceed customer expectations for ease of shopping, variety, freshness, cleanliness, food safety and regulatory compliance. Assist with coaching and development of store associates through both formal and informal interactions. Demonstrate the company's core values of respect, honesty, integrity, diversity, inclusion and safety.

**Essential Job Functions**
- Assist store manager and associates in the achievement of a favorable customer shopping experience

DocuSign Envelope ID: 4847939C-C5EB-471C-9FD5-455910547885

- Lead teams in the planning, implementation and execution of merchandising and operating initiatives
- Work with department leaders and associates to identify opportunities in the store, develop timely solutions and create action plans to ensure implementation of plans
- Achieve/exceed weekly, period, and annual sales, wage budgets and profit budgets, and other targeted goals
- Drive sales working with department leaders to maximize sales and profits, reduce shrink and improve each store department's contribution
- Assist the store manager in the regular store-level financial performance discussions to include developing budgets and other targeted goals with store associates
- Utilize coordinators and other field staff to ensure store departments are achieving sales and profit goals and ensure implementation, and execution of division merchandising plans
- Promote and support strong relationships with local community organizations in the surrounding area in which the store operates
- Build a proactive and productive relationship with union representatives and business agents, if the store is covered by a collectively bargaining agreement
- Serve as liaison providing feedback to Store Manager, District Manager and Coordinators on the effectiveness of Division merchandising and operational plans/programs
- Assist the store manager in the hiring, onboarding, development and associate relations responsibilities
- Reduce turnover and increase retention
- Provide timely feedback to department leaders and associates on individual and department performance
- Assist with the management of labor and supply costs daily to meet customer service and financial targets
- Technical/Professional Knowledge, Compliance and Skills Achieve a satisfactory level of technical and professional skills or knowledge in position and/or related areas; keep up with current developments and trends
- Ensure associates and location comply with laws and regulation applicable to the company
- Supervise and coach direct reports on the performance of their duties; complete performance reviews and provide feedback to direct reports
- Must be able to perform the essential job functions of this position with or without reasonable accommodation

**Minimum Position Qualifications**

- High School Diploma or GED
- Have successfully completed the applicable Division Management Training Program

**Desired Previous Experience/Education**

- Bachelor's Degree
- Any supervisory responsibilities, retail experience, financial responsibility including budget preparation and management experience

**Education Level:** Bachelor's Desired
**Required Travel:** Up to 25%
**Required Certifications/Licenses:** None
**Position Type:** Full-Time
**Regions:** Midwest

**Jobs at Kroger:** At Kroger, we hire people who have a passion for helping others and who want to build a relationship with our Customers. No matter what stage of your career, you can build your future at Kroger. We look for people who want more, aspire to be more and work hard to achieve their goals. Our focus on keeping the Customer first is what makes us successful.

We offer many opportunities not only in our stores, but in Manufacturing, Logistics, Marketing, Finance, Human Resources, and many other fields.

**Company Overview:** Kroger Family of Companies employs nearly half a million associates who serve over 11 million customers daily through a seamless shopping experience under a variety of banner names.  At The Kroger Co., we are Fresh for Everyone™ and dedicated to our Purpose: To Feed the Human Spirit®.  We are committed to creating #ZeroHungerZeroWaste communities by 2025.  Careers with The Kroger Co. and our family of companies offer competitive wages, flexible schedules, benefits and room for advancement.

Posting Notes:  OH || Athens || 919 E State St || 45701 || Kroger Stores || None || Store Management; Management || Employee || Exempt || Full-Time || None

How To Apply For A Job At Kroger | Message From Kroger | Kroger

**Nearest Major Market:** Athens

Apply now ▲

Find similar jobs:

View All Jobs

DocuSign Envelope ID: 4847939C-C5E8-471C-9FD5-455910547885

The Kroger Co. Home

Job Searches

Job Categories

Privacy Policy

Terms of Service

View All Jobs

  

It is the policy of the Kroger family of companies to provide equal opportunity for all applicants and candidates for employment and to administer all human resource practices such as recruiting, hiring, promoting, and all other terms, conditions, and privileges of employment in a manner which does not discriminate on the basis of race, color, sex, disability, age, national origin, religion, sexual orientation, gender identity, genetic information or any other characteristic protected by applicable law. All Comments

© Copyright 2020 The Kroger Co. All Rights Reserved

DocuSign Envelope ID: 4847939C-C5EB-471C-9FD5-455910547885





Application Status

← Back to search results

Search by Keyword

Search by Postal Code

Search by Location

Search Jobs

Send me alerts every [ 7 ] days    ☞ Create Alert

Share this Job

Apply now ▾

# Assistant Store Leader

**Company Name:** Kroger Stores
**Position Type:** Employee
**FLSA Status:** Exempt

**Position Summary**
Responsible for assisting with the overall day-to-day operations of the store including continuous development of effective store associates to achieve desired sales and profit results. Assess daily the stores' ability to meet/exceed customer expectations for ease of shopping, variety, freshness, cleanliness, food safety and regulatory compliance. Assist with coaching and development of store associates through both formal and informal interactions. Demonstrate the company's core values of respect, honesty, integrity, diversity, inclusion and safety.

**Essential Job Functions**
• Assist store manager and associates in the achievement of a favorable customer shopping experience

DocuSign Envelope ID: 4847939C-C5EB-471C-9FD5-455910547885

- Lead teams in the planning, implementation and execution of merchandising and operating initiatives
- Work with department leaders and associates to identify opportunities in the store, develop timely solutions and create action plans to ensure implementation of plans
- Achieve/exceed weekly, period, and annual sales, wage budgets and profit budgets, and other targeted goals
- Drive sales working with department leaders to maximize sales and profits, reduce shrink and improve each store department's contribution
- Assist the store manager in the regular store-level financial performance discussions to include developing budgets and other targeted goals with store associates
- Utilize coordinators and other field staff to ensure store departments are achieving sales and profit goals and ensure implementation, and execution of division merchandising plans
- Promote and support strong relationships with local community organizations in the surrounding area in which the store operates
- Build a proactive and productive relationship with union representatives and business agents, if the store is covered by a collectively bargaining agreement
- Serve as liaison providing feedback to Store Manager, District Manager and Coordinators on the effectiveness of Division merchandising and operational plans/programs
- Assist the store manager in the hiring, onboarding, development and associate relations responsibilities
- Reduce turnover and increase retention
- Provide timely feedback to department leaders and associates on individual and department performance
- Assist with the management of labor and supply costs daily to meet customer service and financial targets
- Technical/Professional Knowledge, Compliance and Skills Achieve a satisfactory level of technical and professional skills or knowledge in position and/or related areas; keep up with current developments and trends
- Ensure associates and location comply with laws and regulation applicable to the company
- Supervise and coach direct reports on the performance of their duties; complete performance reviews and provide feedback to direct reports
- Must be able to perform the essential job functions of this position with or without reasonable accommodation

**Minimum Position Qualifications**
- High School Diploma or GED
- Have successfully completed the applicable Division Management Training Program

**Desired Previous Experience/Education**
- Bachelor's Degree
- Any supervisory responsibilities, retail experience, financial responsibility including budget preparation and management experience

**Education Level:** Bachelor's Desired
**Required Travel:** Up to 25%
**Required Certifications/Licenses:** None
**Position Type:** Full-Time
**Regions:** South

**Jobs at Kroger:** At Kroger, we hire people who have a passion for helping others and who want to build a relationship with our Customers. No matter what stage of your career, you can build your future at Kroger. We look for people who want more, aspire to be more and work hard to achieve their goals. Our focus on keeping the Customer first is what makes us successful.

We offer many opportunities not only in our stores, but in Manufacturing, Logistics, Marketing, Finance, Human Resources, and many other fields.

**Company Overview:** Kroger Family of Companies employs nearly half a million associates who serve over 11 million customers daily through a seamless shopping experience under a variety of banner names.  At The Kroger Co., we are Fresh for Everyone™ and dedicated to our Purpose: To Feed the Human Spirit®.  We are committed to creating #ZeroHungerZeroWaste communities by 2025.  Careers with The Kroger Co. and our family of companies offer competitive wages, flexible schedules, benefits and room for advancement.

Posting Notes:  GA || Lawrenceville || 1475 Buford Dr || 30043 || Kroger Stores || None || Store Management; Management || Employee || Exempt || Full-Time || None



**Nearest Major Market:** Atlanta

Apply now ▲

Find similar jobs:

View All Jobs,  Retail Jobs in Atlanta,  Quality Jobs in Atlanta,  Manager Jobs in Atlanta

DocuSign Envelope ID: 4847939C-C5FB-471C-9FD5-455910547885

The Kroger Co. Home

Job Searches

Job Categories

Privacy Policy

Terms of Service

View All Jobs

  

It is the policy of the Kroger family of companies to provide equal opportunity for all applicants and candidates for employment and to administer all human resource practices such as recruiting, hiring, promoting, and all other terms, conditions, and privileges of employment in a manner which does not discriminate on the basis of race, color, sex, disability, age, national origin, religion, sexual orientation, gender identity, genetic information or any other characteristic protected by applicable law. All Comments
© Copyright 2020 The Kroger Co. All Rights Reserved

DocuSign Envelope ID: 4847939C-C5FB-471C-9FD5-455910547885





Application Status

← Back to search results

Search by Keyword

Search by Postal Code

Search by Location

10 mi

Search Jobs

Send me alerts every ⎡7⎤ days   ☞ Create Alert

Share this Job

Apply now ▾

# Assistant Store Leader- Baytown / Pasadena

**Company Name:** Kroger Stores
**Position Type:** Employee
**FLSA Status:**

**Position Summary**
Responsible for assisting with the overall day-to-day operations of the store including continuous development of effective store associates to achieve desired sales and profit results. Assess daily the stores' ability to meet/exceed customer expectations for ease of shopping, variety, freshness, cleanliness, food safety and regulatory compliance. Assist with coaching and development of store associates through both formal and informal interactions. Demonstrate the company's core values of respect, honesty, integrity, diversity, inclusion and safety.

**Essential Job Functions**
• Assist store manager and associates in the achievement of a favorable customer shopping experience

- Lead teams in the planning, implementation and execution of merchandising and operating initiatives
- Work with department leaders and associates to identify opportunities in the store, develop timely solutions and create action plans to ensure implementation of plans
- Achieve/exceed weekly, period, and annual sales, wage budgets and profit budgets, and other targeted goals
- Drive sales working with department leaders to maximize sales and profits, reduce shrink and improve each store department's contribution
- Assist the store manager in the regular store-level financial performance discussions to include developing budgets and other targeted goals with store associates
- Utilize coordinators and other field staff to ensure store departments are achieving sales and profit goals and ensure implementation, and execution of division merchandising plans
- Promote and support strong relationships with local community organizations in the surrounding area in which the store operates
- Build a proactive and productive relationship with union representatives and business agents, if the store is covered by a collectively bargaining agreement
- Serve as liaison providing feedback to Store Manager, District Manager and Coordinators on the effectiveness of Division merchandising and operational plans/programs
- Assist the store manager in the hiring, onboarding, development and associate relations responsibilities
- Reduce turnover and increase retention
- Provide timely feedback to department leaders and associates on individual and department performance
- Assist with the management of labor and supply costs daily to meet customer service and financial targets
- Technical/Professional Knowledge, Compliance and Skills Achieve a satisfactory level of technical and professional skills or knowledge in position and/or related areas; keep up with current developments and trends
- Ensure associates and location comply with laws and regulation applicable to the company
- Supervise and coach direct reports on the performance of their duties; complete performance reviews and provide feedback to direct reports
- Must be able to perform the essential job functions of this position with or without reasonable accommodation

**Minimum Position Qualifications**
- High School Diploma or GED
- Have successfully completed the applicable Division Management Training Program

**Desired Previous Experience/Education**
- Bachelor's Degree
- Any supervisory responsibilities, retail experience, financial responsibility including budget preparation and management experience


**Education Level:** Other
**Required Travel:** Up to 25%
**Required Certifications/Licenses:** None
**Position Type:** Full-Time
**Regions:** South


**Jobs at Kroger:** At Kroger, we hire people who have a passion for helping others and who want to build a relationship with our Customers. No matter what stage of your career, you can build your future at Kroger. We look for people who want more, aspire to be more and work hard to achieve their goals. Our focus on keeping the Customer first is what makes us successful.

We offer many opportunities not only in our stores, but in Manufacturing, Logistics, Marketing, Finance, Human Resources, and many other fields.

**Company Overview:** Kroger Family of Companies employs nearly half a million associates who serve over 11 million customers daily through a seamless shopping experience under a variety of banner names.  At The Kroger Co., we are Fresh for Everyone™ and dedicated to our Purpose: To Feed the Human Spirit®.  We are committed to creating #ZeroHungerZeroWaste communities by 2025.  Careers with The Kroger Co. and our family of companies offer competitive wages, flexible schedules, benefits and room for advancement.

Posting Notes:  TX || La Porte || 1300 W Fairmont Pkwy || 77571 || Kroger Stores || None || Store Management || Employee || Exempt || Full-Time || None



**Nearest Major Market:** Houston

Apply now ▲

Find similar jobs:
View All Jobs, Manager Jobs in Houston

DocuSign Envelope ID: 4847939C-C5FB-471C-9FD5-455910547885

The Kroger Co. Home

Job Searches

Job Categories

Privacy Policy

Terms of Service

View All Jobs

  

It is the policy of the Kroger family of companies to provide equal opportunity for all applicants and candidates for employment and to administer all human resource practices such as recruiting, hiring, promoting, and all other terms, conditions, and privileges of employment in a manner which does not discriminate on the basis of race, color, sex, disability, age, national origin, religion, sexual orientation, gender identity, genetic information or any other characteristic protected by applicable law. All Comments

© Copyright 2020 The Kroger Co. All Rights Reserved

DocuSign Envelope ID: 4847939C-C5EB-471C-9FD5-455910547885





Application Status

← Back to search results

Search by Keyword

Search by Postal Code

Search by Location                                        10 mi ▾

Search Jobs

Send me alerts every [ 7 ] days     ☞ Create Alert

Share this Job

Apply now ▾

# Assistant Store Leader-Clear Lake / Friendswood

**Company Name:** Kroger Stores
**Position Type:** Employee
**FLSA Status:**

**Position Summary**
Responsible for assisting with the overall day-to-day operations of the store including continuous development of effective store associates to achieve desired sales and profit results. Assess daily the stores' ability to meet/exceed customer expectations for ease of shopping, variety, freshness, cleanliness, food safety and regulatory compliance. Assist with coaching and development of store associates through both formal and informal interactions. Demonstrate the company's core values of respect, honesty, integrity, diversity, inclusion and safety.

**Essential Job Functions**
• Assist store manager and associates in the achievement of a favorable customer shopping experience

DocuSign Envelope ID: 4847939C-C5EB-471C-9FD5-45591O547885

- Lead teams in the planning, implementation and execution of merchandising and operating initiatives
- Work with department leaders and associates to identify opportunities in the store, develop timely solutions and create action plans to ensure implementation of plans
- Achieve/exceed weekly, period, and annual sales, wage budgets and profit budgets, and other targeted goals
- Drive sales working with department leaders to maximize sales and profits, reduce shrink and improve each store department's contribution
- Assist the store manager in the regular store-level financial performance discussions to include developing budgets and other targeted goals with store associates
- Utilize coordinators and other field staff to ensure store departments are achieving sales and profit goals and ensure implementation, and execution of division merchandising plans
- Promote and support strong relationships with local community organizations in the surrounding area in which the store operates
- Build a proactive and productive relationship with union representatives and business agents, if the store is covered by a collectively bargaining agreement
- Serve as liaison providing feedback to Store Manager, District Manager and Coordinators on the effectiveness of Division merchandising and operational plans/programs
- Assist the store manager in the hiring, onboarding, development and associate relations responsibilities
- Reduce turnover and increase retention
- Provide timely feedback to department leaders and associates on individual and department performance
- Assist with the management of labor and supply costs daily to meet customer service and financial targets
- Technical/Professional Knowledge, Compliance and Skills Achieve a satisfactory level of technical and professional skills or knowledge in position and/or related areas; keep up with current developments and trends
- Ensure associates and location comply with laws and regulation applicable to the company
- Supervise and coach direct reports on the performance of their duties; complete performance reviews and provide feedback to direct reports
- Must be able to perform the essential job functions of this position with or without reasonable accommodation

**Minimum Position Qualifications**
- High School Diploma or GED
- Have successfully completed the applicable Division Management Training Program

**Desired Previous Experience/Education**
- Bachelor's Degree
- Any supervisory responsibilities, retail experience, financial responsibility including budget preparation and management experience

**Education Level:** Other
**Required Travel:** Up to 25%
**Required Certifications/Licenses:** None
**Position Type:** Full-Time
**Regions:** South

**Jobs at Kroger:** At Kroger, we hire people who have a passion for helping others and who want to build a relationship with our Customers. No matter what stage of your career, you can build your future at Kroger. We look for people who want more, aspire to be more and work hard to achieve their goals. Our focus on keeping the Customer first is what makes us successful.

DocuSign Envelope ID: 4847939C-C5FB-471C-9FD5-455910547885

We offer many opportunities not only in our stores, but in Manufacturing, Logistics, Marketing, Finance, Human Resources, and many other fields.

**Company Overview:** Kroger Family of Companies employs nearly half a million associates who serve over 11 million customers daily through a seamless shopping experience under a variety of banner names.  At The Kroger Co., we are Fresh for Everyone™ and dedicated to our Purpose: To Feed the Human Spirit®.  We are committed to creating #ZeroHungerZeroWaste communities by 2025.  Careers with The Kroger Co. and our family of companies offer competitive wages, flexible schedules, benefits and room for advancement.

Posting Notes:  TX | | Houston | | 16400 El Camino Real | | 77062 | | Kroger Stores | | None | | Store Management | | Employee | | Exempt | | Full-Time | | None



**Nearest Major Market:** Houston

Apply now ▲

Find similar jobs:
View All Jobs,  Manager Jobs in Houston

DocuSign Envelope ID: 4847939C-C5E9-471C-9FD5-455910547885

The Kroger Co. Home

Job Searches

Job Categories

Privacy Policy

Terms of Service

View All Jobs

  

It is the policy of the Kroger family of companies to provide equal opportunity for all applicants and candidates for employment and to administer all human resource practices such as recruiting, hiring, promoting, and all other terms, conditions, and privileges of employment in a manner which does not discriminate on the basis of race, color, sex, disability, age, national origin, religion, sexual orientation, gender identity, genetic information or any other characteristic protected by applicable law. All Comments

© Copyright 2020 The Kroger Co. All Rights Reserved

DocuSign Envelope ID: 4847039C-C5E9-471C-9FD5-45F910547885





Application Status

← Back to search results

Search by Keyword

Search by Postal Code

Search by Location

Search Jobs

Send me alerts every [ 7 ] days    ☞ Create Alert

Share this Job

Apply now ▾

# Assistant Store Leader- Clute / Angleton

**Company Name:** Kroger Stores
**Position Type:** Employee
**FLSA Status:**

**Position Summary**

Responsible for assisting with the overall day-to-day operations of the store including continuous development of effective store associates to achieve desired sales and profit results. Assess daily the stores' ability to meet/exceed customer expectations for ease of shopping, variety, freshness, cleanliness, food safety and regulatory compliance. Assist with coaching and development of store associates through both formal and informal interactions. Demonstrate the company's core values of respect, honesty, integrity, diversity, inclusion and safety.

**Essential Job Functions**

- Assist store manager and associates in the achievement of a favorable customer shopping experience

DocuSign Envelope ID: 1847039C-C55B-473C-9FD5-45F910547885

- Lead teams in the planning, implementation and execution of merchandising and operating initiatives
- Work with department leaders and associates to identify opportunities in the store, develop timely solutions and create action plans to ensure implementation of plans
- Achieve/exceed weekly, period, and annual sales, wage budgets and profit budgets, and other targeted goals
- Drive sales working with department leaders to maximize sales and profits, reduce shrink and improve each store department's contribution
- Assist the store manager in the regular store-level financial performance discussions to include developing budgets and other targeted goals with store associates
- Utilize coordinators and other field staff to ensure store departments are achieving sales and profit goals and ensure implementation, and execution of division merchandising plans
- Promote and support strong relationships with local community organizations in the surrounding area in which the store operates
- Build a proactive and productive relationship with union representatives and business agents, if the store is covered by a collectively bargaining agreement
- Serve as liaison providing feedback to Store Manager, District Manager and Coordinators on the effectiveness of Division merchandising and operational plans/programs
- Assist the store manager in the hiring, onboarding, development and associate relations responsibilities
- Reduce turnover and increase retention
- Provide timely feedback to department leaders and associates on individual and department performance
- Assist with the management of labor and supply costs daily to meet customer service and financial targets
- Technical/Professional Knowledge, Compliance and Skills Achieve a satisfactory level of technical and professional skills or knowledge in position and/or related areas; keep up with current developments and trends
- Ensure associates and location comply with laws and regulation applicable to the company
- Supervise and coach direct reports on the performance of their duties; complete performance reviews and provide feedback to direct reports
- Must be able to perform the essential job functions of this position with or without reasonable accommodation

**Minimum Position Qualifications**
- High School Diploma or GED
- Have successfully completed the applicable Division Management Training Program

**Desired Previous Experience/Education**
- Bachelor's Degree
- Any supervisory responsibilities, retail experience, financial responsibility including budget preparation and management experience

**Education Level:** Other
**Required Travel:** Up to 25%
**Required Certifications/Licenses:** None
**Position Type:** Full-Time
**Regions:** South

**Jobs at Kroger:** At Kroger, we hire people who have a passion for helping others and who want to build a relationship with our Customers. No matter what stage of your career, you can build your future at Kroger. We look for people who want more, aspire to be more and work hard to achieve their goals. Our focus on keeping the Customer first is what makes us successful.

We offer many opportunities not only in our stores, but in Manufacturing, Logistics, Marketing, Finance, Human Resources, and many other fields.

**Company Overview:** Kroger Family of Companies employs nearly half a million associates who serve over 11 million customers daily through a seamless shopping experience under a variety of banner names.  At The Kroger Co., we are Fresh for Everyone™ and dedicated to our Purpose: To Feed the Human Spirit®.  We are committed to creating #ZeroHungerZeroWaste communities by 2025.  Careers with The Kroger Co. and our family of companies offer competitive wages, flexible schedules, benefits and room for advancement.

Posting Notes:  TX || Clute || 800 N Dixie Dr || 77531 || Kroger Stores || None || Store Management || Employee || Exempt || Full-Time || None



How To Apply For A Job At Kroger | Message From Kroger | Kroger

**Nearest Major Market:** Houston

Apply now ▲

Find similar jobs:

View All Jobs,  Manager Jobs in Houston

DocuSign Envelope ID: 4847039C-C5E8-471C-9FD5-45F910547885

The Kroger Co. Home

Job Searches

Job Categories

Privacy Policy

Terms of Service

View All Jobs

  

It is the policy of the Kroger family of companies to provide equal opportunity for all applicants and candidates for employment and to administer all human resource practices such as recruiting, hiring, promoting, and all other terms, conditions, and privileges of employment in a manner which does not discriminate on the basis of race, color, sex, disability, age, national origin, religion, sexual orientation, gender identity, genetic information or any other characteristic protected by applicable law. All Comments

© Copyright 2020 The Kroger Co. All Rights Reserved

DocuSign Envelope ID: 4847939C-C5EB-471C-9ED5-45F910547885





Application Status

← Back to search results

Search by Keyword

Search by Postal Code

Search by Location

**Search Jobs**

Send me alerts every [ 7 ] days ☞ Create Alert

10 mi

Share this Job

Apply now ▾

# Assistant Store Leader- League City

**Company Name:** Kroger Stores
**Position Type:** Employee
**FLSA Status:**

**Position Summary**
Responsible for assisting with the overall day-to-day operations of the store including continuous development of effective store associates to achieve desired sales and profit results. Assess daily the stores' ability to meet/exceed customer expectations for ease of shopping, variety, freshness, cleanliness, food safety and regulatory compliance. Assist with coaching and development of store associates through both formal and informal interactions. Demonstrate the company's core values of respect, honesty, integrity, diversity, inclusion and safety.
**Essential Job Functions**
- Assist store manager and associates in the achievement of a favorable customer shopping experience

DocuSign Envelope ID: 1847039C-C5E8-471C-9ED5-45F910547885

- Lead teams in the planning, implementation and execution of merchandising and operating initiatives
- Work with department leaders and associates to identify opportunities in the store, develop timely solutions and create action plans to ensure implementation of plans
- Achieve/exceed weekly, period, and annual sales, wage budgets and profit budgets, and other targeted goals
- Drive sales working with department leaders to maximize sales and profits, reduce shrink and improve each store department's contribution
- Assist the store manager in the regular store-level financial performance discussions to include developing budgets and other targeted goals with store associates
- Utilize coordinators and other field staff to ensure store departments are achieving sales and profit goals and ensure implementation, and execution of division merchandising plans
- Promote and support strong relationships with local community organizations in the surrounding area in which the store operates
- Build a proactive and productive relationship with union representatives and business agents, if the store is covered by a collectively bargaining agreement
- Serve as liaison providing feedback to Store Manager, District Manager and Coordinators on the effectiveness of Division merchandising and operational plans/programs
- Assist the store manager in the hiring, onboarding, development and associate relations responsibilities
- Reduce turnover and increase retention
- Provide timely feedback to department leaders and associates on individual and department performance
- Assist with the management of labor and supply costs daily to meet customer service and financial targets
- Technical/Professional Knowledge, Compliance and Skills Achieve a satisfactory level of technical and professional skills or knowledge in position and/or related areas; keep up with current developments and trends
- Ensure associates and location comply with laws and regulation applicable to the company
- Supervise and coach direct reports on the performance of their duties; complete performance reviews and provide feedback to direct reports
- Must be able to perform the essential job functions of this position with or without reasonable accommodation

**Minimum Position Qualifications**
- High School Diploma or GED
- Have successfully completed the applicable Division Management Training Program

**Desired Previous Experience/Education**
- Bachelor's Degree
- Any supervisory responsibilities, retail experience, financial responsibility including budget preparation and management experience


**Education Level:** Other
**Required Travel:** Up to 25%
**Required Certifications/Licenses:** None
**Position Type:** Full-Time
**Regions:** South


**Jobs at Kroger:** At Kroger, we hire people who have a passion for helping others and who want to build a relationship with our Customers. No matter what stage of your career, you can build your future at Kroger. We look for people who want more, aspire to be more and work hard to achieve their goals. Our focus on keeping the Customer first is what makes us successful.

DocuSign Envelope ID: 4847039C-C5E8-474C-9FD5-45F910547885

We offer many opportunities not only in our stores, but in Manufacturing, Logistics, Marketing, Finance, Human Resources, and many other fields.

**Company Overview:** Kroger Family of Companies employs nearly half a million associates who serve over 11 million customers daily through a seamless shopping experience under a variety of banner names.  At The Kroger Co., we are Fresh for Everyone™ and dedicated to our Purpose: To Feed the Human Spirit®.  We are committed to creating #ZeroHungerZeroWaste communities by 2025.  Careers with The Kroger Co. and our family of companies offer competitive wages, flexible schedules, benefits and room for advancement.

Posting Notes:  TX | | League City | | 2750 E League City Pkwy | | 77573 | | Kroger Stores | | None | | Store Management | | Employee | | Exempt | | Full-Time | | None



**Nearest Major Market:** Galveston
**Nearest Secondary Market:** Houston

Apply now ▲

Find similar jobs:

View All Jobs,  Manager Jobs in Houston,  Manager Jobs in Galveston

DocuSign Envelope ID: 4847039C-C5E8-471C-9ED5-45E910547885

The Kroger Co. Home

Job Searches

Job Categories

Privacy Policy

Terms of Service

View All Jobs

  

It is the policy of the Kroger family of companies to provide equal opportunity for all applicants and candidates for employment and to administer all human resource practices such as recruiting, hiring, promoting, and all other terms, conditions, and privileges of employment in a manner which does not discriminate on the basis of race, color, sex, disability, age, national origin, religion, sexual orientation, gender identity, genetic information or any other characteristic protected by applicable law. All Comments

© Copyright 2020 The Kroger Co. All Rights Reserved

DocuSign Envelope ID: 4847039C-C5E8-471C-9ED5-45F910547885





Application Status

← Back to search results

Search by Keyword

Search by Postal Code

Search by Location

Search Jobs

Send me alerts every [ 7 ] days    ☞ Create Alert

Share this Job

Apply now ▼

# Assistant Store Leader- Pearland

**Company Name:** Kroger Stores
**Position Type:** Employee
**FLSA Status:**

**Position Summary**
Responsible for assisting with the overall day-to-day operations of the store including continuous development of effective store associates to achieve desired sales and profit results. Assess daily the stores' ability to meet/exceed customer expectations for ease of shopping, variety, freshness, cleanliness, food safety and regulatory compliance. Assist with coaching and development of store associates through both formal and informal interactions. Demonstrate the company's core values of respect, honesty, integrity, diversity, inclusion and safety.

**Essential Job Functions**
- Assist store manager and associates in the achievement of a favorable customer shopping experience

DocuSign Envelope ID: 1847039C-C5E8-473C-9ED5-45F910547885

- Lead teams in the planning, implementation and execution of merchandising and operating initiatives
- Work with department leaders and associates to identify opportunities in the store, develop timely solutions and create action plans to ensure implementation of plans
- Achieve/exceed weekly, period, and annual sales, wage budgets and profit budgets, and other targeted goals
- Drive sales working with department leaders to maximize sales and profits, reduce shrink and improve each store department's contribution
- Assist the store manager in the regular store-level financial performance discussions to include developing budgets and other targeted goals with store associates
- Utilize coordinators and other field staff to ensure store departments are achieving sales and profit goals and ensure implementation, and execution of division merchandising plans
- Promote and support strong relationships with local community organizations in the surrounding area in which the store operates
- Build a proactive and productive relationship with union representatives and business agents, if the store is covered by a collectively bargaining agreement
- Serve as liaison providing feedback to Store Manager, District Manager and Coordinators on the effectiveness of Division merchandising and operational plans/programs
- Assist the store manager in the hiring, onboarding, development and associate relations responsibilities
- Reduce turnover and increase retention
- Provide timely feedback to department leaders and associates on individual and department performance
- Assist with the management of labor and supply costs daily to meet customer service and financial targets
- Technical/Professional Knowledge, Compliance and Skills Achieve a satisfactory level of technical and professional skills or knowledge in position and/or related areas; keep up with current developments and trends
- Ensure associates and location comply with laws and regulation applicable to the company
- Supervise and coach direct reports on the performance of their duties; complete performance reviews and provide feedback to direct reports
- Must be able to perform the essential job functions of this position with or without reasonable accommodation

**Minimum Position Qualifications**
- High School Diploma or GED
- Have successfully completed the applicable Division Management Training Program

**Desired Previous Experience/Education**
- Bachelor's Degree
- Any supervisory responsibilities, retail experience, financial responsibility including budget preparation and management experience


**Education Level:** Other
**Required Travel:** Up to 25%
**Required Certifications/Licenses:** None
**Position Type:** Full-Time
**Regions:** South


**Jobs at Kroger:** At Kroger, we hire people who have a passion for helping others and who want to build a relationship with our Customers. No matter what stage of your career, you can build your future at Kroger. We look for people who want more, aspire to be more and work hard to achieve their goals. Our focus on keeping the Customer first is what makes us successful.

DocuSign Envelope ID: 1847939C-C5E9-471C-9ED5-45F910547885

We offer many opportunities not only in our stores, but in Manufacturing, Logistics, Marketing, Finance, Human Resources, and many other fields.

**Company Overview:** Kroger Family of Companies employs nearly half a million associates who serve over 11 million customers daily through a seamless shopping experience under a variety of <u>banner names</u>.  At The Kroger Co., we are Fresh for Everyone™ and dedicated to our Purpose: To Feed the Human Spirit®.  We are committed to creating #ZeroHungerZeroWaste communities by 2025.  Careers with The Kroger Co. and our family of companies offer competitive wages, flexible schedules, benefits and room for advancement.

Posting Notes:  TX || Pearland || 8323 Broadway St || 77584 || Kroger Stores || None || Store Management || Employee || Exempt || Full-Time || None



How To Apply For A Job At Kroger | Message From Kroger | Kroger

**Nearest Major Market:** Houston

Apply now ▲

Find similar jobs:
View All Jobs,  Manager Jobs in Houston

DocuSign Envelope ID: 4847939C-C5E8-471C-9ED5-45F910547885

The Kroger Co. Home

Job Searches

Job Categories

Privacy Policy

Terms of Service

View All Jobs

  

It is the policy of the Kroger family of companies to provide equal opportunity for all applicants and candidates for employment and to administer all human resource practices such as recruiting, hiring, promoting, and all other terms, conditions, and privileges of employment in a manner which does not discriminate on the basis of race, color, sex, disability, age, national origin, religion, sexual orientation, gender identity, genetic information or any other characteristic protected by applicable law. All Comments

© Copyright 2020 The Kroger Co. All Rights Reserved

DocuSign Envelope ID: 4847039C-C5E8-471C-9ED5-45F910547885





Application Status

← Back to search results

Search by Keyword

Search by Postal Code

Search by Location

10 mi

Search Jobs

Send me alerts every 7 days    ☞ Create Alert

Share this Job

Apply now ▾

# Assistant Store Leader- Sugarland / Missouri City

**Company Name:** Kroger Stores
**Position Type:** Employee
**FLSA Status:**

**Position Summary**
Responsible for assisting with the overall day-to-day operations of the store including continuous development of effective store associates to achieve desired sales and profit results. Assess daily the stores' ability to meet/exceed customer expectations for ease of shopping, variety, freshness, cleanliness, food safety and regulatory compliance. Assist with coaching and development of store associates through both formal and informal interactions. Demonstrate the company's core values of respect, honesty, integrity, diversity, inclusion and safety.

**Essential Job Functions**
- Assist store manager and associates in the achievement of a favorable customer shopping experience

DocuSign Envelope ID: 1847939C-C5EB-473C-9FD5-45F910547885

- Lead teams in the planning, implementation and execution of merchandising and operating initiatives
- Work with department leaders and associates to identify opportunities in the store, develop timely solutions and create action plans to ensure implementation of plans
- Achieve/exceed weekly, period, and annual sales, wage budgets and profit budgets, and other targeted goals
- Drive sales working with department leaders to maximize sales and profits, reduce shrink and improve each store department's contribution
- Assist the store manager in the regular store-level financial performance discussions to include developing budgets and other targeted goals with store associates
- Utilize coordinators and other field staff to ensure store departments are achieving sales and profit goals and ensure implementation, and execution of division merchandising plans
- Promote and support strong relationships with local community organizations in the surrounding area in which the store operates
- Build a proactive and productive relationship with union representatives and business agents, if the store is covered by a collectively bargaining agreement
- Serve as liaison providing feedback to Store Manager, District Manager and Coordinators on the effectiveness of Division merchandising and operational plans/programs
- Assist the store manager in the hiring, onboarding, development and associate relations responsibilities
- Reduce turnover and increase retention
- Provide timely feedback to department leaders and associates on individual and department performance
- Assist with the management of labor and supply costs daily to meet customer service and financial targets
- Technical/Professional Knowledge, Compliance and Skills Achieve a satisfactory level of technical and professional skills or knowledge in position and/or related areas; keep up with current developments and trends
- Ensure associates and location comply with laws and regulation applicable to the company
- Supervise and coach direct reports on the performance of their duties; complete performance reviews and provide feedback to direct reports
- Must be able to perform the essential job functions of this position with or without reasonable accommodation

**Minimum Position Qualifications**
- High School Diploma or GED
- Have successfully completed the applicable Division Management Training Program

**Desired Previous Experience/Education**
- Bachelor's Degree
- Any supervisory responsibilities, retail experience, financial responsibility including budget preparation and management experience


**Education Level:** Other
**Required Travel:** Up to 25%
**Required Certifications/Licenses:** None
**Position Type:** Full-Time
**Regions:** South


**Jobs at Kroger:** At Kroger, we hire people who have a passion for helping others and who want to build a relationship with our Customers. No matter what stage of your career, you can build your future at Kroger. We look for people who want more, aspire to be more and work hard to achieve their goals. Our focus on keeping the Customer first is what makes us successful.

DocuSign Envelope ID: 4847039C-C5E8-471C-9FD5-45F910547885

We offer many opportunities not only in our stores, but in Manufacturing, Logistics, Marketing, Finance, Human Resources, and many other fields.

**Company Overview:** Kroger Family of Companies employs nearly half a million associates who serve over 11 million customers daily through a seamless shopping experience under a variety of banner names.  At The Kroger Co., we are Fresh for Everyone™ and dedicated to our Purpose: To Feed the Human Spirit®.  We are committed to creating #ZeroHungerZeroWaste communities by 2025.  Careers with The Kroger Co. and our family of companies offer competitive wages, flexible schedules, benefits and room for advancement.

Posting Notes:  TX || Missouri City || 6200 Highway 6 || 77459 || Kroger Stores || None || Store Management || Employee || Exempt || Full-Time || None



How To Apply For A Job At Kroger | Message From Kroger | Kroger

**Nearest Major Market:** Houston

Apply now ▲

Find similar jobs:
View All Jobs, Manager Jobs in Houston

DocuSign Envelope ID: 4847039C-C5E9-471C-9FD5-45F910547885

The Kroger Co. Home

Job Searches

Job Categories

Privacy Policy

Terms of Service

View All Jobs

  

It is the policy of the Kroger family of companies to provide equal opportunity for all applicants and candidates for employment and to administer all human resource practices such as recruiting, hiring, promoting, and all other terms, conditions, and privileges of employment in a manner which does not discriminate on the basis of race, color, sex, disability, age, national origin, religion, sexual orientation, gender identity, genetic information or any other characteristic protected by applicable law. All Comments

© Copyright 2020 The Kroger Co. All Rights Reserved

DocuSign Envelope ID: 4847039C-C5E8-471C-9FD5-45F910547885





Application Status

← Back to search results

Search by Keyword

Search by Postal Code

Search by Location

10 mi

Search Jobs

Send me alerts every [7] days    ☞ Create Alert

Share this Job

Apply now ▾

# District 2 Assistant Store Leader

**Company Name:** Kroger Stores
**Position Type:** Employee
**FLSA Status:**

**Position Summary**
Responsible for assisting with the overall day-to-day operations of the store including continuous development of effective store associates to achieve desired sales and profit results. Assess daily the stores' ability to meet/exceed customer expectations for ease of shopping, variety, freshness, cleanliness, food safety and regulatory compliance. Assist with coaching and development of store associates through both formal and informal interactions. Demonstrate the company's core values of respect, honesty, integrity, diversity, inclusion and safety.

**Essential Job Functions**
- Assist store manager and associates in the achievement of a favorable customer shopping experience

DocuSign Envelope ID: 1847039C-C5E8-471C-9FD5-45E910547885

- Lead teams in the planning, implementation and execution of merchandising and operating initiatives
- Work with department leaders and associates to identify opportunities in the store, develop timely solutions and create action plans to ensure implementation of plans
- Achieve/exceed weekly, period, and annual sales, wage budgets and profit budgets, and other targeted goals
- Drive sales working with department leaders to maximize sales and profits, reduce shrink and improve each store department's contribution
- Assist the store manager in the regular store-level financial performance discussions to include developing budgets and other targeted goals with store associates
- Utilize coordinators and other field staff to ensure store departments are achieving sales and profit goals and ensure implementation, and execution of division merchandising plans
- Promote and support strong relationships with local community organizations in the surrounding area in which the store operates
- Build a proactive and productive relationship with union representatives and business agents, if the store is covered by a collectively bargaining agreement
- Serve as liaison providing feedback to Store Manager, District Manager and Coordinators on the effectiveness of Division merchandising and operational plans/programs
- Assist the store manager in the hiring, onboarding, development and associate relations responsibilities
- Reduce turnover and increase retention
- Provide timely feedback to department leaders and associates on individual and department performance
- Assist with the management of labor and supply costs daily to meet customer service and financial targets
- Technical/Professional Knowledge, Compliance and Skills Achieve a satisfactory level of technical and professional skills or knowledge in position and/or related areas; keep up with current developments and trends
- Ensure associates and location comply with laws and regulation applicable to the company
- Supervise and coach direct reports on the performance of their duties; complete performance reviews and provide feedback to direct reports
- Must be able to perform the essential job functions of this position with or without reasonable accommodation

**Minimum Position Qualifications**

- High School Diploma or GED
- Have successfully completed the applicable Division Management Training Program

**Desired Previous Experience/Education**

- Bachelor's Degree
- Any supervisory responsibilities, retail experience, financial responsibility including budget preparation and management experience

**Education Level:** Associates Required
**Required Travel:** Up to 25%
**Required Certifications/Licenses:** None
**Position Type:** Full-Time
**Regions:** Mid-Atlantic

**Jobs at Kroger:** At Kroger, we hire people who have a passion for helping others and who want to build a relationship with our Customers. No matter what stage of your career, you can build your future at Kroger. We look for people who want more, aspire to be more and work hard to achieve their goals. Our focus on keeping the Customer first is what makes us successful.

DocuSign Envelope ID: 4847039C-C5E8-471C-9ED5-45F910547885

We offer many opportunities not only in our stores, but in Manufacturing, Logistics, Marketing, Finance, Human Resources, and many other fields.

**Company Overview:** Kroger Family of Companies employs nearly half a million associates who serve over 11 million customers daily through a seamless shopping experience under a variety of banner names.  At The Kroger Co., we are Fresh for Everyone™ and dedicated to our Purpose: To Feed the Human Spirit®.  We are committed to creating #ZeroHungerZeroWaste communities by 2025.  Careers with The Kroger Co. and our family of companies offer competitive wages, flexible schedules, benefits and room for advancement.

Posting Notes:  TN || Johnson City || 1805 W State Of Franklin || 37604 || Kroger Stores || None || Human Resources; Merchandising; Store Management; Store Operations || Employee || Exempt || Full-Time || None



**Nearest Major Market:** Asheville
**Nearest Secondary Market:** Knoxville

Apply now ▲

Find similar jobs:

View All Jobs

DocuSign Envelope ID: 4847039C-C5E8-471C-9ED5-45F910547885

The Kroger Co. Home

Job Searches

Job Categories

Privacy Policy

Terms of Service

View All Jobs

  

It is the policy of the Kroger family of companies to provide equal opportunity for all applicants and candidates for employment and to administer all human resource practices such as recruiting, hiring, promoting, and all other terms, conditions, and privileges of employment in a manner which does not discriminate on the basis of race, color, sex, disability, age, national origin, religion, sexual orientation, gender identity, genetic information or any other characteristic protected by applicable law. All Comments

© Copyright 2020 The Kroger Co. All Rights Reserved





Application Status

← Back to search results

Search by Keyword

Search by Postal Code

Search by Location

10 mi

Search Jobs

Send me alerts every [ 7 ] days    ☞ Create Alert

Share this Job

Apply now ▾

# District 3 Assistant Store Leader

**Company Name:** Kroger Stores
**Position Type:** Employee
**FLSA Status:**

**Position Summary**
Responsible for assisting with the overall day-to-day operations of the store including continuous development of effective store associates to achieve desired sales and profit results. Assess daily the stores' ability to meet/exceed customer expectations for ease of shopping, variety, freshness, cleanliness, food safety and regulatory compliance. Assist with coaching and development of store associates through both formal and informal interactions. Demonstrate the company's core values of respect, honesty, integrity, diversity, inclusion and safety.

**Essential Job Functions**
•   Assist store manager and associates in the achievement of a favorable customer shopping experience

DocuSign Envelope ID: 4847039C-C55B-471C-9FD5-45F910547885

- Lead teams in the planning, implementation and execution of merchandising and operating initiatives
- Work with department leaders and associates to identify opportunities in the store, develop timely solutions and create action plans to ensure implementation of plans
- Achieve/exceed weekly, period, and annual sales, wage budgets and profit budgets, and other targeted goals
- Drive sales working with department leaders to maximize sales and profits, reduce shrink and improve each store department's contribution
- Assist the store manager in the regular store-level financial performance discussions to include developing budgets and other targeted goals with store associates
- Utilize coordinators and other field staff to ensure store departments are achieving sales and profit goals and ensure implementation, and execution of division merchandising plans
- Promote and support strong relationships with local community organizations in the surrounding area in which the store operates
- Build a proactive and productive relationship with union representatives and business agents, if the store is covered by a collectively bargaining agreement
- Serve as liaison providing feedback to Store Manager, District Manager and Coordinators on the effectiveness of Division merchandising and operational plans/programs
- Assist the store manager in the hiring, onboarding, development and associate relations responsibilities
- Reduce turnover and increase retention
- Provide timely feedback to department leaders and associates on individual and department performance
- Assist with the management of labor and supply costs daily to meet customer service and financial targets
- Technical/Professional Knowledge, Compliance and Skills Achieve a satisfactory level of technical and professional skills or knowledge in position and/or related areas; keep up with current developments and trends
- Ensure associates and location comply with laws and regulation applicable to the company
- Supervise and coach direct reports on the performance of their duties; complete performance reviews and provide feedback to direct reports
- Must be able to perform the essential job functions of this position with or without reasonable accommodation

**Minimum Position Qualifications**
- High School Diploma or GED
- Have successfully completed the applicable Division Management Training Program

**Desired Previous Experience/Education**
- Bachelor's Degree
- Any supervisory responsibilities, retail experience, financial responsibility including budget preparation and management experience

**Education Level:** Associates Required
**Required Travel:** Up to 25%
**Required Certifications/Licenses:** None
**Position Type:** Full-Time
**Regions:** Mid-Atlantic

**Jobs at Kroger:** At Kroger, we hire people who have a passion for helping others and who want to build a relationship with our Customers. No matter what stage of your career, you can build your future at Kroger. We look for people who want more, aspire to be more and work hard to achieve their goals. Our focus on keeping the Customer first is what makes us successful.

We offer many opportunities not only in our stores, but in Manufacturing, Logistics, Marketing, Finance, Human Resources, and many other fields.

**Company Overview:** Kroger Family of Companies employs nearly half a million associates who serve over 11 million customers daily through a seamless shopping experience under a variety of banner names.  At The Kroger Co., we are Fresh for Everyone™ and dedicated to our Purpose: To Feed the Human Spirit®.  We are committed to creating #ZeroHungerZeroWaste communities by 2025.  Careers with The Kroger Co. and our family of companies offer competitive wages, flexible schedules, benefits and room for advancement.

Posting Notes:  WV | | Logan | | Rt44 Holden Rd | | 25601 | | Kroger Stores | | None | | Human Resources; Merchandising; Store Management; Store Operations | | Employee | | Exempt | | Full-Time | | None



**Nearest Major Market:** Charleston

Apply now ▲

Find similar jobs:

View All Jobs

DocuSign Envelope ID: 4847939C-C5E8-471C-9ED5-45F910547885

The Kroger Co. Home

Job Searches

Job Categories

Privacy Policy

Terms of Service

View All Jobs

    

It is the policy of the Kroger family of companies to provide equal opportunity for all applicants and candidates for employment and to administer all human resource practices such as recruiting, hiring, promoting, and all other terms, conditions, and privileges of employment in a manner which does not discriminate on the basis of race, color, sex, disability, age, national origin, religion, sexual orientation, gender identity, genetic information or any other characteristic protected by applicable law. All Comments

© Copyright 2020 The Kroger Co. All Rights Reserved





Application Status

← Back to search results

Search by Keyword

Search by Postal Code

Search by Location

10 mi

Search Jobs

Send me alerts every [7] days   ☞ Create Alert

Share this Job

Apply now ▾

# District 4 Assistant Store Leader

**Company Name:** Kroger Stores
**Position Type:** Employee
**FLSA Status:** Exempt

**Position Summary**
Responsible for assisting with the overall day-to-day operations of the store including continuous development of effective store associates to achieve desired sales and profit results. Assess daily the stores' ability to meet/exceed customer expectations for ease of shopping, variety, freshness, cleanliness, food safety and regulatory compliance. Assist with coaching and development of store associates through both formal and informal interactions. Demonstrate the company's core values of respect, honesty, integrity, diversity, inclusion and safety.
**Essential Job Functions**
• Assist store manager and associates in the achievement of a favorable customer shopping experience

DocuSign Envelope ID: 1847939C-C5EB-471C-9FD5-45E910547885

- Lead teams in the planning, implementation and execution of merchandising and operating initiatives
- Work with department leaders and associates to identify opportunities in the store, develop timely solutions and create action plans to ensure implementation of plans
- Achieve/exceed weekly, period, and annual sales, wage budgets and profit budgets, and other targeted goals
- Drive sales working with department leaders to maximize sales and profits, reduce shrink and improve each store department's contribution
- Assist the store manager in the regular store-level financial performance discussions to include developing budgets and other targeted goals with store associates
- Utilize coordinators and other field staff to ensure store departments are achieving sales and profit goals and ensure implementation, and execution of division merchandising plans
- Promote and support strong relationships with local community organizations in the surrounding area in which the store operates
- Build a proactive and productive relationship with union representatives and business agents, if the store is covered by a collectively bargaining agreement
- Serve as liaison providing feedback to Store Manager, District Manager and Coordinators on the effectiveness of Division merchandising and operational plans/programs
- Assist the store manager in the hiring, onboarding, development and associate relations responsibilities
- Reduce turnover and increase retention
- Provide timely feedback to department leaders and associates on individual and department performance
- Assist with the management of labor and supply costs daily to meet customer service and financial targets
- Technical/Professional Knowledge, Compliance and Skills Achieve a satisfactory level of technical and professional skills or knowledge in position and/or related areas; keep up with current developments and trends
- Ensure associates and location comply with laws and regulation applicable to the company
- Supervise and coach direct reports on the performance of their duties; complete performance reviews and provide feedback to direct reports
- Must be able to perform the essential job functions of this position with or without reasonable accommodation

**Minimum Position Qualifications**
- High School Diploma or GED
- Have successfully completed the applicable Division Management Training Program

**Desired Previous Experience/Education**
- Bachelor's Degree
- Any Supervisory responsibilities, retail experience, financial responsibility including budget preparation and management experience

**Education Level:** Associates Required
**Required Travel:** Up to 25%
**Required Certifications/Licenses:** None
**Position Type:** Full-Time
**Regions:** Mid-Atlantic

**Jobs at Kroger:** At Kroger, we hire people who have a passion for helping others and who want to build a relationship with our Customers. No matter what stage of your career, you can build your future at Kroger. We look for people who want more, aspire to be more and work hard to achieve their goals. Our focus on keeping the Customer first is what makes us successful.

DocuSign Envelope ID: 4847039C-C5E9-471C-9FD5-45F910547885

We offer many opportunities not only in our stores, but in Manufacturing, Logistics, Marketing, Finance, Human Resources, and many other fields.

**Company Overview:** Kroger Family of Companies employs nearly half a million associates who serve over 11 million customers daily through a seamless shopping experience under a variety of banner names.  At The Kroger Co., we are Fresh for Everyone™ and dedicated to our Purpose: To Feed the Human Spirit®.  We are committed to creating #ZeroHungerZeroWaste communities by 2025.  Careers with The Kroger Co. and our family of companies offer competitive wages, flexible schedules, benefits and room for advancement.

Posting Notes:  OH || Belpre || 1008 Washington Blvd || 45714 || Kroger Stores || None || Human Resources; Merchandising; Store Management; Store Operations || Employee || Exempt || Full-Time || None



**Nearest Major Market:** Athens

Apply now ▲

Find similar jobs:

View All Jobs

DocuSign Envelope ID: 4847039C-C5E8-471C-9FD5-45F910547885

The Kroger Co. Home

---

Job Searches

---

Job Categories

---

Privacy Policy

---

Terms of Service

---

View All Jobs

---

  

It is the policy of the Kroger family of companies to provide equal opportunity for all applicants and candidates for employment and to administer all human resource practices such as recruiting, hiring, promoting, and all other terms, conditions, and privileges of employment in a manner which does not discriminate on the basis of race, color, sex, disability, age, national origin, religion, sexual orientation, gender identity, genetic information or any other characteristic protected by applicable law. All Comments

© Copyright 2020 The Kroger Co. All Rights Reserved



# District 4 Assistant Store Leader at Kroger

## Kroger

📍 Clarksburg, WV,      📅 Post Date: November 22, 2020      ⬭ Full Time

▷ Apply for job

## Job Description

**Company Name:** Kroger Stores
**Position Type:** Employee
**FLSA Status:**

### Position Summary

Responsible for assisting with the overall day-to-day operations of the store including continuous development of effective store associates to achieve desired sales and profit results. Assess daily the stores' ability to meet/exceed customer expectations for ease of shopping, variety, freshness, cleanliness, food safety and regulatory compliance. Assist with coaching and development of store associates through both formal and informal interactions. Demonstrate the company's core values of respect, honesty, integrity, diversity, inclusion and safety.

### Essential Job Functions

- Assist store manager and associates in the achievement of a favorable customer shopping experience

- Lead teams in the planning, implementation and execution of merchandising and operating initiatives

- Work with department leaders and associates to identify opportunities in the store, develop timely solutions and create action plans to ensure implementation of plans

- Achieve/exceed weekly, period, and annual sales, wage budgets and profit budgets, and other targeted goals

- Drive sales working with department leaders to maximize sales and profits, reduce shrink and improve each store department's contribution

- Assist the store manager in the regular store-level financial performance discussions to include developing budgets and other targeted goals with store associates

- Utilize coordinators and other field staff to ensure store departments are achieving sales and profit goals and ensure implementation, and execution of division merchandising plans

- Promote and support strong relationships with local community organizations in the surrounding area in which the store operates

### Minimum Position Qualifications

- Build a proactive and productive relationship with union representatives and business agents, if the store is covered by a collectively bargaining agreement

- Serve as liaison providing feedback to Store Manager, District Manager and Coordinators on the effectiveness of Division merchandising and operational plans/programs

- Assist the store manager in the hiring, onboarding, development and associate relations responsibilities

- Reduce turnover and increase retention

- Provide timely feedback to department leaders and associates on individual and department performance

- Assist with the management of labor and supply costs daily to meet customer service and financial targets

- Technical/Professional Knowledge, Compliance and Skills Achieve a satisfactory level of technical and professional skills or knowledge in position and/or related areas; keep up with current developments and trends

- Ensure associates and location comply with laws and regulation applicable to the company

- Supervise and coach direct reports on the performance of their duties; complete performance reviews and provide feedback to direct reports

- Must be able to perform the essential job functions of this position with or without reasonable accommodation

-  High School Diploma or GED

- Have successfully completed the applicable Division Management Training Program

**Desired Previous Experience/Education**
- Any supervisory responsibilities, retail experience, financial responsibility including budget preparation and management experience

-  Bachelor's Degree

**Education Level:** Associates Required
**Required Travel:** Up to 25%
**Required Certifications/Licenses:** None
**Position Type:** Full-Time
**Regions:**Mid-Atlantic

States: West Virginia
Keywords:

 **Jobs at Kroger:**  At Kroger, we hire people who have a passion for helping others and who want to build a relationship with our Customers. No matter what stage of your career, you can build your future at Kroger. We look for people who want more, aspire to be more and work hard to achieve their goals. Our focus on keeping the Customer first is what makes us successful. We offer many opportunities not only in our stores, but in Manufacturing, Logistics, Marketing, Finance, Human Resources, and many other fields.

 **Company Overview:** Kroger Family of Companies employs nearly half a million associates who serve over 11 million customers daily through a seamless shopping experience under a variety of banner names . At The Kroger Co., we are Fresh for Everyone™ and dedicated to our Purpose: To Feed the Human Spirit®. We are committed to creating #ZeroHungerZeroWaste communities by 2025. Careers with The Kroger Co. and our family of companies offer competitive wages,

flexible schedules, benefits and room for advancement.

 Posting Notes: WV||Morgantown|| 500 Suncrest Town Centre Dr ||26505 || Kroger Stores||None||Human Resources; Management; Merchandising; Retail Operations ||Employee|| Exempt || Full-Time|| None

.buttontext244f8b4485e70c27 a{ border: 1px solid transparent; }
.buttontext244f8b4485e70c27 a:focus{ border: 1px dashed #0068b3 !important; outline: none !important; }

.videocomponente8864c978b3ec0592 a{ border: 1px solid transparent; }
.videocomponente8864c978b3ec0592 a:focus{ border: 1px dashed #0068b3 !important; outline: none !important; }

**Nearest Major Market:** Morgantown
**Job Segment:**  Retail Manager, Store Manager, Merchandising, Law, Retail, Legal

Apply now »



| 🕒 3 months ago | 📄 0 Application | 🔍 5 Views |
| --- | --- | --- |

## Similar Jobs

Previous

Next



**District 4 Assistant Store Leader**
Kroger
📍 Clarksburg, WV,

Apply now

3 months ago

**Pharmacy Technician**
Kroger
📍 Dayton, OH,

Apply now

2 months ago

**Grocery Night-Crew Clerk**
Kroger
📍 Thornton, CO,

Apply now

2 months ago

**Deli Clerk**
Kroger
📍 Piqua, OH,

Apply now

3 months ago

**Front End Manager**
Kroger
📍 Los Angeles, CA,

Apply now

24 days ago

**the**muse

### Home Clerk
Kroger

⌖ Portland, OR,

Apply now

3 months ago

**the**muse

### Jewelry Sales Professional
Kroger

⌖ Olympia, WA,

Apply now

18 days ago

**the**muse

### Grocery Clerk
Kroger

⌖ Phoenix, AZ,

Apply now

3 months ago

**the**muse

### Pick 'n Save Retail Clerk (Madison/Junction Rd.)
Kroger

⌖ Madison, WI,

Apply now

3 months ago

**the**muse

### e-Commerce Clerk
Kroger

⌖ Toledo, OH,

Apply now

a month ago

**the**muse

### Non-Certified Pharmacy Technician
Kroger

⌖ Conyers, GA,

Apply now

19 days ago

### Sales Manager - CASA-RL SALES-Regional sales
Kotak Mahindra Bank Limited

⌖ ,

Apply now

a day ago

### Team Member - Training-HO - SUPPORT-Training
Kotak Mahindra Bank Limited

⌖ ,

Apply now

a day ago

### Collections Manager-Consumer Durables-Recovery Area
Kotak Mahindra Bank Limited

⌖ ,

Apply now

a day ago

### Gold Loan Relationship Officer-LOANS AGAINST GOLD-Marketing Branches Operations
Kotak Mahindra Bank Limited

Apply now

a day ago

### Portfolio Manager-Consumer Durables-Recovery Area

Kotak Mahindra Bank Limited

◎ ,

Apply now

a day ago

### CUSTOMER CARE SENIOR REPRESENTATIVE

NTT DATA Global Delivery Services Limited

◎ India,

Apply now

a day ago

### Customer Service Representative–rebel Northam-premium Email Support

S R Recruiters

◎ Mohali,

Apply now

a day ago

### CEC - Service Assurance Officer-Customer Experience Center-Contact Centre Inbound

Kotak Mahindra Bank Limited

◎ ,

Apply now

a day ago

### Territory Manager Virtual Office

Bajaj Allianz General Insurance Company Limited

◎ India,

Apply now

a day ago

### Territory Manager Virtual Office

Bajaj Allianz General Insurance Company Limited

◎ India,

Apply now

a day ago

## Job Overview

Experience
to yrs

## Resume Match Score

Please upload your resume to see your Resume Match Score with this job

Drop Your Resume Here

☑ This featured is powered by CutShort, Which will receive your resume and will create an account for you automatically. You agree to their privacy & policy by

DocuSign Envelope ID: 4847939C-C5EB-471C-0EDS-45E910547885

continuing.Intellijobs doesn't retain your data or shares it with any other third parties.

☑ I give Intellijobs consent to process my data, send me email alerts

## Jobs by Function

IT software Jobs

Marketing Jobs

Sales Jobs

Growth Hacking Jobs

## Jobs by Role

Software Engineer

Full Stack Developer

Front End Developer

Back End Developer

Cloud-architect

Data Analyst

## Jobs by Skills

Node JS

Java

ASP.net

Ruby on rails

Vue

SQL

PHP

## All jobs

1    2    3    4    5    6    7    8    9    10    11    12    13    14    15    16    17    18    19    20

© 2020 All rights reserved

DocuSign Envelope ID: 4847039C-C5E8-471C-9ED5-45F910547885





Application Status

← Back to search results

Search by Keyword

Search by Postal Code

Search by Location

Search Jobs

Send me alerts every [ 7 ] days    ☞ Create Alert

Share this Job

Apply now ▾

# District 7 Assistant Store Leader

**Company Name:** Kroger Stores
**Position Type:** Employee
**FLSA Status:**

**Position Summary**
Responsible for assisting with the overall day-to-day operations of the store including continuous development of effective store associates to achieve desired sales and profit results. Assess daily the stores' ability to meet/exceed customer expectations for ease of shopping, variety, freshness, cleanliness, food safety and regulatory compliance. Assist with coaching and development of store associates through both formal and informal interactions. Demonstrate the company's core values of respect, honesty, integrity, diversity, inclusion and safety.

**Essential Job Functions**
- Assist store manager and associates in the achievement of a favorable customer shopping experience

DocuSign Envelope ID: 4847039C-C5EB-473C-9FD5-45F910547885

- Lead teams in the planning, implementation and execution of merchandising and operating initiatives
- Work with department leaders and associates to identify opportunities in the store, develop timely solutions and create action plans to ensure implementation of plans
- Achieve/exceed weekly, period, and annual sales, wage budgets and profit budgets, and other targeted goals
- Drive sales working with department leaders to maximize sales and profits, reduce shrink and improve each store department's contribution
- Assist the store manager in the regular store-level financial performance discussions to include developing budgets and other targeted goals with store associates
- Utilize coordinators and other field staff to ensure store departments are achieving sales and profit goals and ensure implementation, and execution of division merchandising plans
- Promote and support strong relationships with local community organizations in the surrounding area in which the store operates
- Build a proactive and productive relationship with union representatives and business agents, if the store is covered by a collectively bargaining agreement
- Serve as liaison providing feedback to Store Manager, District Manager and Coordinators on the effectiveness of Division merchandising and operational plans/programs
- Assist the store manager in the hiring, onboarding, development and associate relations responsibilities
- Reduce turnover and increase retention
- Provide timely feedback to department leaders and associates on individual and department performance
- Assist with the management of labor and supply costs daily to meet customer service and financial targets
- Technical/Professional Knowledge, Compliance and Skills Achieve a satisfactory level of technical and professional skills or knowledge in position and/or related areas; keep up with current developments and trends
- Ensure associates and location comply with laws and regulation applicable to the company
- Supervise and coach direct reports on the performance of their duties; complete performance reviews and provide feedback to direct reports
- Must be able to perform the essential job functions of this position with or without reasonable accommodation

**Minimum Position Qualifications**
- High School Diploma or GED
- Have successfully completed the applicable Division Management Training Program

**Desired Previous Experience/Education**
- Bachelor's Degree
- Any supervisory responsibilities, retail experience, financial responsibility including budget preparation and management experience


**Education Level:** Associates Required
**Required Travel:** Up to 25%
**Required Certifications/Licenses:** None
**Position Type:** Full-Time
**Regions:** Mid-Atlantic


**Jobs at Kroger:** At Kroger, we hire people who have a passion for helping others and who want to build a relationship with our Customers. No matter what stage of your career, you can build your future at Kroger. We look for people who want more, aspire to be more and work hard to achieve their goals. Our focus on keeping the Customer first is what makes us successful.

DocuSign Envelope ID: 1847039C-C5E8-471C-9ED5-45E910547885

We offer many opportunities not only in our stores, but in Manufacturing, Logistics, Marketing, Finance, Human Resources, and many other fields.

**Company Overview:** Kroger Family of Companies employs nearly half a million associates who serve over 11 million customers daily through a seamless shopping experience under a variety of banner names.  At The Kroger Co., we are Fresh for Everyone™ and dedicated to our Purpose: To Feed the Human Spirit®.  We are committed to creating #ZeroHungerZeroWaste communities by 2025.  Careers with The Kroger Co. and our family of companies offer competitive wages, flexible schedules, benefits and room for advancement.

Posting Notes:  VA | | Virginia Beach | | 3901 Holland Rd | | 23452 | | Kroger Stores | | None | | Human Resources; Merchandising; Store Management; Store Operations | | Employee | | Exempt | | Full-Time | | None



**Nearest Major Market:** Virginia Beach

Apply now ▲

Find similar jobs:

View All Jobs

DocuSign Envelope ID: 4847039C-C5E9-471C-9ED5-45F910547885

The Kroger Co. Home

Job Searches

Job Categories

Privacy Policy

Terms of Service

View All Jobs

  

It is the policy of the Kroger family of companies to provide equal opportunity for all applicants and candidates for employment and to administer all human resource practices such as recruiting, hiring, promoting, and all other terms, conditions, and privileges of employment in a manner which does not discriminate on the basis of race, color, sex, disability, age, national origin, religion, sexual orientation, gender identity, genetic information or any other characteristic protected by applicable law. All Comments

© Copyright 2020 The Kroger Co. All Rights Reserved

DocuSign Envelope ID: 4847939C-C5E9-471C-9ED5-45F910547885





Application Status

← Back to search results

Search by Keyword

Search by Postal Code

Search by Location

10 mi

Search Jobs

Send me alerts every [ 7 ] days    ☞ Create Alert

Share this Job

Apply now ▾

# District 8 Assistant Store Leader

**Company Name:** Kroger Stores
**Position Type:** Employee
**FLSA Status:**

**Position Summary**

Responsible for assisting with the overall day-to-day operations of the store including continuous development of effective store associates to achieve desired sales and profit results. Assess daily the stores' ability to meet/exceed customer expectations for ease of shopping, variety, freshness, cleanliness, food safety and regulatory compliance. Assist with coaching and development of store associates through both formal and informal interactions. Demonstrate the company's core values of respect, honesty, integrity, diversity, inclusion and safety.

**Essential Job Functions**

- Assist store manager and associates in the achievement of a favorable customer shopping experience

DocuSign Envelope ID: 1847039C-C5E8-473C-9ED5-45F910547885

- Lead teams in the planning, implementation and execution of merchandising and operating initiatives
- Work with department leaders and associates to identify opportunities in the store, develop timely solutions and create action plans to ensure implementation of plans
- Achieve/exceed weekly, period, and annual sales, wage budgets and profit budgets, and other targeted goals
- Drive sales working with department leaders to maximize sales and profits, reduce shrink and improve each store department's contribution
- Assist the store manager in the regular store-level financial performance discussions to include developing budgets and other targeted goals with store associates
- Utilize coordinators and other field staff to ensure store departments are achieving sales and profit goals and ensure implementation, and execution of division merchandising plans
- Promote and support strong relationships with local community organizations in the surrounding area in which the store operates
- Build a proactive and productive relationship with union representatives and business agents, if the store is covered by a collectively bargaining agreement
- Serve as liaison providing feedback to Store Manager, District Manager and Coordinators on the effectiveness of Division merchandising and operational plans/programs
- Assist the store manager in the hiring, onboarding, development and associate relations responsibilities
- Reduce turnover and increase retention
- Provide timely feedback to department leaders and associates on individual and department performance
- Assist with the management of labor and supply costs daily to meet customer service and financial targets
- Technical/Professional Knowledge, Compliance and Skills Achieve a satisfactory level of technical and professional skills or knowledge in position and/or related areas; keep up with current developments and trends
- Ensure associates and location comply with laws and regulation applicable to the company
- Supervise and coach direct reports on the performance of their duties; complete performance reviews and provide feedback to direct reports
- Must be able to perform the essential job functions of this position with or without reasonable accommodation

**Minimum Position Qualifications**

- High School Diploma or GED
- Have successfully completed the applicable Division Management Training Program

**Desired Previous Experience/Education**

- Bachelor's Degree
- Any supervisory responsibilities, retail experience, financial responsibility including budget preparation and management experience


**Education Level:** Associates Required

**Required Travel:** Up to 25%

**Required Certifications/Licenses:** None

**Position Type:** Full-Time

**Regions:** Mid-Atlantic


**Jobs at Kroger:** At Kroger, we hire people who have a passion for helping others and who want to build a relationship with our Customers. No matter what stage of your career, you can build your future at Kroger. We look for people who want more, aspire to be more and work hard to achieve their goals. Our focus on keeping the Customer first is what makes us successful.

We offer many opportunities not only in our stores, but in Manufacturing, Logistics, Marketing, Finance, Human Resources, and many other fields.

**Company Overview:** Kroger Family of Companies employs nearly half a million associates who serve over 11 million customers daily through a seamless shopping experience under a variety of <u>banner names</u>.  At The Kroger Co., we are Fresh for Everyone™ and dedicated to our Purpose: To Feed the Human Spirit®.  We are committed to creating #ZeroHungerZeroWaste communities by 2025.  Careers with The Kroger Co. and our family of companies offer competitive wages, flexible schedules, benefits and room for advancement.

Posting Notes:  WV | | Beckley | | 1734 Harper Rd | | 25801 | | Kroger Stores | | None | | Human Resources; Merchandising; Store Management; Store Operations | | Employee | | Exempt | | Full-Time | | None



**Nearest Major Market:** Charleston

Apply now ▲

Find similar jobs:

View All Jobs

DocuSign Envelope ID: 4847039C-C5E9-471C-9FD5-45F910547885

The Kroger Co. Home

Job Searches

Job Categories

Privacy Policy

Terms of Service

View All Jobs

  

It is the policy of the Kroger family of companies to provide equal opportunity for all applicants and candidates for employment and to administer all human resource practices such as recruiting, hiring, promoting, and all other terms, conditions, and privileges of employment in a manner which does not discriminate on the basis of race, color, sex, disability, age, national origin, religion, sexual orientation, gender identity, genetic information or any other characteristic protected by applicable law. All Comments

© Copyright 2020 The Kroger Co. All Rights Reserved





Application Status

← Back to search results

Search by Keyword

Search by Postal Code

Search by Location

Search Jobs

Send me alerts every [7] days    ☞ Create Alert

Share this Job

**Apply now** ▼

# District 8 Assistant Store Leader

**Company Name:** Kroger Stores
**Position Type:** Employee
**FLSA Status:**

**Position Summary**
Responsible for assisting with the overall day-to-day operations of the store including continuous development of effective store associates to achieve desired sales and profit results. Assess daily the stores' ability to meet/exceed customer expectations for ease of shopping, variety, freshness, cleanliness, food safety and regulatory compliance. Assist with coaching and development of store associates through both formal and informal interactions. Demonstrate the company's core values of respect, honesty, integrity, diversity, inclusion and safety.

**Essential Job Functions**
- Assist store manager and associates in the achievement of a favorable customer shopping experience

DocuSign Envelope ID: 1847939C-C5E9-47JC-9FD5-45F910547885

- Lead teams in the planning, implementation and execution of merchandising and operating initiatives
- Work with department leaders and associates to identify opportunities in the store, develop timely solutions and create action plans to ensure implementation of plans
- Achieve/exceed weekly, period, and annual sales, wage budgets and profit budgets, and other targeted goals
- Drive sales working with department leaders to maximize sales and profits, reduce shrink and improve each store department's contribution
- Assist the store manager in the regular store-level financial performance discussions to include developing budgets and other targeted goals with store associates
- Utilize coordinators and other field staff to ensure store departments are achieving sales and profit goals and ensure implementation, and execution of division merchandising plans
- Promote and support strong relationships with local community organizations in the surrounding area in which the store operates
- Build a proactive and productive relationship with union representatives and business agents, if the store is covered by a collectively bargaining agreement
- Serve as liaison providing feedback to Store Manager, District Manager and Coordinators on the effectiveness of Division merchandising and operational plans/programs
- Assist the store manager in the hiring, onboarding, development and associate relations responsibilities
- Reduce turnover and increase retention
- Provide timely feedback to department leaders and associates on individual and department performance
- Assist with the management of labor and supply costs daily to meet customer service and financial targets
- Technical/Professional Knowledge, Compliance and Skills Achieve a satisfactory level of technical and professional skills or knowledge in position and/or related areas; keep up with current developments and trends
- Ensure associates and location comply with laws and regulation applicable to the company
- Supervise and coach direct reports on the performance of their duties; complete performance reviews and provide feedback to direct reports
- Must be able to perform the essential job functions of this position with or without reasonable accommodation

**Minimum Position Qualifications**
- High School Diploma or GED
- Have successfully completed the applicable Division Management Training Program

**Desired Previous Experience/Education**
- Bachelor's Degree
- Any Supervisory responsibilities, retail experience, financial responsibility including budget preparation and management experience


**Education Level:** Associates Required
**Required Travel:** Up to 25%
**Required Certifications/Licenses:** None
**Position Type:** Full-Time
**Regions:** Mid-Atlantic


**Jobs at Kroger:** At Kroger, we hire people who have a passion for helping others and who want to build a relationship with our Customers. No matter what stage of your career, you can build your future at Kroger. We look for people who want more, aspire to be more and work hard to achieve their goals. Our focus on keeping the Customer first is what makes us successful.

DocuSign Envelope ID: 4847039C-C5E8-471C-9FD5-45F910547835

We offer many opportunities not only in our stores, but in Manufacturing, Logistics, Marketing, Finance, Human Resources, and many other fields.

**Company Overview:** Kroger Family of Companies employs nearly half a million associates who serve over 11 million customers daily through a seamless shopping experience under a variety of banner names.  At The Kroger Co., we are Fresh for Everyone™ and dedicated to our Purpose: To Feed the Human Spirit®.  We are committed to creating #ZeroHungerZeroWaste communities by 2025.  Careers with The Kroger Co. and our family of companies offer competitive wages, flexible schedules, benefits and room for advancement.

Posting Notes:  VA || Roanoke || 7223 Williamson Rd || 24019 || Kroger Stores || None || Human Resources; Merchandising; Store Management; Store Operations || Employee || Exempt || Full-Time || None



**Nearest Major Market:** Roanoke

Apply now ▲

Find similar jobs:

View All Jobs

DocuSign Envelope ID: 4847939C-C5E9-471C-9FD5-45F910547885

The Kroger Co. Home

Job Searches

Job Categories

Privacy Policy

Terms of Service

View All Jobs

  

It is the policy of the Kroger family of companies to provide equal opportunity for all applicants and candidates for employment and to administer all human resource practices such as recruiting, hiring, promoting, and all other terms, conditions, and privileges of employment in a manner which does not discriminate on the basis of race, color, sex, disability, age, national origin, religion, sexual orientation, gender identity, genetic information or any other characteristic protected by applicable law. All Comments

© Copyright 2020 The Kroger Co. All Rights Reserved

DocuSign Envelope ID: 4847039C-C5E8-471C-9ED5-45E910547885

# EXHIBIT D

DocuSign Envelope ID: 4847939C-C5EB-474C-9FD5-4F5910547885 – Performance Review for JENNIFER A. CLARK



# 2018 Year End Performance Review for JENNIFER A. CLARK

## Associate Information

| | | | |
|---|---|---|---|
| First Name | JENNIFER | Last Name | CLARK |
| Job Title | STR MGMT-STORE/OPS ASST MGR | Division | 025 - Delta Division |

## Associate Profile Update

Please take this opportunity to update your Associate Profile. Your Associate Profile is accessed by clicking on the "My Associate Profile" option from the KnowMe home page drop-down menu. It is important to keep your Associate Profile up to date, so your leader can stay aware of your career interests, organizational involvement and ongoing accomplishments. During your Year End Performance Review Discussion, plan to discuss any updates to your Associate Profile, including career interests, with your manager.

☑ Associate confirms profile reviewed and updated if necessary

☑ Manager confirms profile reviewed and updated if necessary

## Introduction

The Year End Performance Review Form is the final, annual review of your performance by your manager. The focus of the Year End Performance Review is to review progress and achievement of objectives set at the beginning and throughout the year. The Year End Performance Review Form provides you with the opportunity to describe what results were achieved and how you achieved them. Think about the actions you took to progress toward your objectives and the key milestones you reached along the way. Additional resources are included on the Help & Tutorials tab.

## 2018 Performance Objectives

Use the space provided to assess your progress and achievement of each objective. Include any supporting comments that describe the results you achieved and how you were able to achieve them. Additionally, review the **Kroger Leadership Model** behaviors to help you share how you progressed towards achieving your objectives. Before your Year End Performance Review Discussion, your manager will review your objectives and supporting comments and include their comments as well.

## Kroger Leadership Model Behaviors - Strengths

Review the **Kroger Leadership Model** behaviors and identify two leadership behaviors demonstrated as strengths throughout the year. Use the space provided below to explain why you chose each Kroger Leadership Model Behavior and discuss how you were able to effectively demonstrate these behaviors throughout the year. Additionally, think about how you will build on your strengths in the coming year.

### First Demonstrated Strength

| Area of Strength | Rating |
|---|---|
| Coaches and Develops Others | Achieves Results through Teamwork |

### Second Demonstrated Strength

| Area of Strength | Rating |
|---|---|
| Provides Clear and Strategic Direction | Communicates Effectively and Candidly |

Section Comments:

### JENNIFER A. CLARK's Comments

This year at the Covington store there were always opportunities to watch as the Team came together to achieve results. Through effective communication, the Team could achieve any task set before them. There were opportunites to cross train in different departments and motivating people to achieve thier best through team work. With fewer associates then most stores, they understood the importance of coming together to achieve a common goal.

### COURTLAND E PERRY's Comments

Please see Mr. Lee comments

### Comments by NATHAN A LEE

Jennifer does a great job with slowing down and working with each associate individually and making sure they understand the why behind each task that is set before them.

 Jennifer always leaves great instructions with all of her people, even on her days off. She always leaves direction and follows up behind each task on a dialy basis.

## Kroger Leadership Model Behaviors - Area for Development

Review the **Kroger Leadership Model** behaviors and identify one leadership behavior that is an area for development for the coming year. Use the space provided below to describe why you chose this behavior as an area for development and how you will improve on this area in the coming year.

## Area for Development

| Area for Development | Rating |
|---|---|
| Leads Change and Innovation | Leads Change and Innovation |

Section Comments:

### JENNIFER A. CLARK's Comments

In the Covington store, with fewer associates, this became a challange. With the downsizing of the different departments, it was challanging to keep people motivated through change. When they could see their department falling behind other stores, we had to pull together to keep spirits up.

### COURTLAND E PERRY's Comments

Please see Mr. Lee comments

### Comments by NATHAN A LEE

Jennifer does a great job in doing the "Change" but she could do more with leading and and coming up with different changes and innovations.

## Year End Summary

Provide any additional comments you would like to share about your overall performance for the year in the space below.

Section Comments:

### Comments by NATHAN A LEE

While I have only been here a short while at 418 with having jennifer under me, she has exceeded all expectations that I had set for her. She handles and manages all people and tasks that are asked of her. She does a great job of managing and getting work done thru her people which is a sign of a true leader. I consider myself lucky and blessed to have such a strong and knowledgeable ASM at my side. I know together we will accomplish great things here at 418 and turn this ship around!

DocuSign Envelope ID: 4847989C-C5E9-471C-97D5-45591D547885
Case: 1:21-cv-00103-MRB Doc #: 44-9 Filed: 10/08/21 Page: 149 of 157 PAGEID #: 1532
nd Performance Review for JENNIFER A CLARK

## 2018 Overall Performance Rating

This section will contain the associate's 2018 overall performance rating once it has been finalized by your Division/Business Unit's HR team.

Overall Performance Rating
*2018 Overall Performance - Consistently Delivers Expectations*

## Objective Details

| 2018 Overall Performance | 2018 Overall Performance - Consistently Delivers Expectations |

## Year End Performance Review Discussion Date

2018 Performance Review Discussion Date — 03/21/2019

## Signatures

Your signature indicates the Year End Performance Review Discussion was held, not agreement with the documentation or information contained in it. Review your Year End Performance Review Form to ensure all areas are complete. Click "Acknowledge to Complete Review" when complete.

Associate:  JENNIFER A. CLARK                    03/22/2019

DocuSign Envelope ID: 4847989C-C5E8-171C-9FD5-45591054788S    Pd Performance Review for JENNIFER A. CLARK



# 2017 Year End Performance Review for JENNIFER A. CLARK

## Associate Information

| First Name | JENNIFER | Last Name | CLARK |
|---|---|---|---|
| Job Title | STR MGMT-STORE/OPS ASST MGR | Division | 025 - Delta Division |

## Associate Profile Update

Please take this opportunity to update your Associate Profile sections. The profile and your career interests will be discussed during the Year End Review 1:1 with your manager.

☑ Associate confirms profile reviewed and updated if necessary

☑ Manager confirms profile reviewed and updated if necessary

## Introduction

The Year End Form is the final, annual review of associate performance by his/her manager. It focuses on the accomplishment of Performance Objectives, demonstration of Kroger Leadership Behaviors, among other things. Navigate to the Help & Tutorials tab of this page for a complete listing of available training and reference materials.

## 2017 Performance Objectives

Assess accomplishment of Performance Objectives and write supporting comments in the space provided.

Performance Objectives
to make goal of 78 on Friendly OSAT

| Did Not Meet |
|---|

made score of 71

**VICKI D. AUDIRSCH's Comments**

See Mr Wallace Comments

### Additional Ratings and Comments

#### Comments by ROBERT WESLEY WALLACE

Ms. Clark is very customer dfriven and makes time for each customer concern. Ms. Clark is a good example of how to treat customers. Ms. Clark has built a relationship with the community and this is her contribution to Friendly OSAT.

## Objective Details

| Objective | to make goal of 78 on Friendly OSAT | Progress Updates | made score of 71 |
|---|---|---|---|
| Status | Did Not Meet | Start Date | 01/29/2017 |
| Target Completion Date | 02/03/2018 | | |

Performance Objectives
To make score of 56 in Instock Roll up OSAT

| Complete |
|---|

**VICKI D. AUDIRSCH's Comments**

See mr Wallace comments

## Additional Ratings and Comments

### Comments by ROBERT WESLEY WALLACE

Ms. Clark had many opportunities with In stock position. There were many times that Ms. Clark would become a stocker and try to get the areas complete. This was an issue throughout the store on instocks.

## Objective Details

| | | | |
|---|---|---|---|
| Objective | To make score of 56 in Instock Roll up OSAT | Progress Updates | |
| Status | Complete | Start Date | 01/29/2017 |
| Target Completion Date | 02/03/2018 | | |

Performance Objectives
### To make goal of 58 in Produce Freshness of 58

Did Not Meet

got score of 57

**VICKI D. AUDIRSCH's Comments**

See mr Walace Comments

## Additional Ratings and Comments

### Comments by ROBERT WESLEY WALLACE

Produce is an area that Ms. Clark could spend more time. There were obstacles in the department that caused a barrier for her.

## Objective Details

| | | | |
|---|---|---|---|
| Objective | To make goal of 58 in Produce Freshness of 58 | Progress Updates | got score of 57 |
| Status | Did Not Meet | Start Date | 01/29/2017 |
| Target Completion Date | 02/03/2018 | | |

Performance Objectives
### To make goal of 58 on Meat Freshness OSAT

Complete

got score of 58

**VICKI D. AUDIRSCH's Comments**

See mr Wallace Comments

## Additional Ratings and Comments

### Comments by ROBERT WESLEY WALLACE

Meat is an area that Ms. Clark could spend additional time in this departftment.

## Objective Details

| | | | |
|---|---|---|---|
| Objective | To make goal of 58 on Meat Freshness | Progress | got score of 58 |

Performance Review for JENNIFER A CLARK

| | OSAT | | Updates |
|---|---|---|---|
| Status | Complete | Start Date | 01/29/2017 |
| Target Completion Date | 02/03/2018 | | |

## Leadership Behaviors - Strengths

*Evaluate demonstration of the Kroger Leadership Behaviors and write supporting comments in the space provided. Identify two leadership behaviors as Demonstrated Strengths. For a description of the eight Leadership Behaviors, click the ? next to the Rating pull down menu.*

### First Demonstrated Strength

| Area of Strength | Rating |
|---|---|
| Puts the Customer First | Communicates Effectively and Candidly |

### Second Demonstrated Strength

| Area of Strength | Rating |
|---|---|
| Leads through Positive Influence | Leads through Positive Influence |

Section Comments:

### JENNIFER A. CLARK's Comments

Over the year 433 has come a long way as we have developed our associates through effectivley communication and protraying a positive influence everyday. They know they can trust us, but in the same sense they understand the expectations of the Company, and we are driving for results

### VICKI D. AUDIRSCH's Comments

see Mr Wallace comments

### Comments by ROBERT WESLEY WALLACE

Ms. Clark approached each day with a positive vibe. Ms. Clark made it a priority to spend quality time with the customers to make sure they received the best shopping experience. Her community envolvement helped her build trust and relationships in the store. This allowed her to get a personal connection with the Atoka community.

## Leadership Behaviors - Area for Development

*Evaluate demonstration of the Kroger Leadership Behaviors and write supporting comments in the space provided. Identify one leadership behavior for an Area for Development. For a description of the eight Leadership Behaviors, click the ? next to the Rating pull down menu.*

### Area for Development

| Area for Development | Rating |
|---|---|
| Executes with Excellence | Executes with Excellence |

Section Comments:

### JENNIFER A. CLARK's Comments

I think as we as a store are moving into a new era of expectations, this will be the focus as we hold our associates accountable.

### VICKI D. AUDIRSCH's Comments

see Mr Wallace comments

### Comments by ROBERT WESLEY WALLACE

Ms. Clark has opportunities with staying on task. Ms. Clark would start many projects and not get these completed in a timely manner.

## Year End Summary

What additional thoughts would you like to share about the Associate's overall performance? Write overall Year-End comments in the space provided.

Section Comments:

### JENNIFER A. CLARK's Comments

Overall I think we have made great improvements at 433 as a management team, and we made over 3 million in sales for the first time ever. Our efforts are showing in the sales that we have accomplished.

### Comments by ROBERT WESLEY WALLACE

Ms. Clark had an eventful year at 433. There were many barriers and struggles that would make some of her assignments very time conmstraining.

### VICKI D. AUDIRSCH's Comments

see Mr Wallace comments

## 2017 Overall Performance Rating

This section will contain the associate's 2017 Overall Performance rating once it has been finalized by your Division/Business Unit's HR team.

DO NOT forward to Associate to Acknowledge until you see the rating populated here. If this form is forwarded prior to this rating being populated, navigate to the Team Overview and use the Recall hyperlink in the Associate Acknowledgement column to pull the form back to the 1:1 step.

Overall Performance Rating
2017 Overall Performance - Consistently Delivers Expectations

## Objective Details

| 2017 Overall Performance | 2017 Overall Performance - Consistently Delivers Expectations |
|---|---|

## Performance Review Date

## Signatures

Your signature indicates the discussion was held, not agreement with the documentation or information contained in it. Review your Year-End Performance form to ensure all areas are complete. Click "Finalize Form" when complete.

Associate:  JENNIFER A. CLARK                                        04/19/2018



## 2019 Year End Performance Review for VICKIE SUE MCCLARY

### Associate Information

| First Name | VICKIE | Last Name | MCCLARY |
|---|---|---|---|
| Job Title | STR MGMT/ASST STORE LEADER TM | Division | 014 - Cincinnati Division |

### Associate Profile Update

Please take this opportunity to update your **Associate Profile**. It is important to keep your Associate Profile up to date, so your leader can stay aware of your **work history**, **career interests**, **organizational involvement** and **ongoing accomplishments**. During your Year End Performance Review Discussion, plan to discuss any updates to your Associate Profile with your manager.

Your Associate Profile is accessed by clicking on the highlighted text above or selecting the "My Associate Profile" option from the KnowMe home page drop-down menu.

☑ Associate confirms profile reviewed and updated if necessary
☑ Manager confirms profile reviewed and updated if necessary

### 2019 Performance Objectives

The Year End Performance Review Form is the final, annual review of your performance by your manager. The focus of the Year End Performance Review is to review progress and achievement of objectives set at the beginning and throughout the year. The Year End Performance Review Form provides you with the opportunity to describe what results were achieved and how you achieved them. Think about the actions you took to progress toward your objectives and the key milestones you reached along the way

For each objective, select the appropriate rating by assessing your progress toward each objective, considering what results you achieved and how you achieved them. Your manager will also assess each objective.

Click on the "pencil icon" next to each objective to add progress updates or update the status of each objective.

| Performance Objectives | |
|---|---|
| Achieve ID sales of 3% or greater. | Not Yet Started |

Sales $94,339.4 +$767.9 to LY +.82% (Goal +3%)

| Rating | Rating |
|---|---|
| Needs Improvement | Consistently Delivers Expectations |

### Objective Details

| WHAT result will you achieve? | Achieve ID sales of 3% or greater. | Start Date | 02/03/2019 |
|---|---|---|---|
| HOW will you achieve this, working through and with others? | Achieve ID sales of 3% or greater. | Target Completion Date | 02/01/2020 |
| Status | Not Yet Started | | |

| Performance Objectives | |
|---|---|
| Pick up fill rate of 97%. Replenishment score of 90% Trucks and back stock worked 100% Display compliance 97% | Not Yet Started |

Pick up fill rate of 96.24% (Goal 97%)
Replenishment score 92.8% (90%)
Trucks and back stock worked 100% (Goal 100%)
Display compliance 94.2% (Goal 97%)

| Rating | Rating |
|---|---|
| Consistently Delivers Expectations | Consistently Delivers Expectations |

### Objective Details

| WHAT result will you achieve? | Pick up fill rate of 97% Replenishment score of 90% Trucks and back stock worked 100% Display compliance 97% | Start Date | 02/03/2019 |
|---|---|---|---|
| HOW will you achieve this, working through and with others? | Pick up fill rate of 97%. Replenishment score of 90% Trucks and back stock worked 100% Display compliance 97% | Target Completion Date | 02/01/2020 |
| Status | Not Yet Started | | |

DocuSign Envelope ID: 4847039C-C5EB-471C-9FD5-45F910547885

Performance Objectives
Achieve labor of 100.50
Achieve shrink of -2.12
Achieve variable expense of 6%

| | Not Yet Started |

Labor of 97.68% (Goal 100.%)
Shrink -1.88% (Goal -2.12)
Variable expense 2.12% (Goal 6%)

**Rating**                    **Rating**
Needs Improvement             Consistently Delivers Expectations

## Objective Details

| WHAT result will you achieve? | Achieve labor of 100.50 Achieve shrink of -2.12 Achieve variable expense of 6% | Start Date | 02/03/2019 |
| HOW will you achieve this, working through and with others? | Pick up fill rate of 97%, Replenishment score of 90%, Trucks and back stock worked 100%, Display compliance 97% | Target Completion Date | 02/01/2020 |
| Status | Not Yet Started | | |

Performance Objectives
Achieve retention rate of 41.4 %

| | Not Yet Started |

Retention Rate 45% (Goal 41.4%)

**Rating**                    **Rating**
Consistently Delivers Expectations    Consistently Delivers Expectations

## Objective Details

| WHAT result will you achieve? | Achieve retention rate of 41.4 % | Start Date | 02/03/2019 |
| HOW will you achieve this, working through and with others? | By following the steps of retention | Target Completion Date | 02/01/2020 |
| Status | Not Yet Started | | |

Performance Objectives
Achieve 100% very good on all promise shops

| | Not Yet Started |

Did not achieve goal of 100%

**Rating**                    **Rating**
Needs Improvement             Needs Improvement

## Objective Details

| WHAT result will you achieve? | Achieve 100% very good on all promise shops | Start Date | 02/03/2019 |
| HOW will you achieve this, working through and with others? | Achieve 100% very good on all promise shops | Target Completion Date | 02/01/2020 |
| Status | Not Yet Started | | |

Performance Objectives
Achieve 100% very good on all promise shops

| | Not Yet Started |

Did not achieve goal of 100%

**Rating**                    **Rating**
Needs Improvement             Needs Improvement

## Objective Details

| WHAT result will you achieve? | Achieve 100% very good on all promise shops | Start Date | 02/03/2019 |
| HOW will you achieve this, working through and with others? | Achieve 100% very good on all promise shops | Target Completion Date | 02/01/2020 |
| Status | Not Yet Started | | |

## Performance Objective Comments

Use the space provided to add any further detail about your progress and achievement of each objective. Include any supporting comments that describe the results you achieved and how you were able to achieve them. Before your Year End Performance Review Discussion, your manager will review your objectives and supporting comments and include their comments as well.

Section Comments:

**Subjects Comments**

Sales $94,339.4 +$767.9 to LY + 82% (Goal +3%)

Pick up fill rate of 96.24% (Goal 97%)
Replenishment score 92.8% (90%)
Trucks and back stock worked 100% (Goal 100%)

Display compliance 94.2% (Goal 97%)

Labor of 97.68% (Goal 100.%)
Shrink -1.88% (Goal -2.12)
Variable expense 2.12% (Goal 6%)

Retention Rate 45% (Goal 41.4%)

Promise Shops  (Goal 100%)

**Managers Comments**

Sales, expense, and pickup results were significantly impacted by a major store remodel that occurred during the middle of the year.  We also continued to have sister store impact from newer stores such as 838 and 960.  However, in terms of promise shops, these were not affected by the remodel and our results were extremely inconsistent.  We will need help from all  members of management in 2020 to coach the expectations of customer service to our associates and follow up as needed.  Results on pickup instock and trucks completed, we were the best in the district.

### Kroger Leadership Model Behaviors

Review the Kroger Leadership Model behaviors for your role or level by selecting the Kroger Leadership Model image on your **KnowMe homepage**. Then, assess each Kroger Leadership Model behavior, considering how you demonstrated each behavior for your role or level throughout the year.

Use the "Section Comments" area to share any overall comments about your progress on the Kroger Leadership Model behaviors this year. Think about how you were able to demonstrate a Passion for People and a Passion for Results in your role. Additionally, think about how you will continue to develop on these behaviors in the coming year.

**Achieves Results through Teamwork**

**Rating**
●●○○○
Striving Towards Good

**Rating**
●●●●○
Striving Towards Great

**Coaches and Develops Others**

**Rating**
●●●○○
Good

**Rating**
●●●●○
Good

**Communicates Effectively and Candidly**

**Rating**
●●●○○
Good

**Rating**
●●●●○
Striving Towards Great

**Executes with Excellence**

**Rating**
●●●○○
Good

**Rating**
●●●●○
Good

**Leads Change and Innovation**

**Rating**
●●●○○
Good

**Rating**
●●●●○
Striving Towards Great

**Leads through Positive Influence**

**Rating**
●●●●○
Striving Towards Great

**Rating**
●●●●○
Striving Towards Great

**Provides Clear and Strategic Direction**

**Rating**
●●●○○
Good

**Rating**
●●●○○
Good

**Puts the Customer First**

**Rating**
●●●○○
Good

**Rating**
●●●●●
Great

Section Comments:

**VICKIE SUE MCCLARY's Comments**

My strengths are managing change and diversity, time management, organizational skills, follow through, commitment, positive motivation of associates and customer service.

My areas of opportunity are continuing to learn all of the many Kroger systems and policies and procedures to assist me in becoming a more effective and knowledgeable Manager at Kroger.

**BENJAMIN L PYZIK's Comments**

Vickie leads through positive influence in that she sets an example for our associates as well as her peers in many areas.  Vickie is always timely for work, in fact early most of the time, and is always flexible to adjust scheduling for the team or the needs of business.  Vickie is a positive example for others when addressing customer issues.  My opportunity for Vickie, would be to build on improving relationships with our department leaders.  Vickie has a solid background in retail, however to fully learn the "Kroger" way, most of her knowledge needs to come from department leaders.  The department leaders are the most important members of our team.  Building good relationships with department leaders may include more of a balance of issuing directives and working collaboratively on a project.  There has become a noted decline in store conditions as well as operational results when I personally am not in the store.  There is accountability at all levels for food safety, store conditions, and out of stocks.   This next performance review period, I the management team will continue to be accountable for holding store conditions and results to the same standard, regardless of who is "running" the store at a particular period in time.

## Year End Summary

Provide any additional comments you would like to share about your overall performance for the year in the space below.

Section Comments:

**VICKIE SUE MCCLARY's Comments**

After spending the last 6 months with Kroger, I have learned an extraordinary amount of information and it has been a huge learning experience.  I learn something new every day and have so much more to learn!  This is an exciting adventure for me and I am very proud to say I work for Kroger.

**BENJAMIN L PYZIK's Comments**

I requested Vickie to be assigned to store 811 upon completion of her training, and I continue to be pleased with that decision.  Vickie is smart, works hard, and exhibits great leadership.  She is becoming a "go to" person for a variety of things.  There is still much for Vickie to learn as it relates to Kroger, as would be expected for anyone with about a year's experience with us.  As mentioned about the department leaders can help with that learning, they know the most about their "business".  In everything she does Vickie wants to do a good job, and that quality makes her a fine member of our 811 team.

## 2019 Overall Performance Rating

This section will contain the associate's 2019 overall performance rating once it has been finalized by your Division/Business Unit's HR team.

Overall Performance Rating
2019 Overall Performance - Consistently Delivers Expectations

## Objective Details

| 2019 Overall Performance | 2019 Overall Performance - Consistently Delivers Expectations |
|---|---|

## Year End Performance Review Discussion Date

2019 Performance Review Date                    04/11/2020

## Signatures

Your signature indicates the Year End Performance Review Discussion was held, not agreement with the documentation or information contained in it. Review your Year End Performance Review Form to ensure all areas are complete. Click "Acknowledge to Complete Review" when complete.

Associate:  VICKIE SUE MCCLARY                                    04/11/2020