

**Insert Banner Here**
**Division Position Profile**

**Position Title:** Assistant Store Leader- HM
**Enterprise Job Code:** 300002
**Department:** Store Management
**Position Reports To:** Store Manager
**Position Supervises:** Store Team
**FLSA Status:** Exempt
**Position Updated:**

### Position Summary:

Responsible for assisting with the overall day-to-day operations of the store including continuous development of effective store associates to achieve desired sales and profit results. Assess daily the stores' ability to meet/exceed customer expectations for ease of shopping, variety, freshness, cleanliness, food safety and regulatory compliance. Assist with coaching and development of store associates through both formal and informal interactions. Role model and demonstrate the company's core values of respect, honesty, integrity, diversity, inclusion and safety of others.

### Essential Functions:

- Assist store manager and associates in the acheivement of a favorable customer shopping experience
- Responsible in leading teams in the planning, implementation and execution of merchandising and operating initiatives.
- Work with department leaders and associates to identify opportunities in the store, develop timely solutions and create action plans to ensure implementation of plans.
- Achieve/exceed weekly, period, and annual sales, wage budgets and profit budgets, and other targeted goals.
- Drive sales working with department leaders to maximize sales and profits, reduce shrink and improve each store department's contribution.
- Assist the store manager in the regular store-level financial performance discussions to include developing budgets and other targeted goals with store associates.
- Utilize coordinators and other field staff to ensure store departments are achieving sales and profit goals and ensure implementation, and execution of division merchandising plans.
- Promote and support strong relationships with local community organizations in the surrounding area in which the store operates.
- Responsible in building a proactive and productive relationship with union representatives and business agents, if the store is covered by a collectively bargaining agreement.
- Serve as liaison providing feedback to Store Manager, District Manager and Coordinators on the effectiveness of Division merchandising and operational plans/programs.
- Assist the store manager in the hiring, onboarding, development and associate relations responsibilities.
- Responsible to reduce turnover, increasing retention.
- Provide timely feedback to department leaders and associates on individual and department performance.
- Assist with the management of labor and supply costs daily to meet customer service and financial targets.
- Technical/Professional Knowledge, Compliance and Skills – Achieve a satisfactory level of technical and professional skills or knowledge in position and/or related areas; keep up with current developments and trends.
- Ensure associates and location comply with laws and regulation applicable to the company.
- Supervise and coach direct reports on the performance of their duties; complete performance reviews and provide feedback to direct reports.
- Must be able to perform the essential functions of the position with or without reasonable accommodation.

### Behaviors:

Some of the Behaviors needed to successfully perform this position are:

- **Puts the Customer First** - Anticipates customer needs, champions for the customer, acts with customers in mind, exceeds customers' expectations, gains customers' trust and respect.
- **Communicates effectively and candidly** - Communicates clearly and directly, approachable, relates well to others, engages people and helps them understand change, provides and seeks feedback, articulates clearly, actively listens.
- **Achieves results through teamwork** – Is open to diverse ideas, works inclusively and collaboratively, holds self and others accountable, involves others to accomplish individual and team goals.

- **Leads through positive influence** – Demonstrates strong character; builds partnerships; models a conscious balance between work and personal life; takes personal responsibility for own development; role models leadership qualities such as motivation, inspiration, passion and trust.
- **Coaches and develops others** - Develops and cares about associates, builds effective teams, helps people be their best, values and manages diversity, provides candid and constructive feedback.
- **Leads change and innovation** - Challenges the status quo, embraces technology, puts forward creative ideas, champions and implements process improvements, gathers the ideas of others, demonstrates good judgment about which ideas will work.
- **Executes with excellence** - Is action oriented, drives for results, sets clear expectations and milestones, reviews progress, acts decisively, solves problems, can be counted on to consistently meet or exceed goals.
- **Provides clear and strategic direction** - Plans and organizes well, sets a clear and simple course of action, stays focused on the most important priorities, has the ability to visualize and plan for the future, understands the industry and marketplace.
- **Safety Awareness** -Identifying and correcting conditions that affect employee safety; upholding safety standards.

### Minimum Position Qualifications:
- Possess high school degree or equivalent
- Have successfully completed the applicable Division Management Training Program.

### Desired Previous Job Experience:
- Supervisory responsibilities
- Retail experience
- Financial responsibility including budget preparation and management
- Bachelor's degree

### Potential Career Path from this Position:
- Store Manager
- District Coordinator
- Division Operations Positions
- Division Merchandising Positions
- Division HR Positions

### Job Codes to be used:
KERMIT- 2013164 ASSISTANT STORE LEADER- HM