**General Docket**
**United States Court of Appeals for the Sixth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 21-305<br>In re: A&L Home Care and Training Ctr, et al<br>**Appeal From:** Southern District of Ohio at Cincinnati<br>**Fee Status:** not applicable | **Docketed:** 08/16/2021 |

**Case Type Information:**
1) Permission to Appeal
2) 1292
3) null

**Originating Court Information:**
**District:** 0648-1 : 1:20-cv-00757
**Trial Judge:** Matthew W. McFarland, U.S. District Judge
**Date Filed:** 09/21/2020
**Date Order/Judgment:**          **Date NOA Filed:**
08/13/2021                          08/16/2021

**Prior Cases:**
  None

**Current Cases:**

| | Lead | Member | Start | End |
|---|---|---|---|---|
| Related | 21-305 | 21-306 | 08/16/2021 | |

| | |
|---|---|
| In re: A&L HOME CARE AND TRAINING CENTER, LLC<br>    Petitioner | Michael Scott McIntyre<br>Direct: 513-929-3400<br>[COR LD NTC Retained]<br>Baker & Hostetler<br>Firm: 513-929-3400<br>312 Walnut Street<br>Suite 3200<br>Cincinnati, OH 45202<br><br>Gregory Valentin Mersol<br>Direct: 216-861-7935<br>[COR NTC Retained]<br>Baker & Hostetler<br>1900 E. Ninth Street<br>Suite 3200<br>Cleveland, OH 44114-3485 |
| NILA IRBY<br>    Petitioner | Michael Scott McIntyre<br>Direct: 513-929-3400<br>[COR LD NTC Retained]<br>(see above)<br><br>Gregory Valentin Mersol<br>Direct: 216-861-7935<br>[COR NTC Retained]<br>(see above) |
| DAWNETTA ABBETT<br>    Petitioner | Michael Scott McIntyre<br>Direct: 513-929-3400<br>[COR LD NTC Retained]<br>(see above)<br><br>Gregory Valentin Mersol<br>Direct: 216-861-7935<br>[COR NTC Retained]<br>(see above) |
| RUTHIE LUCAS<br>    Petitioner | Michael Scott McIntyre<br>Direct: 513-929-3400<br>[COR LD NTC Retained] |

(see above)

Gregory Valentin Mersol
Direct: 216-861-7935
[COR NTC Retained]
(see above)

---

**U.S. CHAMBER OF COMMERCE**
    Amicus Curiae

Jonathan D. Urick
Direct: 703-405-1378
[COR LD NTC Retained]
Lehotsky Keller
200 Massachusetts Avenue, N.W.
Washington, DC 20001

**LARRY HOLDER**
    Respondent

Gregory R. Mansell
Direct: 614-610-4134
[COR LD NTC Retained]
Law Office
1457 S. High Street
Columbus, OH 43207

Carrie J. Dyer
Direct: 614-610-9899
[COR NTC Retained]
1457 S. High Street
Columbus, OH 43207

Rhiannon Herbert
Direct: 614-515-2885
[COR NTC Retained]
Law Office
1457 S. High Street
Columbus, OH 43207

**CALVIN MARCUM**
    Respondent

Gregory R. Mansell
Direct: 614-610-4134
[COR LD NTC Retained]
(see above)

Carrie J. Dyer
Direct: 614-610-9899
[COR NTC Retained]
(see above)

Rhiannon Herbert
Direct: 614-515-2885
[COR NTC Retained]
(see above)

**JESSICA VANWINKLE**
    Respondent

Gregory R. Mansell
Direct: 614-610-4134
[COR LD NTC Retained]
(see above)

Carrie J. Dyer
Direct: 614-610-9899
[COR NTC Retained]
(see above)

Rhiannon Herbert
Direct: 614-515-2885
[COR NTC Retained]
(see above)

In re: A&L HOME CARE AND TRAINING CENTER, LLC; NILA IRBY; DAWNETTA ABBETT; RUTHIE LUCAS

    Petitioners

| Date | Doc | Description |
|---|---|---|
| 08/16/2021 | 1<br>60 pg, 6.42 MB | Permission for Leave to Appeal Docketed. Request filed by Petitioners A&L Home Care and Training Center, LLC, Dawnetta Abbett, Nila Irby and Ruthie Lucas. Petition Received in 6CA: 08/16/2021. (REO) [Entered: 08/16/2021 03:53 PM] |
| 08/16/2021 | 2 | The case manager for this case is: Ryan Orme (REO) [Entered: 08/16/2021 03:56 PM] |
| 08/16/2021 | 3<br>1 pg, 91.52 KB | APPEARANCE filed for Petitioners A&L Home Care and Training Center, LLC, Dawnetta Abbett, Nila Irby and Ruthie Lucas by M. Scott McIntyre. Certificate of Service: 08/16/2021. [21-305] (MSM) [Entered: 08/16/2021 08:01 PM] |
| 08/17/2021 | 4<br>1 pg, 330.22 KB | APPEARANCE filed for Petitioners A&L Home Care and Training Center, LLC, Dawnetta Abbett, Nila Irby and Ruthie Lucas by Gregory V Mersol. Certificate of Service: 08/17/2021. [21-305] (GVM) [Entered: 08/17/2021 03:26 PM] |
| 08/23/2021 | 5<br>1 pg, 128.82 KB | AMICUS APPEARANCE filed for *Chamber of Commerce of the United States of America* by Jonathan D. Urick. Certificate of Service: 08/23/2021. [21-305] (JDU) [Entered: 08/23/2021 04:44 PM] |
| 08/23/2021 | 6<br>0 pg, 0 KB | ***LOCKED - please refile including only the motion in this entry*** MOTION to file AMICUS BRIEF filed by Jonathan D. Urick for Chamber of Commerce of the United States of America. Certificate of Service: 08/23/2021. [21-305]--[Edited 08/24/2021 by REO] (JDU) [Entered: 08/23/2021 04:53 PM] |
| 08/23/2021 | 7<br>23 pg, 370.22 KB | TENDERED AMICUS BRIEF filed by *Jonathan D. Urick for Chamber of Commerce of the United States of America*, without parties' consent. Certificate of Service:08/23/2021. [21-305]--[Edited 08/24/2021 by REO] (JDU) [Entered: 08/23/2021 05:02 PM] |
| 08/24/2021 | 8<br>6 pg, 238.3 KB | MOTION to file AMICUS BRIEF filed by Jonathan D. Urick for Chamber of Commerce of the United States of America. Certificate of Service: 08/24/2021. [21-305] (JDU) [Entered: 08/24/2021 12:32 PM] |
| 09/01/2021 | 9<br>1 pg, 243.94 KB | APPEARANCE filed for Respondents Larry Holder, Jessica Vanwinkle and Calvin Marcum by Greg Mansell. Certificate of Service: 09/01/2021. [21-305] (GRM) [Entered: 09/01/2021 11:39 AM] |
| 09/01/2021 | 10<br>1 pg, 250.1 KB | APPEARANCE filed for Respondents Larry Holder, Calvin Marcum and Jessica Vanwinkle by Carrie Dyer. Certificate of Service: 09/01/2021. [21-305] (CJD) [Entered: 09/01/2021 11:40 AM] |
| 10/22/2021 | 11<br>1 pg, 244.19 KB | APPEARANCE filed for Respondents Larry Holder, Calvin Marcum and Jessica Vanwinkle by Rhiannon Herbert. Certificate of Service: 10/22/2021. [21-305] (RH) [Entered: 10/22/2021 11:29 AM] |

Clear All

● Documents and Docket Summary
○ Documents Only

☑ Include Page Numbers

**Selected Pages:** 0      **Selected Size:** 0 KB
Totals reflect accessible documents only and do not include unauthorized restricted documents.

View Selected

| PACER Service Center ||
|---|---|
| Transaction Receipt ||
| 10/29/2021 14:06:42 ||
| **PACER Login:** | smithjeremy | **Client Code:** | |
| **Description:** | Docket Report (filtered) | **Search Criteria:** | 21-305 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |