UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Thomas Schell and
Christopher Riley,

      Plaintiffs,

      v.

The Kroger Company,

      Defendant.

Case No. 1:21cv103

Judge Michael R. Barrett

## CALENDAR ORDER

Pursuant to the filing of the Rule 26(f) Report by the parties on October 5, 2021 (Doc. 43), this case shall proceed on discovery and disposition as to plaintiffs' FLSA conditional certification and court-authorized notice as follows:

**1.** Telephone Status Conference[1]: **November 16, 2021 at 2:00 pm**

2. FLSA Motion by plaintiff: **October 8, 2021**

    Response: **October 29, 2021**
    Reply: **November 5, 2021**

3. Motion hearing: **date to be determined**

**IT IS SO ORDERED.**

                                      *s/Michael R. Barrett*
                                    Michael R. Barrett, Judge
                                    United States District Court

---

1 Conferencing instructions to be provided by a separate notice which will follow this Order. These instructions shall be used each time the Court conducts a telephone conference.