IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| THOMAS SCHELL and CHRISTOPHER RILEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE KROGER COMPANY d/b/a KROGER,<br><br>Defendant. | Case No. 1:21-cv-00103-MRB |

**STIPULATION AND [PROPOSED] ORDER TO**
**ISSUE NOTICE TO POTENTIAL OPT-IN PLAINTIFFS**

Plaintiffs and Defendant (the "Parties"), pursuant to Section 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b) and the Parties' Settlement Agreement and Release, jointly stipulate and agree to the issuance of notice of this action to potential opt-in plaintiffs. The Parties request that the Court approve the enclosed notice (the "Notice"). Subject to the Court's approval, the Parties agree as follows:

1. The Parties stipulate to the provision of notice of this action to additional potential collective members, who are defined as:

> "All current and former Assistant Store Managers who work, or worked, in the following "Kroger" branded divisions at any time between February 28, 2019, and June 20, 2023: Central (Indianapolis), Michigan, Louisville, Dallas, Houston, and Mid-Atlantic (Roanoke/Richmond)." ("Additional ASM Collective");

2. Within twenty-one (21) calendar days of the Court's approval of this Stipulation, Defendant will produce to Plaintiffs' counsel and the Settlement Administrator a list, in Microsoft Excel format, containing the following information: names, dates of employment as an ASM, and the last known mailing addresses, telephone numbers (if available), and personal e-mails (if available) of all putative members of the Additional ASM Collective ("Additional Potential Collective Members").

1

3. Within forty-five (45) calendar days of the Court's approval of this Stipulation, the Settlement Administrator shall send the Notice to Additional Potential Collective Members by regular U.S. mail.

4. Additional Potential Collective Members will have thirty (30) days from the date of mailing to return their signed Consent to Join forms. Additional Potential Collective Members may return their Consent to Join forms by U.S. mail, fax, email, or website submission.

5. By entering into this stipulation, Defendant does not waive any claims or defenses, or any arguments concerning whether any individuals who opt into the case are similarly situated and/or whether the matter can proceed as a collective action pursuant to the FLSA, 29 U.S.C. § 216(b).

6. The Court additionally instructs the Parties to implement any modifications of the Settlement Agreement as may be contemplated and mutually agreed to by the Parties occasioned by the Court's October 10, 2024 Order (Doc. 70).

HAVING SEEN AND AGREED:

*/s/ Jason Conway*
Jason Conway
CONWAY LEGAL, LLC
1700 Market Street, Suite 1005
Philadelphia, PA 19103
Telephone: (215) 278-4782
Fax: (215) 278-4807
jconway@conwaylegalpa.com

Bruce Meizlish
Deborah Grayson
MEIZLISH & GRAYSON
830 Main Street, Suite 999
Cincinnati, Ohio 54202
Phone: (513) 345-4700
Facsimile: (513) 345-4703
brycekaw@fuse.net
drgrayson@fuse.net

*Attorneys for Plaintiffs*

*/s/ Ryan M. Martin (w/ permission)*
Ryan M. Martin
Anthony P. McNamara
Jackson Lewis PC
PNC Center, 26th Floor
201 East 5th Street
Cincinnati, OH  45202
Telephone:  (513) 898-0050
Facsimile:  (513) 898-0051
ryan.martin@jacksonlewis.com
anthony.mcnamara@jacksonlewis.com

*Attorneys for Defendant*

**IT IS SO ORDERED** this _____ day of _____, 2024.

BY THE COURT:

_____
JUDGE MICHAEL BARRETT

## **CERTIFICATE OF SERVICE**

I certify that, on November 1, 2024, I caused a true and correct copy of the aforementioned document to be served on all counsel of record in this matter through operation of the Court's CM/ECF system.

*/s/ Jason Conway*
Jason Conway

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

**TO:** ALL ASSISTANT STORE MANAGERS EMPLOYED BY KROGER BETWEEN FEBRUARY 28, 2019 AND JUNE 20, 2023

**PLEASE READ THIS NOTICE – A LAWSUIT MAY AFFECT YOUR RIGHTS**

Two former Assistant Store Managers (the "Plaintiffs") have brought a collective action lawsuit against The Kroger Co. ("Kroger"), claiming that it misclassified them and other Assistant Store Managers as "exempt" employees and failed to pay them overtime for working more than 40 hours a week as required by the Fair Labor Standards Act ("FLSA"). Kroger denies the Plaintiffs' allegations and maintains that all Assistant Store Managers ("ASMs") have been properly classified as exempt employees under the FLSA.

The Parties have agreed to distribution of this Notice to all individuals who worked as ASMs for Kroger or its subsidiaries at stores in the Central (Indianapolis), Michigan, Louisville, Dallas, Houston and Mid-Atlantic (Roanoke/Richmond) divisions at any time between February 28, 2019 and June 20, 2023.

Your legal rights may be affected, and you have a choice to make now.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | |
|---|---|
| **ASK TO BE INCLUDED** | If you choose to be included in this collective action, you will keep the possibility of getting monetary recovery or benefits. You give up any rights to sue Kroger on your own for the same claims in this lawsuit and will be bound by any judgment or settlement in this lawsuit, whether favorable or unfavorable.<br><br>**If you wish to be included, you must complete and return the "Consent to Join" form included with this Notice by no later than \_\_\_\_ [30 days from mailing of notice].** |
| **DO NOTHING** | By doing nothing, you will not be included in this lawsuit. This means that you give up the possibility of getting a monetary recovery or benefits.<br>You keep any right to sue Kroger separately about the same legal claims in this lawsuit. You should be aware that your time to bring FLSA claims is limited by a two- or three-year statute of limitations. |

| 1. | Why did I get this notice? |
|---|---|

You are receiving this notice because Kroger's records show that you were employed as an ASM for at least one week between February 28, 2019 and June 20, 2023.  The Parties agreed to send this notice to you and other ASMs to inform you of the case and your right to join it.

| 2. | What is this lawsuit about? |
|---|---|

The lawsuit alleges that Kroger improperly classified ASMs as "exempt" employees and failed to pay them overtime for hours worked over 40 in a workweek.  The Plaintiffs allege that ASMs should be classified as "non-exempt" employees and paid overtime compensation under the FLSA.  The Plaintiffs seek to recover overtime wages and an additional equal amount as liquidated damages, plus attorneys' fees and costs, for themselves and all other ASMs who join the lawsuit.

Kroger asserts that all ASMs have been properly classified as exempt employees, and that they have paid all Assistant Store Managers appropriately and lawfully.  The Court has not decided who is correct.

This lawsuit is known as *Schell, et al. v. The Kroger Company* and is proceeding in the United States District Court for the Southern District of Ohio, Case No. 1:21-cv-00103-MRB.

| 3. | What is a collective action and who is involved? |
|---|---|

In a collective action, one or more individuals can bring a lawsuit on behalf of others who are "similarly situated" to them.  If you complete and return the enclosed Consent to Join form, you will join the case and become part of the "collective."  One court will resolve the issues for the entire collective.

| 4. | Why is this lawsuit a Collective Action? |
|---|---|

The Parties agreed that this case should proceed as a collective action under Section 216(b) of the FLSA for the purpose of sending you this Notice and giving you a chance to join.

| 5. | How do I ask to be included in the Collective? |
|---|---|

Enclosed is a "Consent to Join" form.  **If you choose to join this lawsuit, you must read, sign, and promptly return the Consent to Join form by \_\_\_\_** [30 days from mailing of notice].  You can fax it to the below number or email it to the below email address.  You can also mail it back in the enclosed postage-paid envelope or another envelope, so that it is received by \_\_\_\_ [30 days from mailing of notice].  Should the enclosed envelope be lost or misplaced, the Consent to Join Form must be sent to:

**[CLAIMS ADMINISTRATOR'S MAILING ADDRESS]**
**[FAX]**
**[EMAIL ADDRESS]**
**[PHONE NUMBER]**

**The Consent to Join form must be received by \_\_\_\_ [30 days from mailing of notice].**

If you lose or misplace the enclosed Consent to Join form, please contact [claims administrator] at [telephone numbers].  If you have questions, you may contact any of Plaintiffs' lawyers listed below.

| 6. | Will my participation affect my employment? |

No.  Federal law prohibits an employer from firing or in any way retaliating against you because you have joined this lawsuit.

| 7. | Do I have a lawyer in this case and how will the lawyers get paid? |

If you choose to join this lawsuit, you will be represented by the attorneys who represent the Plaintiffs, Conway Legal, LLC, and Meizlish & Grayson.  Further information about Plaintiffs' counsel is available at www.conwaylegalpa.com and www.meizgray.com, and their contact information is listed in Section 10, below.

The Plaintiffs have entered into a contingency fee agreement with Plaintiffs' counsel.  Under the fee agreement, in the event there is a recovery, Plaintiffs' counsel will apply to the Court for a portion of any settlement obtained or money judgment entered in favor of Plaintiffs and the members of the collective.

| 8. | How can I get more information? |

If you have any questions, you may write, e-mail or call counsel for the Plaintiffs:

**CONWAY LEGAL, LLC**  
Jason Conway  
1700 Market Street, Suite 1005  
Philadelphia, PA 19103  
Phone: (215) 278-4782  
Facsimile: (215) 278-4807  
E-mail: info@conwaylegalpa.com

**MEIZLISH & GRAYSON**  
Bruce Meizlish  
119 E. Court Street, Suite 409  
Cincinnati, Ohio 45202  
Phone: (513) 345-4700  
Facsimile: (513) 345-4703  
E-mail: brucelaw@fuse.net

**PLEASE DO NOT CONTACT THE COURT WITH QUESTIONS ABOUT THIS NOTICE.**