IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| THOMAS SCHELL and CHRISTOPHER RILEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE KROGER COMPANY d/b/a KROGER,<br><br>Defendant. | Case No. 1:21-cv-00103-MRB |

**AMENDED STIPULATION AND ORDER TO**
**ISSUE NOTICE TO POTENTIAL OPT-IN PLAINTIFFS**

Plaintiffs and Defendant (the "Parties"), pursuant to Section 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b) and the Parties' Settlement Agreement and Release, jointly stipulate and agree to the issuance of notice of this action to potential opt-in plaintiffs. The Parties request that the Court approve the enclosed amended notice (the "Notice"). Subject to the Court's approval, the Parties agree as follows:

1. The Parties stipulate to the provision of notice of this action to additional potential collective members, who are defined as:

> "All current and former Assistant Store Managers who work, or worked, in the following "Kroger" branded divisions at any time between February 28, 2019, and June 20, 2023: Central (Indianapolis), Michigan, Louisville, Dallas, Houston, and Mid-Atlantic (Roanoke/Richmond)." ("Additional ASM Collective");

2. Within twenty-one (21) calendar days of the Court's approval of the Parties' original Stipulation (Doc. 72), Defendant will produce to Plaintiffs' counsel and the Settlement Administrator a list, in Microsoft Excel format, containing the following information: names, dates of employment as an ASM, and the last known mailing addresses, telephone numbers (if available), and personal e-mails (if available) of all putative members of the Additional ASM Collective ("Additional Potential Collective Members").

1

3. Within forty-five (45) calendar days of the Court's approval of the Parties' original Stipulation (Doc. 72), the Settlement Administrator shall send the Notice to Additional Potential Collective Members by regular U.S. mail.

4. Additional Potential Collective Members will have thirty (30) days from the date of mailing to return their signed Consent to Join forms. Additional Potential Collective Members may return their Consent to Join forms by U.S. mail, fax, email, or website submission.

5. By entering into this stipulation or the Parties' original Stipulation (Doc. 72), Defendant does not waive any claims or defenses, or any arguments concerning whether any individuals who opt into the case are similarly situated and/or whether the matter can proceed as a collective action pursuant to the FLSA, 29 U.S.C. § 216(b).

6. The Court additionally instructs the Parties to implement any modifications of the Settlement Agreement as may be contemplated and mutually agreed to by the Parties occasioned by the Court's October 10, 2024 Order (Doc. 70).

HAVING SEEN AND AGREED:

| | |
|---|---|
| */s/ Jason Conway (w/ permission)* | */s/ Ryan M. Martin* |
| Jason Conway | Ryan M. Martin |
| CONWAY LEGAL, LLC | Anthony P. McNamara |
| 1700 Market Street, Suite 1005 | Jackson Lewis PC |
| Philadelphia, PA 19103 | PNC Center, 26th Floor |
| Telephone: (215) 278-4782 | 201 East 5th Street |
| Fax: (215) 278-4807 | Cincinnati, OH 45202 |
| jconway@conwaylegalpa.com | Telephone: (513) 898-0050 |
| | Facsimile: (513) 898-0051 |
| Bruce Meizlish | ryan.martin@jacksonlewis.com |
| Deborah Grayson | anthony.mcnamara@jacksonlewis.com |
| MEIZLISH & GRAYSON | |
| 830 Main Street, Suite 999 | *Attorneys for Defendant* |
| Cincinnati, Ohio 54202 | |
| Phone: (513) 345-4700 | |
| Facsimile: (513) 345-4703 | |
| brycekaw@fuse.net | |
| drgrayson@fuse.net | |

*Attorneys for Plaintiffs*

**IT IS SO ORDERED** this   17th    day of   December  , 2024.

BY THE COURT:

  s/*Michael R. Barrett*
JUDGE MICHAEL BARRETT

**CERTIFICATE OF SERVICE**

I certify that, on December 16, 2024, I caused a true and correct copy of the aforementioned document to be served on all counsel of record in this matter through operation of the Court's CM/ECF system.

*/s/ Ryan M. Martin*
Ryan M. Martin