# EXHIBIT A

**Kroger ASM Lawsuit**
P.O. Box 2006
Chanhassen, MN 55317-2006
Email: KrogerASMLawsuit@noticeadministrator.com
Fax: (952) 404-5750

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

THOMAS SCHELL and CHRISTOPHER RILEY, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

THE KROGER COMPANY d/b/a KROGER,

    Defendant.

Case No. 1:21-cv-00103-MRB

### CONSENT TO JOIN

1. I consent to be a party plaintiff in the lawsuit against The Kroger Co. in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I designate Conway Legal, LLC and Meizlish & Grayson ("Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation; the method and manner of conducting the case; the negotiation, terms and approval of any settlement; and all other matters pertaining to the lawsuit. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Parties have settled this matter and have agreed to a separate payment to Plaintiffs' Counsel by Kroger for attorneys' fees and reimbursement of reasonable out-of-pocket expenses. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable.

SHAROLETTE JORDAN
Full Legal Name (please PRINT clearly)

Signature: Sharolette Jordan

Sharolette Jordan-Bell
Maiden or other Names Worked Under

Date: 2/17/25

*[CONTINUED ON BACK]*

**Kroger ASM Lawsuit**
P.O. Box 2006
Chanhassen, MN 55317-2006
Email: KrogerASMLawsuit@noticeadministrator.com
Fax: (952) 404-5750

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

THOMAS SCHELL and CHRISTOPHER RILEY, on behalf of themselves and all others similarly situated,

   Plaintiffs,

   v.

THE KROGER COMPANY d/b/a KROGER,

   Defendant.

Case No. 1:21-cv-00103-MRB

## CONSENT TO JOIN

1. I consent to be a party plaintiff in the lawsuit against The Kroger Co. in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I designate Conway Legal, LLC and Meizlish & Grayson (Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation; the method and manner of conducting the case; the negotiation, terms and approval of any settlement; and all other matters pertaining to the lawsuit. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Parties have settled this matter and have agreed to a separate payment to Plaintiffs' Counsel by Kroger for attorneys' fees and reimbursement of reasonable out-of-pocket expenses. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable.

_Chelsea Marie May_
Full Legal Name (please **PRINT** clearly)

_[Signature]_
Signature

_Currens, Garrison_
Maiden or other Names Worked Under

_1-28-2025_
Date

*[CONTINUED ON BACK]*

S